## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Doe v. New York University     Docket No.: 23-1246

Lead Counsel of Record (name/firm) or Pro se Party (name): Jeffrey P. Metzler, Pillsbury Winthrop Shaw Pittman LLP

Appearance for (party/designation): New York University, Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.    Please change the following parties' designations:
     <u>Party</u>             <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(☑) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
September 7, 2023 _____OR that ( ) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _/s/ Jeffrey P. Metzler_
Type or Print Name: Jeffrey P. Metzler
     OR
Signature of pro se litigant: _____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.