# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-three.

Before:     William J. Nardini,
              *Circuit Judge,*

_____

| | |
|---|---|
| John Doe, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 23-1246 |
| v. | |
| New York University, | |
|     Defendant - Appellee. | |

_____

    Appellant moves for a 31-day extension until January 4, 2024 to file the opening brief and appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED, absent objection.

                              For the Court:
                              Catherine O'Hagan Wolfe,
                              Clerk of Court

