# 23-1246-cv

## United States Court of Appeals

*for the*

## Second Circuit

JOHN DOE,

*Plaintiff-Appellant,*

– v. –

NEW YORK UNIVERSITY,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## SUPPLEMENTAL APPENDIX
### Volume 3 of 3 (Pages SA-461 to SA-692)

JEFFREY METZLER
MAX WINOGRAD
PILLSBURY WINTHROP SHAW PITTMAN LLP
*Attorneys for Defendant-Appellee*
31 West 52nd Street
New York, New York 10019
(212) 858-1000

CP COUNSEL PRESS    (800) 4-APPEAL • (328907)

i

## TABLE OF CONTENTS

**Page**

Declaration of Jeffrey P. Metzler, for Defendant,
in Support of Motion for Summary Judgment,
entered June 22, 2022
(Omitted herein)

Exhibit 1 to Metzler Declaration -
Investigation Report Parts A through H ................. SA-1

Exhibit 3 to Metzler Declaration -
NYU Procedures .................................................... SA-348

Exhibit 13 to Metzler Declaration -
Transcript of NYU Administrative Hearing, dated
February 23, 2022 ................................................. SA-360

SA-461

TRANSCRIPTION - February 23, 2022

Page 101

```
 1              So I tried leaving a couple of
 2         times. Like, I had a little suitcase on
 3         me because I had so much stuff from the
 4         event.  And I tried leaving, like, to,
 5         like -- I, like, left down the stairs a
 6         couple times.  But he took my suitcase,
 7         or, like, little carry-on thing and,
 8         like, wouldn't let me leave or, like --
 9         yeah, so I had to, like, stay and I --
10         like, I went back upstairs.  And then I
11         sat down, and then he got -- like, I
12         told him that I -- like, I couldn't,
13         like, continue talking to him if he was
14         being the way he was.  And, I think,
15         like, he just got so angry and he was
16         shaking.  And like, I was sitting and he
17         was, like, standing, and he got super
18         close to my face.  So I, like, punched
19         him a couple of times in his chest.
20            MR. JOLLEY:  Tell me about the
21         punches.
22            MS. Roe       Yes.
23            MR. JOLLEY:  How, like -- how did
24         you punch him? How hard did you hit him?
25         Where did you hit him?
```

SA-462

TRANSCRIPTION — February 23, 2022

Page 102

```
 1            MS. [Roe]    I think I just
 2      generally aimed for the chest.  I didn't
 3      really have a particular place of aim.
 4      I just -- I punched him twice.  I don't
 5      think it actually hurt too much.  I
 6      think he just, like, retreated because I
 7      did that, like --
 8            MR. JOLLEY:  Did you hit him in the
 9      face at all?
10            MS. [Roe]    No.  I did not.
11            MR. JOLLEY:  So two punches in the
12      chest.
13            MS. [Roe]    Two punches in the
14      chest.
15            MR. JOLLEY:  How did he react to
16      that?
17            MS. [Roe]    He's -- he said that
18      he would have never hit me.  Like, how
19      could you hit me.  And he got just way
20      more aggravated when I did that.  But I
21      told him, like, I have no -- no other
22      choice.  I didn't know what you were
23      going to do.  Like, he was, like, inches
24      away from -- not even inches away from
25      my face.  And --
```

SA-463

TRANSCRIPTION - February 23, 2022

Page 103

1           MR. JOLLEY:  Sure.

2           MS. Roe       -- yeah, so --

3           MR. JOLLEY:  Okay.  Then what

4      happened?

5           MS. Roe       I think he just

6      continued being angry.  Then he told me

7      again that I should stop talking to our

8      friends.  And then he filmed that --

9      like, I think there were two videos.  I

10     think one of which I had that he -- he

11     basically filmed that video saying --

12          MR. JOLLEY:  And that was on his

13     phone?

14          MS. Roe       That was on his

15     phone, yes.

16          MR. JOLLEY:  Okay.

17          MS. Roe       And he was basically

18     going to send that to my parents, saying

19     that I was with him, or to send it to

20     our friends.  I'm not sure.  I think it

21     was mostly for my parents.

22          He basically says, like, she's

23     supposed to stay away from me but she's

24     not doing a great job of that.  Like,

25     where's the laughter now, like, because

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-464

TRANSCRIPTION – February 23, 2022

Page 104

```
 1          I laughed at him whenever I was with
 2     friends or something.  Yeah, so he's  --
 3          MR. JOLLEY:  I saw the video.
 4          MS. Roe       Yeah, you saw the
 5     video.
 6          Yeah, so -- yeah.
 7          MR. JOLLEY:  How did this end? How
 8     did this encounter end?
 9          MS. Roe       He had to leave for
10     home, I think, the next morning.  He had
11     a bus ticket booked.  And I was, like,
12     not doing great.  I don't know, I was,
13     like, pretty upset.  So he insisted that
14     I come over to his room and -- yeah, so
15     he made me come to his room.  I slept
16     over and --
17          MR. JOLLEY:  Can I ask you about
18     that?
19          MS. Roe       Yes.
20          MR. JOLLEY:  And I'm not asking
21     this as a judgmental question --
22          MS. Roe       Sure.
23          MR. JOLLEY:  -- but just open
24     ended.
25          Why did you go back to his room
```

SA-465

TRANSCRIPTION – February 23, 2022

Page 105

```
 1          after this encounter in the hallway?
 2               MS. Roe    Because when I tried
 3          leaving to my room, he didn't let me go,
 4          and I was just --
 5               MR. JOLLEY:  And how did he not let
 6          you go?
 7               MS. Roe    He definitely held
 8          my arm at one point in time, or he took
 9          the suitcase.
10               MR. JOLLEY:  M-hm.
11               MS. Roe    Or he said, if you
12          go now, I'll -- I'm just going to tell
13          your parents everything.   So -- I also
14          was just super afraid of, like, the self
15          harmful tendencies at the time.   Yeah,
16          so --
17               MR. JOLLEY:  Okay.
18               MS. Roe    -- that's what --
19               MR. JOLLEY:  Okay.
20               MS. Roe    -- I told him.
21               MR. JOLLEY:  Did you stay over in
22          the room that night?
23               MS. Roe    I did.  It was only,
24          like, two hours.
25               MR. JOLLEY:  All right.
```

SA-466

TRANSCRIPTION — February 23, 2022

Page 106

```
1          MS. ▋Roe▋ But -- and then I
2     left for my room because he had to leave
3     in the morning.
4          MR. JOLLEY:  Was it the next day
5     that you went to public safety, or was
6     there a couple of days in between?
7          MS. ▋Roe▋ I think I waited
8     that day to -- yeah, I waited that day.
9     And I think that was a Sunday.  So I
10    went to --
11         MR. JOLLEY:  It was the 22nd were
12    you sent -- where you connected with
13    ▋▋▋, I think.
14         MS. ▋Roe▋ Actually -- yeah, I
15    think it was the 20 -- yeah, it was the
16    22nd that I went to -- so yeah, it was
17    the next day after his birthday.
18         MR. JOLLEY:  Okay.
19         MS. ▋Roe▋ Yeah.
20         MR. JOLLEY:  Okay.  And I just want
21    to have an understanding of -- because I
22    -- I see that you had correspondence
23    with ▋▋▋ who is the hall director at U
24    Hall, right?
25         MR. JOLLEY:  Is he, or is he the
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-467

TRANSCRIPTION – February 23, 2022

Page 107

```
 1          res -- yeah, he's the residence hall
 2          director.
 3                MS. Roe     Okay.  I'm not sure
 4          if that's specific to U Hall, but --
 5                MR. JOLLEY:  Oh, okay.
 6                MS. MAEDER:  He was on duty.
 7                MR. JOLLEY:  Huh?
 8                MS. MAEDER:  Sorry.
 9                MS. Roe     He was on duty,
10          yeah.
11                MR. JOLLEY:  Oh.  He was the --
12          okay.
13                MS. Roe     Yeah.
14                MR. JOLLEY:  He was on duty.
15          So you spoke to him.  And did you
16          -- you also went to public safety? How
17          did -- like, who did you talk to first
18          and how did that -- that you were
19          talking to public safety and Brett?
20                MS. Roe     So I first talked to
21          Public Safety.  I went there with, like,
22          evidence collected, and I showed it to
23          them and that kind of thing. And they
24          said, okay, like first thing you should
25          do -- like, we'll do is contact this --
```

SA-468

TRANSCRIPTION – February 23, 2022

Page 108

```
 1          contact your RA or whoever was on duty.
 2              MR. JOLLEY:  Okay.
 3              MS. Roe     And then --
 4              MR. JOLLEY:  That's when you --
 5              MS. Roe       -- I got in touch
 6          with them.  Yeah.
 7              MR. JOLLEY:  And then this email
 8          was -- you received a copy of this email
 9          at -- this is a Sunday night on the 22nd
10          at 10:32.
11              MS. Roe      That sounds about
12          right.
13              MR. JOLLEY:  Now I'm looking at
14          attachment C.
15              MS. Roe      Sure.
16              MR. JOLLEY:  It's 224.
17              MS. Roe      Yeah, it's the 22nd
18          and at 10 32.
19              MR. JOLLEY:  And then on 229 he
20          received this -- a very similar message
21          that he is not to contact you.  He got
22          that at 10:26.
23              MS. Roe      Okay.
24              MR. JOLLEY:  Is that right?  229 is
25          where --
```

SA-469

TRANSCRIPTION – February 23, 2022

Page 109

```
 1          MS. MAEDER:  Page 229.
 2          MS. [Roe]   Yeah.  I see that,
 3     yes.
 4          MR. JOLLEY:  Okay.  Okay.  Now, I
 5     want to ask you about the -- this was
 6     sent -- he received it at 10:26.
 7          MS. [Roe]   M-hm.
 8          MR. JOLLEY:  And I want to ask you
 9     about -- I'll give you a page number in
10     a second.  Take a breath.
11          MS. [Roe]   Sure.
12          MR. JOLLEY:  The no -- after the no
13     contact happened -- there's a message in
14     here where shortly after the no contact
15     went out, he sent you a Facebook message
16     that said, "well, there goes the RA
17     position."
18          MS. [Roe]   M-hm.
19          MR. JOLLEY:  Do you remember that?
20          MS. [Roe]   Yes.
21          MR. JOLLEY:  What was that about?
22     And I'll find it for your reference, but
23     I just wanted to --
24          MS. [Roe]   I think he had
25     applied to be a summer RA.
```

SA-470

TRANSCRIPTION - February 23, 2022

Page 110

```
1              MR. JOLLEY:  Okay.
2              MS. [Roe]     But I don't know if
3      this was impacted by my report at all.
4              MR. JOLLEY:  Okay.
5              MS. [Roe]      I think he was just
6      trying to tell me that he was being both
7      academically and personally affected by
8      this or --
9              MR. JOLLEY:  Okay.
10          [John]  I'm starting to wrap up with
11     [Jane]   I just have a couple of other
12     areas that I want to ask her about.  So
13     if you can start to finalize your
14     questions and email those to Colleen,
15     I'll take a look at those.  Okay?
16             MR. [Doe]      Sure.  And can I
17     have a chance to go over my questions
18     with Allen prior to --
19             MR. JOLLEY:  Sure.  We can -- we
20     can take a brief break so that the two
21     of you can talk -- talk through them.
22     Okay?  As -- as soon as I wrap up with
23     [Jane]  I'll give you all a break to
24     finalize your questions and send them to
25     Colleen.  Okay?
```

SA-471

TRANSCRIPTION — February 23, 2022

Page 111

```
 1              MR. ▮Doe▮    Thank you.

 2         MR. JOLLEY:  Okay.

 3         ▮Jane▮  I want to talk to you,

 4    then, about after that no contact order

 5    was --

 6              MS. ▮Roe▮   M-hm.

 7         MR. JOLLEY:  -- directive was

 8    issued to the both of you.

 9              MS. ▮Roe▮   M-hm.

10         MR. JOLLEY:  Did you initiate any

11    contact with him?

12              MS. ▮Roe▮   No.

13         MR. JOLLEY:  Okay.  I see that he

14    initiated some contact with you through

15    texts and voicemails and then there's an

16    in-person encounter.  I want to talk

17    about that one first.

18              MS. ▮Roe▮   Sure.

19         MR. JOLLEY:  This is on -- the

20    incident where there's the poking and

21    him talking to you.  I'll find it.

22              MS. ▮Roe▮   Yes.

23         MR. JOLLEY:  It's April 29th.

24              MS. ▮Roe▮   Okay.

25              MS. MAEDER:  What page are you on,
```

SA-472

TRANSCRIPTION – February 23, 2022

Page 112

```
 1          Craig?

 2               MR. JOLLEY:  Huh?

 3               MS. MAEDER:  What page?

 4               MR. JOLLEY:  Just page 8.

 5               MS. MAEDER:  It's page 8.

 6               MR. JOLLEY:  Yeah.

 7               MS. ▮Roe▮  Okay.

 8               MR. JOLLEY:  Where you talked about

 9          on April 29th you were in U Hall and

10          then he approached you.  It's the --

11          it's the bullet.  It's page 8.  So way

12          back.

13               MS. ▮Roe▮  Oh, okay.

14               MR. JOLLEY:  No.  Way back.  The

15          other 8.

16               MS. MAEDER:  In the --

17               MS. ▮Roe▮  Oh.

18               MS. MAEDER:  It's page 8 in the --

19               MR. JOLLEY:  In your statement.

20               MS. MAEDER:  -- report for both of

21          you.

22               MR. JOLLEY:  In your statement.

23               MS. ▮Roe▮  Thought it was this.

24               MR. JOLLEY.  That's okay.

25               Yeah.  So on page -- where it says
```

Case 23-1246, Document 88, 04/30/2024, 3621707, Page15 of 234

SA-473

TRANSCRIPTION – February 23, 2022

```
 1        8 of 20 --
 2            MS. ▮Roe▮  M-hm.
 3            MR. JOLLEY:  -- when you're talking
 4        about -- and looking at the (inaudible),
 5        tell me about him tapping on the back.
 6        Where was that? What was said?
 7            MS. ▮Roe▮   Yeah.  So this was
 8        in U Hall.  I was studying with two of
 9        my friends in a study -- a study room in
10        the lounge.  And he came in, I think, to
11        print something.  And, like, he tapped
12        me on my back, and like, I  -- I think
13        I -- I didn't say anything to him at --
14        like, I didn't want to break the
15        no-contact agreement.  So I -- he
16        basically told me that, like, whatever I
17        was doing was really wrong.  He said I
18        owed him money for things.  And like, my
19        friends were ignoring him also.  And
20        they were -- they said -- like, they
21        basically texted me that let's leave.
22        So we got up to leave.  He wouldn't let
23        me leave.  He, like, stepped on my
24        backpack, like, E wouldn't let me pull
25        it out.
```

SA-474

TRANSCRIPTION - February 23, 2022

Page 114

```
 1               I think my friend helped me pull it
 2         out from under his foot. I like --
 3               MR. JOLLEY:  Where was is at,
 4         Jane      Was this in the dining area? Or
 5         was this --
 6               MS. Roe       No.  If -- like, in
 7         the lounge there's a little room.  It's
 8         green.  Like, it has green walls, I
 9         think.
10               MR. JOLLEY:  Is it the one
11         downstairs?
12               MS. Roe       Downstairs.
13               MR. JOLLEY:  Yeah.  Yeah, I know
14         where it's at.
15               MS. Roe       Yeah, with the TV in
16         it.
17               MR. JOLLEY:  Yep.
18               MS. Roe       Yeah.
19               Yeah, so then I got -- got my
20         backpack, and then I went up to Public
21         Safety to report --
22               MR. JOLLEY:  And you reported this
23         to them, correct?
24               MS. Roe       Yes.
25               MR. JOLLEY:  Okay.  All right.  And
```

SA-475

TRANSCRIPTION − February 23, 2022

Page 115

```
 1              the last thing that I want -- I'll have
 2              more questions for you.
 3                   MS. Roe      Sure.
 4                   MR. JOLLEY:  And John  I'm sure, is
 5              going to have questions for you.  But
 6              let me ask you about May 2nd.
 7                   MS. Roe      M-hm.
 8                   MR. JOLLEY:  And you provided a
 9              number of pictures.  Tell me about that
10              day.
11                   MS. Roe        I think that was the
12              day where he was --
13                   MR. JOLLEY:  This is the day where
14              you've alleged that he --
15                   MS. Roe      M-hm.
16                   MR. JOLLEY:  -- was following
17              you --
18                   MS. Roe        -- following me.
19                   MR. JOLLEY:  -- around.
20                   MS. Roe      Yeah.
21                   MR. JOLLEY:  Tell me about -- how
22              did you come to -- what were you doing
23              that day and how did you come to realize
24              that?
25                   MS. Roe      So I think -- so I
```

GregoryEdwards, LLC │  Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

SA-476

TRANSCRIPTION - February 23, 2022

Page 116

```
 1          was at the park, and I -- I think I was
 2          just working at the park.  I was, like,
 3          sitting on a patch of grass and I was
 4          working.  And I saw him, like, looking
 5          at me.  And then he walked in.  And I
 6          basically pretended not to see him.  And
 7          I, like --
 8              MR. JOLLEY:  And this was in
 9          Washington Square Park, right?
10              MS. Roe      Washington Square
11          Park, yeah.
12              MR. JOLLEY:  Okay.
13              MS. Roe        And so, like, I got
14          up and, like, changed locations in the
15          park.  And then he, like -- when I
16          looked back, he also moved.  He, like,
17          went outside the park but was still
18          looking at me.  Every time -- like, I
19          moved a couple of times, and every time
20          I moved, he, like, moved around to be at
21          a place where he could see me.  And then
22          I walked down -- like I left the park --
23              MR. JOLLEY:  And you took some
24          pictures of him in Washington Square --
25              MS. Roe       Yes.
```

SA-477

TRANSCRIPTION – February 23, 2022

Page 117

```
 1          MR. JOLLEY: -- Park?
 2          MS. [Roe]    I took them at --
 3          MR. JOLLEY: Okay.
 4          MS. [Roe]    Then --
 5          MR. JOLLEY: And then where did you
 6      go?
 7          MS. [Roe]    I started walking
 8      down MacDougall Street.
 9          MR. JOLLEY: MacDougall.
10          MS. [Roe]    And I had called a
11      friend at this point in time who lived
12      at Lipton Hall, which is really close
13      by --
14          MR. JOLLEY: Okay.
15          MS. [Roe]    -- because I was
16      worried.
17          So I went down MacDougall Street.
18      He followed me. Like, he kept going in
19      and out of different, like, restaurants
20      or whatever is there. Like, different
21      shops or things. And I entered a
22      restaurant, and he, like, kept pacing
23      outside of it. I think that's those
24      pictures. Yeah. And then I walked back
25      --
```

SA-478

TRANSCRIPTION – February 23, 2022

Page 118

```
 1              MR. JOLLEY:  And you took pictures
 2      of him on MacDougall Street?
 3              MS. Roe      Yes.
 4              MR. JOLLEY:  These are pictures on
 5      -- these pictures?
 6              MS. Roe      These are the
 7      pictures from the restaurant --
 8              MR. JOLLEY:  Okay.
 9              MS. Roe      -- when I was in
10      there and he just was walking back and
11      forth.
12              MR. JOLLEY:  Okay.
13              MS. Roe      Then I went -- like,
14      my friend told me he would meet me at
15      Lipton Hall. So I met him there.  I went
16      back to Lipton.  And I didn't see John
17      behind me then, but then I was eating at
18      the dining hall there, and then he
19      showed up there.  But my  --  yeah, my
20      friend wasn't there, then, I don't
21      think. Yeah.
22              MR. JOLLEY:  Did he say anything to
23      you or try to engage you or come in any
24      contact with you during this -- the time
25      from the Park to MacDougall?
```

SA-479

TRANSCRIPTION - February 23, 2022

Page 119

```
 1              MS. ▮Roe▮     No.
 2         MR. JOLLEY:  Did you ever make eye
 3    contact or
 4              MS. ▮Roe▮     No.  I pretended I
 5    didn't see him.
 6         MR. JOLLEY:  Last question that I
 7    have, and then we'll take a little bit
 8    of a break so that ▮John▮ can prepare his
 9    questions
10              MS. ▮Roe▮     Sure.
11         MR. JOLLEY:  Have you -- so I know
12    that you've reported this to NYU.  It
13    got to to the title IX coordinator.  You
14    met with Mary Signor, you met with --
15              MS. ▮Roe▮     Yeah.
16         MR. JOLLEY:  -- the investigators.
17    Have you reported this to the police or
18    have you reported this to any outside
19    authorities?
20              MS. ▮Roe▮     No.
21         MR. JOLLEY:  All right, folks.
22    Here's what I would like to do:  ▮John▮
23    why don't we give you a -- we'll say
24    again, will try -- try for five. We'll
25    go -- you know, realizing it could be
```

TRANSCRIPTION - February 23, 2022

Page 120

1       10, but a few more -- a short break for

2       you and your advisors to confer and we

3       --

4               MS. MAEDER:  They just said they

5       didn't hear her last answer regarding

6       the NYPD.

7               MR. JOLLEY:  Her answer was no.

8               MR. Doe          Thank you.

9               MR. JOLLEY:  Yep.

10              MS. MAEDER:  No problem.

11              MR. JOLLEY:  And so let's try to

12      shoot for five- to 10-minute break to

13      prepare questions.

14          John  please email those to Colleen

15      as soon as possible so that I can start

16      to take a look at them.

17          Jane  when we come back, I'm

18      going to go through John's  questions and

19      pose those to you.

20              MS. Roe          Sure.

21              MR. JOLLEY:  Okay.  And then I will

22      give you -- I'll give you a chance to,

23      like, is there anything else that I

24      didn't ask you about that you think it's

25      important.  I don't want it to just be

Case 23-1246, Document 88, 04/30/2024, 3621707, Page23 of 234

TRANSCRIPTION - February 23, 2022

Page 121

```
 1          me -- me driving it.  Like, if there's
 2          other things that you think I should
 3          know --
 4               MS. Roe      Right.
 5               MR. JOLLEY:  -- that I didn't touch
 6          on, I'll give you that chance --
 7               MS. Roe      Okay.
 8               MR. JOLLEY:  -- to do that.  Okay?
 9               MS. Roe      All right.
10               MR. JOLLEY:  All right.  So for the
11          record, it's 6:25 --
12               MS. MAEDER:  Okay.
13               MR. JOLLEY:  -- we're breaking.
14               MS. MAEDER:  I'm going to pause the
15          audio, but don't disconnect yet because
16          I want to follow up to your question you
17          just sent me.  But you guys want to head
18          back to my office.
19                    -  -  -  -  -
20          (End of Part 2 recording.)
21                    -  -  -  -  -
22          (Thereupon, a recess was taken.)
23                    -  -  -  -  -
24               (VOLUME III)
25                    -  -  -  -  -
```

SA-482

TRANSCRIPTION – February 23, 2022

Page 122

```
 1           MS. MAEDER:  All right.  And the
 2     record is back on.
 3           MR. JOLLEY:  All right.  Thank you,
 4     Colleen.
 5           It 7:02 p.m.  We're resuming with
 6     John's questions for Jane
 7           Jane    are you ready?
 8           MS. Roe        Yeah.
 9           MR. JOLLEY:  Just a handful of
10     questions here.
11           MS. Roe        Sure.
12           MR. JOLLEY:  Okay.  Can I have some
13     clarification?  You -- when you and I
14     were talking, we talked about that you
15     said that you awoke and there were times
16     when he was touching your breasts.
17           MS. Roe        M-hm.
18           MR. JOLLEY:  Can you clarify -- I
19     think you said it, but can you clarify,
20     was that over the clothes, or was that
21     on your bare breasts?
22           MS. Roe          It was on my bare
23     breasts.
24           MR. JOLLEY:  On your bare breasts.
25           MS. Roe        Yes.
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-483

TRANSCRIPTION - February 23, 2022

Page 123

```
 1            MR. JOLLEY:  Okay.
 2            MS. MAEDER:  And can we just make
 3    sure --
 4            MR. JOLLEY:  I just want you to
 5    speak up --
 6            MS. MAEDER:  -- both parties are
 7    speaking up.
 8            MR. JOLLEY:  -- just a little bit,
 9    too.  Okay?
10            MS. Roe     Sure.
11            MR. JOLLEY:  Okay.
12            MS. Roe     Yeah.
13            MR. JOLLEY:  When we were talking,
14    you mentioned that when John first came
15    to NYU -
16            MS. Roe     M-hm.
17            MR. JOLLEY:  -- you had said that
18    he coerced you into being his friend
19    once you came to NYU.
20            MS. Roe     Yeah.
21            MR. JOLLEY:  Can you just describe
22    to me what did you -- what about --
23    what was he doing that you found to be
24    coercive?
25            MS. Roe     Yeah.  First of all,
```

Case 23-1246, Document 88, 04/30/2024, 3621707, Page26 of 234

SA-484

TRANSCRIPTION - February 23, 2022

Page 124

```
1          all of the -- the presents that he left
2          outside my door.  After that he, like,
3          said -- like, I had broken a piece of
4          glass in my room, and he kept saying,
5          like, let me come in.  I'll help you,
6          like -- and I said, no, I don't need
7          your help.  And he kept saying that.
8          Or, like, he kept saying, like, I want
9          to fix things.  Like, just give me
10         another chance.  Like, that kind of
11         stuff that he said several times.  Yeah.
12             MR. JOLLEY:  Okay.  I know that you
13         mentioned that he left you -- he got you
14         presents for your birthday.  But -- this
15         isn't one of his questions --
16             MS. Roe      Yeah.
17             MR. JOLLEY:  -- but you sp --
18         sparked another question for me.  What
19         were the presents -- other presents that
20         he left for you outside your door --
21             MS. Roe      That was --
22             MR. JOLLEY:  -- early?
23             MS. Roe      -- a pair of
24         earrings.  And just, like, over time, I
25         would say there was just a lot of --
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

**SA-485**

TRANSCRIPTION - February 23, 2022

Page 125

```
1          not presents, but, you know, like he got
2          tickets to a Broadway show and, like,
3          would take me and stuff like that.  But
4          then other -- then, like, later on he
5          would use it as like, you owe me money
6          for that show or things like that.
7               MR. JOLLEY:  Okay.
8               I'm going to ask you a couple of
9          questions about --  we're going to go
10         back some of the more sensitive
11         questions or the personal questions
12         about physical activity between the two
13         of you.
14               MS. Roe      M-hm.
15               MR. JOLLEY:  Okay?
16               MS. Roe      Yeah.
17               MR. JOLLEY:   I asked you about
18         the -- the performing of oral sex.
19               MS. Roe      Yes.
20               MR. JOLLEY:  If I recall, during
21         his time at NYU, I think you said that
22         there was one instance where you tried
23         and then gagged --
24               MS. Roe      Yeah.
25               MR. JOLLEY:  -- and then did not
```

TRANSCRIPTION — February 23, 2022

Page 126

```
 1        perform oral sex, right?
 2            MS. ████  Yes.
 3            MR. JOLLEY:  Was there any other
 4        time that you remember performing oral
 5        sex?
 6            MS. ████  No.
 7            MR. JOLLEY:  Okay.  Is there a time
 8        that you recall where there was sexual
 9        activity that involved honey on his
10        genitalia in your bedroom?
11            MS. ████  No.
12            MR. JOLLEY:  No.  Okay.
13            Was there ever any physical
14        intimacy in your room?
15            MS. ████  No.  But he had come
16        over —— not physical intimacy, though.
17        He came over once, like, before finals,
18        and that was it.  And my roommate was
19        there and we studied together for, like,
20        a couple nights.
21            MR. JOLLEY:  Okay. Do you recall a
22        time where there was physical intimacy
23        on your roommate's bed and that you did
24        it because you were annoyed with your
25        roommate while she was away at a water
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-487

TRANSCRIPTION — February 23, 2022

Page 127

```
1      polo match?
2          Does this sound familiar to you?
3          MS. Roe   I know -- I remember
4      that he came over.  I don't -- we didn't
5      -- we weren't physically intimate, but
6      he sat on her bed and she, like, doesn't
7      like him.  So that was the whole thing.
8      Like, he was like -- he thought it was
9      funny that -- and, like, they don't like
10     each other, so it was -- he thought it
11     was funny that he was sitting on her bed
12     while she wasn't there.  But there was
13     no physical intimacy.
14         MR. JOLLEY:  Nothing between the
15     two of you?
16         MS. Roe   No.
17         MR. JOLLEY:  All right.
18         I'm going to ask you a handful of
19     questions about the April 21st incident.
20         MS. Roe   Sure.
21         MR. JOLLEY:  This is the one at U
22     Hall, all right.
23         MS. Roe   M-hm.
24         MR. JOLLEY.  When you first came to
25     U Hall --
```

TRANSCRIPTION — February 23, 2022

Page 128

```
 1              MS. [Roe]   M-hm.
 2              MR. JOLLEY:  -- to meet with him,
 3         where did you meet him first?
 4              MS. [Roe]   I think I just met
 5         him on the floor -- on the floor that we
 6         -- that the video was taken.  But --
 7              MR. JOLLEY:  Do you remember if you
 8         went to his room first around midnight
 9         before you went to the upper floors?
10              MS. [Roe]   I don't remember,
11         but I -- that could have been a
12         possibility.
13              MR. JOLLEY:  Okay.
14              MS. [Roe]   I -- yeah, I don't
15         --
16              MR. JOLLEY:  Okay.
17              MS. [Roe]   Not sure.
18              MR. JOLLEY:  Do you remember --
19         did at any point you chase him around U
20         Hall and prevent him from leaving or
21         chase him down the stairs where you
22         tripped and hurt your ankle?
23              MS. [Roe]   I was not chasing
24         him around.  This was when I was trying
25         to leave, and my -- I tripped first, and
```

SA-489

TRANSCRIPTION - February 23, 2022

Page 129

```
 1              my ankle was twisted, yeah.
 2                   MR. JOLLEY:  On the stairway?
 3                   MS. Roe       On the stairs.
 4                   MR. JOLLEY:  How did that happen?
 5              Were you chasing him?
 6                   MS. Roe       No.  I was -- I was
 7              leaving, like, when I was trying to --
 8              when I mentioned that I tried to leave
 9              during that encounter on the stairs.
10                   MR. JOLLEY:  Okay.
11                   And I want -- I asked you this
12              question.  I got -- it's clear and I got
13              -- what I asked you.  I'm going to ask
14              you again.  How many times did you hit
15              him?
16                   MS. Roe       Two times.
17                   MR. JOLLEY:  Okay.  And where did
18              you hit him?
19                   MS. Roe       In his chest.
20                   MR. JOLLEY:  Do you remember
21              hitting him more than those two times or
22              more than three times?
23                   MS. Roe       No.
24                   MR. JOLLEY.  Okay.
25                   John  there's a question here about
```

SA-490

TRANSCRIPTION — February 23, 2022

Page 130

```
 1          the birthday that I'm not going to ask.

 2          It's argumentative, and it's not helpful

 3          to me.

 4               MR. Doe   Sure.  That is fine.

 5               MS. MAEDER:  Can you just say that

 6          -- speak up.

 7               MR. JOLLEY:  He said -- he said,

 8          yes, that's fine.

 9               MS. MAEDER:  Okay.

10               MR. JOLLEY:  Yeah.

11               Okay. All right, Jane   I want to

12          ask you -- we're going to do two more

13          things, and then we'll take just a short

14          break before we shift --

15               MS. Roe   M-hm.

16               MR. JOLLEY:  -- to John   But I --

17          I guided because I read through all of

18          this and I picked out the things that I

19          had questions for you about.

20               MS. Roe   Sure.

21               MR. JOLLEY:  But I realize I've

22          driven the conversation.  And so I don't

23          -- I want to just give you the

24          opportunity.  You don't need to recap

25          the whole thing, but is there anything
```

SA-491

TRANSCRIPTION - February 23, 2022

Page 131

```
 1              in particular that I didn't ask you
 2              about --
 3                   MS. Roe      M-hm.
 4                   MR. JOLLEY:  -- or that we haven't
 5              talked about that's within the report
 6              that you think it's important for -- to
 7              -- or for me to know about.  Is there
 8              something.
 9                   MS. Roe      Yeah.
10                   MR. JOLLEY:  -- I should have asked
11              you about that I didn't.  Okay.
12                   MS. Roe      And, like, this is
13              in the report and I'm sure you've seen
14              it.  I just wanted to emphasize that a
15              lot of --
16                   MR. JOLLEY:  You need to speak up a
17              little.  Okay.
18                   MS. Roe      Yeah.  A lot of the
19              -- a lot of my actions were, like,
20              driven by a fear of John hurting himself
21              or, like, saying that he was suicidal or
22              was going to kill himself.  I know we,
23              like, kind of already went over this --
24                   MR. JOLLEY:  Sure.
25                   MS. Roe      -- but there were
```

SA-492

TRANSCRIPTION – February 23, 2022

Page 132

```
1          kind of like a -- like a couple of text
2          messages, I think, that said, you know,
3          that you have something on me, that if
4          you tell someone that I assaulted you,
5          that would make me kill myself.
6              MR. JOLLEY:  Right.  I read that.
7              MS. Roe      Yes.  So I just
8          wanted to make that clear again.
9              MR. JOLLEY:  Okay.  Anything else
10         about any of the encounters that you
11         had? I've read it all, so I don't want
12         you to think that I --
13             MS. Roe      Yeah.
14             MR. JOLLEY:  -- missed anything.
15         But I just -- this is our time together,
16         so I wanted to make sure if there's
17         anything else that you want to talk with
18         me about and raise it here, we can do
19         that now.
20             MS. Roe      I think I'm -- I'm
21         okay.  Yeah.
22             MR. JOLLEY:  Okay.
23             MS. Roe      Yeah.
24             MR. JOLLEY.  Okay.  Okay.  You can
25         take a breath.  I'm going to take a
```

SA-493

TRANSCRIPTION - February 23, 2022

Page 133

```
 1          second j██t to go to Sam who has been
 2          -- Sam, I just want to ask you, you
 3          know, you conducted the investigation.
 4          You've heard ███Jane███ talk.  Is there --
 5          is what you heard here over our
 6          conversation and through the questions,
 7          is it consistent with your understanding
 8          of her complaint? Is there anything
 9          that's new or different or contradictory
10          than what you had understood from the
11          complaint?
12               MR. HODGE:  It is consistent with
13          my prior conversations with her.  One
14          issue that came up that I wasn't aware
15          of prior was the oral sexual conduct
16          that may have occurred between the two
17          parties -- or attempted oral sexual
18          conduct.  But other than that,
19          everything was consistent with my
20          interview.
21               MR. JOLLEY:  Okay.  Thank you.
22               Okay, everyone.  We are at a good
23          breaking point right now.  It's --
24          ██Jane██ we're done.  I might have --
25          before we wrap up, I might have -- if I
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-494

TRANSCRIPTION – February 23, 2022

Page 134

```
 1          have any loose end questions --
 2              MS. Roe       Sure.
 3              MR. JOLLEY:  -- but for the most
 4          part, I feel like I have a pretty good
 5          understanding of the totality of your
 6          allegation --
 7              MS. Roe       M-hm.
 8              MR. JOLLEY:  -- the complaints in
 9          the allegations.  Okay?
10              MS. Roe       Okay.  Great.
11              MR. JOLLEY:  All right.  So we're
12          going to do -- what we're going to do
13          now is we're going to break, and
14          everyone, I just -- I want to be able to
15          -- John  give you a few minutes just to
16          prepare.
17              When we come back, it will be your
18          and I -- your and me -- our time
19          together.
20              Is my video on?  I want to put me
21          on so you can see me.  Let me put you on
22          so you can see me.
23              All right.  Can you see me? There we
24          go. All right.  So when we come back,
25          let's take just a five- to ten-minute
```

SA-495

TRANSCRIPTION — February 23, 2022

Page 135

```
 1          break, and when we come back, it will be
 2          a time for you and me.
 3              We -- we are going to go through
 4          your statement.  I have a number of
 5          questions for you.  And I want to make
 6          sure I get your full perspective, too.
 7          Okay?
 8              Okay.  So for the record, I'm going
 9          to call it 7:12.  I would like to resume
10          about 7:25 or so, if we could.  Okay?
11              MR. ██Doe██  Sure.
12              MR. JOLLEY:  All right.  Thanks
13          everyone.
14               Here Colleen, I'll let you do
15          this.
16              MS. MAEDER:  All right.  I'm going
17          to disconnect.  If you need anything,
18          either send an email or put a note in
19          the chat box.
20              MR. ██Doe██  Okay.
21              MR. JOLLEY:  Are you good with
22          talking through?
23              MS. ██Roe██  All right.  Thank
24          you.
25                  - - - - -
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-496

TRANSCRIPTION – February 23, 2022

Page 136

```
 1          (Personal conversations had off the record.)

 2                    -  -  -  -  -

 3          (End of Part 3 recording.)

 4                    -  -  -  -  -

 5          (Thereupon, a recess was taken.)

 6                    -  -  -  -  -

 7                   (VOLUME IV)

 8                    -  -  -  -  -

 9          MS. MAEDER:  Want to try it with

10     the video, Craig, at first?

11          MR. JOLLEY:  What do you all think?

12     How is the -- how's it coming across?

13     Can you hear me and see me okay?

14          MR. ███Doe███   Yeah.

15          MR. JOLLEY:  Allen, you're good?

16          MR. McFARLANE:  Yep.  All good.

17          MR. JOLLEY:  Okay.

18          All right.  Let's try it with the

19     video for a little bit.  If it gets

20     choppy, then I'll kill my video.  And

21     then if it's still choppy, then we'll

22     have you guys kill yours, okay.  Good?

23          Are we on, Colleen?

24          MS. MAEDER:  Yep.

25          MR. JOLLEY:  Okay.  Welcome back,
```

SA-497

TRANSCRIPTION - February 23, 2022

Page 137

```
 1          everyone.  It is 7:35.  We're resuming
 2          with -- the conversation with -- between
 3          me and John
 4             John  I'll just sort of give you
 5          the same things that I said to Jane
 6          is that, you know, that this is a -- I
 7          know that there's people all listening
 8          around.  But to the extent that we can,
 9          it's me and you.  Okay.  It's just
10          really important for me to hear your
11          perspective on this.  I'm going to ask
12          you a lot of questions.  It's not meant
13          to -- I don't want you to feel like
14          you're being cross-examined or deposed.
15          I don't mean to put you on the defense.
16          But I really need to get an
17          understanding of your perspective on
18          this.  Okay?
19             Okay.  I didn't hear you.  Can you
20          say that again?
21             MR. Doe      Yes.
22             MR. JOLLEY:  Okay.  Good.  I just
23          saw your lips move, but I didn't catch
24          the yes, so I wanted to make sure your
25          sound was on.
```

SA-498

TRANSCRIPTION - February 23, 2022

Page 138

```
 1          Okay.  John  you just tell me -- I
 2     don't need - again, like I said full
 3     start with  Jane   I don't know you, so
 4     I don't need to know your whole life
 5     story.  But maybe just give me a little
 6     bit of -- I know you're a student.  What
 7     were you studying at UConn and what year
 8     are you here at NYU, and tell me about
 9     that.
10          MR.  Doe    So I did my first
11     year at UConn.  Inaudible.
12          MR. JOLLEY:  Okay.  I'm going to
13     need you to talk a little louder, and
14     maybe just a little slower, because your
15     chopping up a little.
16          MR.  Doe    Sure.  At UConn, I
17     was a -- either - I don't know what I
18     was exactly.  I think I was
19     neurobiology.  And at this one point,
20     cellular biology.  I hadn't really
21     determined.
22          I transferred to NYU at the
23     beginning of my sophomore year. I'm
24     currently a global public health major
25     with a chemistry concentration and a
```

SA-499

TRANSCRIPTION – February 23, 2022

Page 139

```
 1          business studies minor.  And currently
 2          I'm at NYU Sydney studying (inaudible).
 3              MR. JOLLEY:  Okay.  Let me ask you
 4          -- again, I don't -- as I had said to
 5          you, I'm not -- there was some
 6          background information about your and
 7          Jane's relationship prior to coming to
 8          NYU.
 9              MR. Doe    Yes.
10              MR. JOLLEY:  I'm not really invest
11          -- I'm not going to ask a lot of
12          questions about things that happened
13          before you were a student at NYU.
14              MR. Doe    Okay.
15              MR. JOLLEY:  But to the extent to
16          get some context, how would you
17          characterize your relationship with
18          Jane before you came to NYU?
19              MR. Doe    So we met at an
20          internship at Yale called Discovery to
21          Cure in the summer of 2015. And then,
22          you know, we never really talked much at
23          that internship.  She had a page that
24          was, like, modeled after humans in the
25          art, and I messaged her because I
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-500

TRANSCRIPTION — February 23, 2022

Page 140

```
1        thought it was neat.  And, you know, she
2        was doing interviews with everyone.
3             And we got talking.  We kept
4        talking.  It blossomed into a
5        friendship.
6             In January, around January 7th, you
7        know, I just approached -- I was just
8        like, you know, I really do enjoy
9        talking to you. Like, do you want to
10       enter a relationship.  And it was a
11       virtual relationship.  And it continued.
12       You know, we'd talk a lot.  We'd would
13       call at nights.  We didn't (inaudible) a
14       lot.
15            Her parents didn't like me.  I
16       wasn't entirely sure why. On one
17       occasion they even went so far as to
18       text me and called me on, like, multiple
19       occasions saying, like, stay away from
20       our daughter.  We don't know what you're
21       doing.  All things, like, bad things,
22       which were, you know, flagrantly untrue.
23       I wasn't doing any of those.
24            And at one stage, you know, they
25       told me to stay away.  I stayed away.
```

SA-501

TRANSCRIPTION – February 23, 2022

Page 141

```
1          But she actually came back to me and

2          said, like, hey, my parents can't do

3          this.  I'm going to continue talking to

4          you.  And, like, I submitted that

5          picture on my evidence.

6               MR. JOLLEY:  Saw it.

7               MR. Doe      It's an Instagram

8          message that she sent to me.  And -- or

9          it might have not been that exact

10         message.  But she said, like, I'll

11         always like (inaudible) -- I'll always

12         love you, something along those lines.

13              So then she came back.  We started

14         to be in a relationship.  Around March

15         of 2016, for some reason, she started to

16         want to break up.  And she'd always pin

17         it on herself as someone who was -- you

18         know, she would always say she's not

19         good enough for me.  She'd bring up all

20         these things.  She'd say that she's,

21         like -- for one, like, she brought up

22         her sexual assault when she was a child.

23         And then she would bring up this fact

24         that this other guy in high school had

25         assaulted her.  And, you know, she'd
```

TRANSCRIPTION — February 23, 2022

Page 142

1        bring backed up and say, like, I'm not
2        good enough.  My parents don't like me.
3        It was all very negative, and it would
4        -- you know, I didn't want to break up
5        on the lines of someone being negative.
6        And I was always like, I don't think
7        you're negative.  I don't think you're
8        bad.  You know, I don't want to break up
9        for that reason.  So that was around my
10       birthday that she brought this all up
11       back in 2016.
12           MR. JOLLEY:  Can I just -- can I
13       just mentioned something right there?
14       We'll keep going, but I just want to --
15       I understand the context of the
16       relationship that you have.  Just to be
17       clear, though, for both of you, is that
18       I'm not interested in any prior sexual
19       activity or anything between either of
20       you and anybody else.  Right.  So there
21       -- so that's -- I understand that she
22       disclosed that to you.  That's not
23       something that I'm taking into
24       consideration or that I'm going to ask
25       any questions about.  Okay.

SA-503

TRANSCRIPTION − February 23, 2022

Page 143

```
 1          Okay.   Go on, John
 2          MR. Doe     We met the first
 3     time at Six Flags on a field trip.  I had
 4     my senior skip day.  She had her senior
 5     field trip.  I went up there.  My mom
 6     knew I was going there to meet her.  And
 7     we interacted.  We had our first
 8     physical intimacy.  You know, that all
 9     occurred.  It was fine. And we went
10     back.  The relationship continued.  I
11     believe she went to India that summer.
12     And we continued to talk even through
13     India.  College started.  We began,
14     like, you know, we were able to call
15     more and interact more.
16          In the beginning she was very odd.
17     She had some issues going on, I think,
18     and she was very unsocial, having issues
19     starting at college and whatnot.  And
20     then she started to cut away from me a
21     little bit.  And, you know, I was
22     starting to get frustrated as well to
23     the point where I, actually, honestly
24     wanted to break up with her at some
25     stages.
```

SA-504

TRANSCRIPTION — February 23, 2022

Page 144

```
 1            And then she was sexually assaulted
 2       on campus, which sort of brought me back
 3       in.  And, you know, that was a huge part
 4       of me coming back in closer.  And then
 5       after that we interacted a lot more.  It
 6       brought us closer.
 7            I went to visit for the first time
 8       in November.  And that was the beginning
 9       of, like, you know, our, you know,
10       physical interactions on a more
11       continued basis.
12            I'd say I visited eight times
13       during that whole year.
14            MR. JOLLEY:  Okay.
15            MR. Doe       Not on a too
16       frequent basis.  I'd come maybe, like,
17       every other weekend for a while then
18       slowly cut off, like, with exams --
19       whenever I had exams and finals come
20       about.  But I'd visit and, you know,
21       we'd spend time together.  We expressed
22       -- then we had consensual physical
23       intimacy.  And, you know, she expressed
24       on text that, like, I was happy when you
25       came.  It was a great time, et cetera,
```

SA-505

TRANSCRIPTION – February 23, 2022

Page 145

```
 1        et cetera.
 2              MR. JOLLEY:  Okay.
 3              MR. Doe    And then I really
 4        enjoyed NYU.  I thought it was a great
 5        school.  I had previously never heard
 6        about it.  And I didn't have the
 7        greatest opinion of New York overall,
 8        influenced by my father who really just
 9        hates New York.  But I -- I grew to love
10        it.  True to my attraction with her, I
11        grew to appreciate different things.
12        And it changed me in my realm of, like,
13        you know, what I understood.  And that's
14        why I made the decision to transfer to
15        NYU.
16              MR. JOLLEY:  Okay.
17              Let me ask you about your decision
18        to transfer to NYU.  Did you talk to
19        Jane   about that, and was she aware
20        that you were transferring to NYU?
21              MR. Doe    Yes, I did. I had
22        made it clear to her that I was
23        applying.  I had never made it clear to
24        her that I was definitely going to
25        transfer, because I didn't even know if
```

TRANSCRIPTION - February 23, 2022

Page 146

```
 1            I would get in. I had a poor GPA in my
 2            first semester with my college I was
 3            applying with, and so I was iffy on
 4            whether I would actually get in.
 5            You know, I sent her my essay.  She
 6            had actually proofread one of them.  I
 7            said -- I told her I was applying many
 8            times.  I even came to campus once, and
 9            we went out to dinner with a few of her
10            friends in one of her clubs, and she
11            even told them, oh, he's, like, looking
12            around campus. He's thinking of applying
13            here.
14            So it was very much known by her.
15            And she didn't have any, like, qualms in
16            me applying at that time.
17            MR. JOLLEY:  Okay.  So you said
18            that she didn't have any qualms with you
19            applying?
20            MR. Doe    At that time, no.
21            MR. JOLLEY:  Okay.  In your
22            response to the direct report, you
23            mentioned -- it's on page 232 -- you
24            said that she tried to prevent you from
25            coming to NYU and that she would scold
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-507

TRANSCRIPTION - February 23, 2022

Page 147

```
 1        you for wanting to do so.
 2            MR. Doe       Yep.
 3            MR. JOLLEY:  Can you tell me about
 4        that?
 5            MR. Doe       Well, as the summer
 6        progressed, she began to tell me that I
 7        don't want -- sorry.  Can I just find
 8        this page quickly?
 9            MR. JOLLEY:  Yeah.  It's 232.  It's
10        in -- it's in -- it was in your
11        response, I think, to the draft report,
12        perhaps.
13            MR. Doe       Just to prove a
14        point, (inaudible) the line when you
15        type in the number of the page.  Let me
16        try to find it quickly.
17            MR. JOLLEY:  Yep. It's going to be
18        attachment D.
19            MS. MAEDER:  If you search for
20        attachment D, it will pop up easier.
21            MR. JOLLEY:  Attachment D.  And
22        then you said, In the summer of 2017,
23        which I -- of which I decided to
24        transfer to NYU, she provided many
25        threats to me prevent -- many threats to
```

TRANSCRIPTION – February 23, 2022

Page 148

```
 1          prevent me from going to NYU and would

 2          often scold me for wanting to do so.

 3              MR. Doe      Yeah.

 4              MR. JOLLEY:  So tell me about that.

 5              MR. Doe      So that came --

 6          that came over the summer.  Upon getting

 7          into NYU, like, when I first received

 8          the acceptance letter, her tone very

 9          much changed.  She was like --

10              MR. JOLLEY:  Did you --

11              MR. Doe      -- I can't handle

12          you being at NYU.  I don't want you

13          there.  It's going to threaten our

14          friendship.  I can't be friends with

15          you.  I'm not going to see you again.

16          And first it was like a tone of, like,

17          you know, okay, you can come, but I'm

18          not going to be friends with you.  I'm

19          going to have to pull away.  But if you

20          want to do it, you should be allowed to

21          do it. And then it totally changed once

22          I said, like, I definitely do want to

23          transfer.  Then it changed to, like, you

24          have no right to come.  Like, how dare

25          you say you can come.  You hated NYU.
```

TRANSCRIPTION – February 23, 2022

Page 149

```
 1              You have no right to go there.  You have
 2          no right to come upon my life like this.
 3          Like, you know, you just have no right.
 4          And she would scold me.  She would tell
 5          me, like, how sick I am and how awful I
 6          am and all these things about, you know,
 7          why I shouldn't be transferring, and,
 8          you know, like, trying to very much
 9          coerce me into staying at UConn through
10          the guise of, like, I'll only be friends
11          with you if you stay at UConn.
12              MR. JOLLEY:  Okay.  Can you tell me
13          why you pursued public health?
14              MR. Doe      Sure.
15              So initially I had no interest in
16          public health.  I thought it was, you
17          know, just kind of inferior to medicine,
18          which is -- I'm on the pre-med track, so
19          that's what I am pursuing.  But upon
20          talking to her and learning more about
21          the public health field, I gradually
22          became more interested (inaudible) more
23          work in it.  I actually joined a club at
24          UConn that was primarily involved in
25          public health.  I was treasurer there.
```

SA-510

TRANSCRIPTION — February 23, 2022

Page 150

```
1              And, you know, I grew to have an
2        interest in it, and I thought there was
3        more that I could do by having a facet
4        in public health, as well as medicine.
5        So something that I wanted to explore.
6        I mean, that something I wanted to look
7        into, like, getting and MPH with an MD.
8              MR. JOLLEY:  Okay.  Did you request
9        to live in University Hall, or were you
10       just by chance placed into that building
11       as a transfer student?
12             MR. Doe   No.  I was placed
13       into Lafayette in a single.  I didn't
14       want to live in Lafayette, and I didn't
15       want to pay $10,000 a semester for a
16       single. I entered the roommate swap, and
17       I tried swapping with anyone possible in
18       any room.  And the only person who
19       responded was one in a U Hall.
20             I didn't want to live in the same
21       dorm as the complainant.  In fact, I kept
22       emailing other people after receiving
23       that response to see if I could find
24       another room.  I didn't.  And I even
25       have emails to show this, is that when
```

TRANSCRIPTION - February 23, 2022

Page 151

```
 1          -- they closed the housing swap, right,
 2          and I had to call NYU housing.  I had to
 3          email them and pester them and say,
 4          look, I only have one person who's
 5          willing to switch.  We've started the
 6          switch but we never because, you know, I
 7          was looking for other ones.  Can you
 8          just put that switch through?  So it's
 9          very much something where the only
10          opportunity for me to switch out of
11          Lafayette was into University Hall.  And
12          that was the only roommate swap that
13          someone had acquiesced to.
14              MR. JOLLEY:  Okay.  Tell me about
15          the relationship during the fall of
16          2017.  How would you describe it? How
17          often did you see each other?
18              MR. [Doe]  We saw each other
19          very --
20              MR. JOLLEY:  I think I lost you.
21              MR. [Doe]  Hello?
22              MR. JOLLEY:  There, I got you.
23              MR. [Doe]  Okay.  We saw each
24          other very frequently.  It started off
25          with -- the first night I had gone to
```

SA-512

TRANSCRIPTION – February 23, 2022

Page 152

```
1              see a show on Broadway.  NYU had given
2              free tickets to 1984, and she had
3              started texting me.  I had known that
4              she had moved in, because when I was
5              going out -- like, I had woken up.  I
6              was looking out the window and low and
7              behold, she was downstairs moving in
8              with her father.  So I knew she had
9              moved in.  And I stayed in my room that
10             whole time.  I didn't want to interact
11             with her.  And I just remained, you
12             know, away, for lack of a better word.
13                  MR. JOLLEY:  Did she know you were
14             in U Hall at that point?
15                  MR. Doe         Yes.  I had moved in
16             earlier than her because of the welcome
17             week for, like, transfer students.
18                  MR. JOLLEY:  Okay.  Okay.  But you
19             saw her moving in with her father?
20                  MR. Doe         From my window,
21             because my window faced the road.
22                  MR. JOLLEY:  Okay.
23                  MR. Doe         And so the first
24             time -- what I did do was, I had -- I
25             had gotten -- in Alaska I had gotten
```

TRANSCRIPTION - February 23, 2022

Page 153

```
1          her these earrings.  They were, like,
2          glass earrings, like, specifically glass
3          blown in Alaska.  And I have no use for
4          earrings or anything.  So I just left it
5          outside her room and I just said, you
6          know, just keep these because I'm not
7          going to do anything with them.  I can't
8          give them to my mother.  She doesn't
9          wear jewelry.  They're just going to be
10         sitting there.  And she got, you know,
11         very mad.  She tried texting me, like,
12         while I was at the show.  Very
13         aggressive texts.  She even told me,
14         like, she was going to come up to my
15         room and throw the, like, box at my face
16         and throw the gifts at my face.
17              MR. JOLLEY:  Okay.
18              MR. Doe     And, you know, very,
19         like, threatening.  And it was just
20         anger, anger, anger.  A lot of it.  I
21         can't remember the exact wording.
22              MR. JOLLEY:  Okay.
23              MR. Doe     But then she -- I
24         don't know what exactly happened, but
25         she sort of panicked and she just
```

SA-514

TRANSCRIPTION - February 23, 2022

Page 154

```
1        started saying, there's glass broken
2        everywhere.  There's glass broken
3        everywhere.  It's in my foot.  It's like
4        -- it's all over the place.  And so I
5        came up and I just knocked and I said,
6        what's going on, are you okay.  Because
7        I was concerned, obviously.  You know,
8        someone says glass is broken and they're
9        stepping on it.  I didn't know what was
10       happening to her.  And she had just sent
11       me these texts, saying, like, oh,
12       there's glass, there's glass, there's
13       glass.  It was, like, incoherent.  So I
14       did go up and I did ask if, like, she
15       needed anything.  And, you know, I -- I
16       asked her -- I said, you know, can I
17       come in and help you with the glass.
18       And she just sort of let me in.  And I
19       cleaned up all the glass.  I took it out
20       of her foot.  And then I just talked to
21       her for a bit.
22            MR. JOLLEY:  Okay.  Can I ask you
23       at -- at -- at that time -- I want to
24       ask you periodically, because I -- you
25       know, I read everything, right, John
```

SA-515

TRANSCRIPTION — February 23, 2022

Page 155

```
 1          and I've read that text -- I can read
 2          what's on paper, but I don't always know
 3          what's going on in your mind with it.
 4          So I'm going to ask you a number of
 5          questions throughout as we talk about
 6          it, what were you thinking at that time.
 7          Right?  And so in this particular
 8          instance where you transferred to NYU,
 9          you said that she had scolded you was
10          the word that you had use.  That she
11          didn't want you to come to NYU.  She
12          said that if you came to NYU she  --
13          that you wouldn't be friends.
14             You came to NYU and you left the
15          earrings, and then she sent angry
16          messages to you saying that she didn't
17          want the earrings.
18             What was your impression of what
19          she wanted in any relationship with you
20          at that point?
21          MR. Doe         I wasn't sure.  I --
22          I knew she didn't want to talk to me and
23          she just wanted me gone.  But it was
24          hard to, like, surmise this.  Because I
25          had sort of let her go in a sense that I
```

SA-516

TRANSCRIPTION - February 23, 2022

Page 156

```
 1          told her, like, I'm willing to make that
 2          sacrifice if we don't be friends
 3          anymore.  I'd rather be at NYU --
 4               MR. JOLLEY:  Okay.
 5               MR. Doe       -- rather than have
 6          a friend, I mean, I'm not in a
 7          relationship and have no future with.
 8          And she would, like, text me and then
 9          block me, then come back again and just
10          start having a go at me again.  Block
11          me, then come back and have a go at me.
12          So it just kept coming.  And I didn't
13          know, like, why does she keep texting
14          again?  Why does she keep -- you know,
15          and then once the glass thing happened,
16          in my head, you know, this is someone
17          I've known for almost two years.  I have
18          an immense amount of care of -- care
19          for.  And when she said that there's
20          glass in my foot, yeah, I was worried.
21          And I went up because I didn't want her
22          to get hurt or anything.
23               MR. JOLLEY:  Okay.
24               MR. Doe       I was more concerned
25          about that than, like, you know -- so be
```

SA-517

TRANSCRIPTION – February 23, 2022

Page 157

```
 1              it if she doesn't want to be my friend

 2              later.  Let me just make sure she's

 3              okay.

 4                   MR. JOLLEY:  Okay.  I understand,

 5              then, through the fall semester, from

 6              reading both of your statements and

 7              hearing Jane   that the two of you did

 8              spend time together in your room -- I'm

 9              sorry in her -- wait.  In her room for

10              the most part, correct?

11                   MR. Doe    My room.

12                   MR. JOLLEY:  Your room --

13                   MR. Doe    (Inaudible.)

14                   MR. JOLLEY:  -- for the most part.

15              Okay.

16                   And how often on any given week

17              would you say that the two of you spent

18              time together?

19                   MR. Doe    I'd say she slept

20              over about five out of seven days.

21                   MR. JOLLEY:  Okay.

22                   MR. Doe    She basically lived

23              there, I would say.

24                   MR. JOLLEY:  Oh, okay.

25                   And I've asked Jane   this
```

SA-518

TRANSCRIPTION — February 23, 2022

Page 158

1          question, so I'm going to ask you the

2          same question.  Through the fall

3          semester when she would stay over, what

4          was the extent of the physical activity

5          or the intimate activity that happened

6          between the two of you?

7               MR. Doe     So it was mostly

8          consensual kissing.  That was a large

9          part of it.  Mostly kissing.  There were

10         a few times where there was consensual

11         oral sex.  I can name three occasions

12         off the top of my head that I remember

13         vividly.  There were two times that we

14         attempted to have sexual intercourse,

15         but we didn't go through with it.  I

16         couldn't stay erect during it, and we

17         stopped.  There were issue -- there were

18         times where we had consensual touching.

19         She would touch my genitalia.  I've

20         touched hers.  She has lured me on to

21         pleasure her.  She has tried pleasuring

22         me. And that is about it for physical

23         intimacy off the top of my head.

24               MR. JOLLEY:  Okay.  So if this

25         intimate relationship was going on when

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

TRANSCRIPTION — February 23, 2022

Page 159

```
 1          you spoke with the OEO investigators,
 2          you said that she would deny the
 3          relationship when you were in public.
 4          And I think that the words you used were
 5          she was -- she would make believe that
 6          you were bothering her.
 7              MR. Doe        Yes.
 8              MR. JOLLEY:  So if -- can you tell
 9          me about that and what was your
10          understanding that if this -- if this
11          relationship was going on, why would she
12          be telling other people that you're not
13          dating or acting -- acting, making
14          believe that she was annoyed by you?
15              MR. Doe        Yes.  So a big part
16          of that was, I presume, to be her
17          parents.  You know, their dislike of me
18          and she didn't like getting out of this.
19          To my understanding at the time, they
20          were reading all of her texts, all of
21          her Facebook messages --
22              MR. JOLLEY:  M-hm.
23              MR. Doe        -- monitoring every
24          single thing she did.
25              MR. JOLLEY:  M-hm.
```

SA-520

TRANSCRIPTION – February 23, 2022

Page 160

```
 1          MR. ███Doe███   So to my
 2    understanding, she didn't want anyone
 3    texting her about it or, like, you know,
 4    (inaudible) the conversation.
 5          MR. JOLLEY:  Right.
 6          MR. ███Doe███   But on the flip
 7    side, I never understood why it was so,
 8    like, hush.  Maybe it was because of the
 9    physical intimacy (inaudible) that we
10    had a relationship.  Her two close
11    friends at the time both disliked me.
12    Her roommate was one of them, and the
13    other is the witness, ██████.
14          MR. JOLLEY:  Okay. Why did –– why
15    did they dislike you? Why do you think
16    that they disliked you?
17          MR. ███Doe███   So I believe that
18    was purely on what she told them,
19    because I have not had enough
20    interactions with them for them to have
21    an opinion of dislike towards me.  You
22    know, ██████, I met her on my first
23    visit to New York University when I was
24    a student at UConn, and she actually
25    signed me in to –– like, into
```

SA-521

TRANSCRIPTION - February 23, 2022

Page 161

```
 1        Weinstein's Presidential Hall --
 2           MR. JOLLEY:  M-hm.
 3           MR. Doe      -- because the
 4        complaint had told me that, you know,
 5        her parents could somehow track who she
 6        signed in and whatnot.
 7           MR. JOLLEY:  Okay.
 8           MR. Doe      And she did that.
 9        That was a trend for all of our trips.
10        She would have someone else sign me in,
11        or I would just, like, sneak in with her
12        identity card.  So I wasn't even always
13        like registered (inaudible) -- sorry.
14           MR. JOLLEY:  Okay.
15           MR. Doe      So and we talked.
16        We talked about cricket.  She claimed
17        that I -- because I read her witness
18        testament.  She claimed that she saw me,
19        like, flick her head or something.  I
20        don't recall flicking her, but I might
21        have.  And if I did, it would have been
22        a very light flick.
23           I don't know if you've ever seen
24        Friends.  There's, like, a whole episode
25        -- we use to both watch Friends.  We
```

SA-522

TRANSCRIPTION - February 23, 2022

Page 162

```
 1          would have sort of, like, a joke where
 2          they flicked one person's head.
 3              MR. JOLLEY:  M-hm.
 4              MR. Doe    Like, it was like --
 5          just like a replay of that.  It was like
 6          (inaudible) now, like, a light little
 7          flick.  It wasn't anything, like, violent
 8          or malicious or like trying to hurt her
 9          forehead or something.
10              MR. JOLLEY:  Okay.
11              MR. Doe    And then so -- yeah,
12          they disliked me.  And her other
13          roommate -- her roommate, she really
14          dislike me to the point where she'd tell
15          my friends -- I had one friend -- she
16          would tell them that she was
17          uncomfortable with them being friends
18          with me.  And I never knew what
19          instigated that.  You know, that's a lot
20          to take and a lot to hear.  So it was
21          always a matter of frustration of, you
22          know, here you are on one hand, you're
23          avoiding your roommate to come down to
24          my room sometimes and sleep there.
25          You're staying over five nights -- like,
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-523

TRANSCRIPTION – February 23, 2022

Page 163

```
1        five out of seven nights.  Nobody knows
2        -- none of her friends know.  And if
3        anything, they all think that I'm
4        annoying.  I mean, I get rejected from
5        two clubs that she's on the E board
6        from. You know, I sent a great
7        application.  There's no way that, like,
8        the reason for my rejection would have
9        been based on the application.  And I
10       did do some digging, and I found out
11       from people who were in the club that it
12       was just because they disliked me.
13       People I had never met dislike me.  So
14       that leads me to, like, one conclusion,
15       is that someone was saying something
16       about me.  And I don't -- yeah. I
17       presume that to be the complainant.
18          MR. JOLLEY:  You read -- you
19       mentioned something that you were aware
20       that -- or you had reason to believe
21       that her parents read all of her texts
22       and could see everything that she
23       received.  And I think -- did you read
24       in the report the allegation is that her
25       belief is, my understanding is, is that
```

TRANSCRIPTION - February 23, 2022

Page 164

```
 1          you would intentionally send her texts
 2          knowing that her parents would read them
 3          in order to put her in a compromising
 4          position?  That's my words of
 5          summarizing it.  Did you read that in
 6          the report?
 7              MR. Doe      Yes, I did.
 8              MR. JOLLEY:  Can you give me --
 9              MR. Doe      I know which
10          instance you're referring to.
11              MR. JOLLEY:  Yeah.
12              MR. Doe      And the biggest
13          thing was, sometimes -- you know, I
14          didn't text her with the intention of
15          her parents reading the message.
16              MR. JOLLEY:  Okay.
17              MR. Doe      But if she blocked
18          me on other forms of contact -- because
19          we had a private Facebook account.
20          Like, a fake Facebook account that we
21          use to communicate on --
22              MR. JOLLEY:  Right.
23              MR. Doe      We would communicate
24          on WhatsApp.  And if I was blocked on
25          all avenues and I did communicate with
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-525

TRANSCRIPTION — February 23, 2022

Page 165

```
1              her, I wanted to communicate with her to

2              try and sort things out, I would text,

3              you know, over phone.  Because that's

4              the only (inaudible) option for me.

5                   And she said —— at different

6              stages, she said that, like, her parents

7              had stopped tracking.  This was ——  the

8              tracking was mainly in the first year.

9                   The second year, our sophomore

10             year, she said that her parents were no

11             longer looking at her Facebook messages

12             and were no longer looking at her text

13             messages.  The biggest risk was when she

14             was at home and they would just take her

15             phone.

16                  MR. JOLLEY:  Got it.  Okay.

17                  Did she block you —— did she ever

18             block you on any messaging platform, any

19             social media platform on her phone?  Did

20             she block you at any point?  And I'm

21             talking about, really, here during the

22             fall 2017 semester.

23                  MR. Doe   So what would happen

24             a lot, so on WhatsApp, whenever she

25             wanted to communicate with me, like, the
```

TRANSCRIPTION - February 23, 2022

Page 166

1        way we had always done things was she'd

2        unblock me, text me, and then block me

3        again.

4            MR. JOLLEY:  But she --

5            MR. Doe    The only --

6            MR. JOLLEY:  She blocked you on

7        WhatsApp?

8            MR. Doe    Yeah.  She'd keep me

9        blocked, and that was because of her

10       parents, she said.  She didn't want,

11       like, texts getting out or something.

12       So she'd like unblock me to talk to me.

13       You know, we'd talk and everything, and

14       then she'd blocked.

15           MR. JOLLEY:  Okay.

16           MR. Doe    And then Facebook,

17       obviously because of the fake account,

18       she didn't need to block.  She had the

19       ability to log out and just ignore that

20       account for a little -- like, you know,

21       if she didn't want to talk or something.

22           MR. JOLLEY:  Okay.  I'm going to

23       give you a second to take a breath.

24       Okay.  There's a couple things I want to

25       take a look at.

SA-527

TRANSCRIPTION – February 23, 2022

Page 167

```
 1          MR. ███████  Okay.
 2          MR. JOLLEY:  You've read the report
 3     and you've heard her allegations that
 4     she says that during the fall 2017
 5     semesters, on more than one occasion she
 6     awoke to find that you were touching her
 7     breasts.
 8          MR. ███████  Yes.
 9          MR. JOLLEY:  Can you respond to
10     that, and do you recall any instances of
11     that?
12          MR. ███████  I don't recall any
13     instances of it.  But I also cannot deny
14     it, because we were in a bed, and I was,
15     you know, physically (inaudible).  We
16     were closely intertwined when we slept.
17     My arms around her, her arms around me.
18     And, you know, over the clothes, it
19     definitely could have happened.  It
20     wasn't with the intention of, like, you
21     know, doing something that was not
22     consensual.  But at that proximity, you
23     know, if you're sleeping over and you've
24     done it, like, what five out of seven --
25     five nights in a week for, like -- how
```

TRANSCRIPTION - February 23, 2022

Page 168

1          many weeks are in a semester?  Like,

2          maybe like -- I don't know -- 20.   It

3          could have happened.  I can't deny that

4          it didn't. But nor can I say that I

5          intentionally did it. Because I would

6          never intentionally do that.

7               And there are instances where we

8          have had interactions with, you know, me

9          touching her breasts.  That was in a

10         consensual matter.  She had taken off,

11         like, her shirt.  We were, like, making

12         out.  And, you know, one thing led to

13         another, and it was all consensual.

14         And, you know, I had my shirt off, she

15         had her shirt off.  We were embracing.

16         And in that kind of a moment, yes, it

17         did occur.  But not with her, like, you

18         know, sleeping and me standing there and

19         then her waking up and me just sort of

20         being there without any purpose or any

21         reason.  The only way that it could have

22         happened was just by virtue of this

23         close, confined space.

24              MR. JOLLEY:  Have you ever taken

25         photographs of her while she's sleeping?

Case 23-1246, Document 88, 04/30/2024, 3621707, Page71 of 234

SA-529

TRANSCRIPTION — February 23, 2022

Page 169

1            MR. [Doe]   Yes, I have.

2            MR. JOLLEY: Tell me about that.

3            MR. [Doe]   So there's two,

4      like, predominant things.  So like, one

5      was, the pictures that she said that she

6      deleted, those were taken when I was at

7      UConn.  We would stay on FaceTime —— or

8      I don't know maybe Facebook message,

9      whatever we used.  We would stay on

10     Facebook messenger and we'd put our

11     laptop in front of us so we could see

12     each other sleeping.  So sometime if she

13     was in, like, a funny position or she

14     looked, like, you know, cute or

15     something was funny, I would take a

16     screen shot of it.  Those are the

17     pictures that I had.  And, you know, she

18     went through them. And occasionally I

19     had taken pictures where I didn't

20     realize, but there was some, like,

21     cleavage showing or something along

22     those lines.  But I didn't have the

23     intent of doing it.  And I very

24     willingly let her delete all of them.

25           The other instance was, she was

SA-530

TRANSCRIPTION — February 23, 2022

Page 170

```
 1          laying down in my bed and she just kind
 2          of looked like a mummy.  She was just
 3          kind of, like, sprawled all straight.
 4          Her arms on her side, and she was just,
 5          like, staring straight up.  And I took a
 6          picture of that.  And her shirt was
 7          just, like, up a bit, exposing her
 8          stomach a little bit.  But, again, that
 9          is not what I, you know, intended to
10          take a picture of.  It was just an
11          unintended consequence.  And upon her
12          seeing it, I deleted it immediately.
13              MR. JOLLEY:  Did you ever pull her
14          shirt up before taking a picture?
15              MR. Doe      No.
16              MR. JOLLEY:  Okay.  I want to talk
17          about what happened then.  So we'll get
18          through the fall semester.  And then she
19          has said that -- her words that she had
20          used was that around February of 2017
21          she called it off.  Or was calling it
22          off, I think they were --
23              What happened in February 2000 --
24          I'm sorry -- 2018?  It would be this
25          past February.  And what happened with
```

GregoryEdwards, LLC │  Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

Case 23-1246, Document 88, 04/30/2024, 3621707, Page73 of 234

SA-531

TRANSCRIPTION – February 23, 2022

Page 171

| | |
|---|---|
| 1 | the relationship then? |
| 2 | MR. Doe   Okay.  Let me just |
| 3 | think for a second.  We got back to |
| 4 | school around late January, if I'm not |
| 5 | mistaken.  January 18th. |
| 6 | MR. JOLLEY:  That usually about |
| 7 | right.  Yeah. |
| 8 | MR. Doe   Okay.  In that case, |
| 9 | I have no recollection of her trying to |
| 10 | call it off in February.  If anything, I |
| 11 | only remember her, like, continuing with |
| 12 | staying over at my place and continuing |
| 13 | in similar activities.  I do not recall |
| 14 | in February her trying to call it off. |
| 15 | I remember in March her trying to |
| 16 | call it off.  It was only after, you |
| 17 | know, things had deteriorated and -- |
| 18 | MR. JOLLEY:  Okay. |
| 19 | MR. Doe   -- I introduced her |
| 20 | to some of my friends. |
| 21 | MR. JOLLEY:  Okay. In the report -- |
| 22 | and you heard her and I talk about an |
| 23 | incident that she says occurred on March |
| 24 | 10th in which you were -- she -- you |
| 25 | know, she described you were hanging out |

SA-532

TRANSCRIPTION - February 23, 2022

Page 172

```
 1          with friends and that you got angry and
 2          then when everyone left, you came back
 3          and were banging on her door.  Do you
 4          remember her and I having that
 5          conversation?
 6              MR. Doe   Yeah.
 7              MR. JOLLEY:  Tell me your -- tell
 8          me your perspective of what happened
 9          then.
10              MR. Doe   Sure.  And I'm just
11          going to let you know, I have to give a
12          little bit of back story to explain
13          (inaudible).
14              MR. JOLLEY:  I need you to speak up
15          a little and a little slower, too,
16          because you broke up there.
17              MR. Doe   Sure.  I do have to
18          provide a little bit of back story as to
19          why I was feeling that way and what
20          prompted, you know, me to be, like,
21          angry in that moment.
22              MR. JOLLEY:  Okay.
23              MR. Doe   So March 10th was
24          the day that, you know, I was going to
25          try and do a birthday celebration with
```

SA-533

TRANSCRIPTION — February 23, 2022

Page 173

```
 1            my friends for her.  It started out by
 2            me giving her some gifts, right.  I gave
 3            her a water bottle.  A very nice one.  A
 4            compost bin, a book and, you know, that
 5            was sort of like the birthday gifts that
 6            I had given her.
 7                 After that I was planning on like
 8            -- I had arranged with all my friends so
 9            that we could all go out for dinner and
10            sort of celebrate her birthday.  Went to
11            Malai Marke.  It's in -- I don't know.
12            It's 2nd Avenue, I think, somewhere.  So
13            we all went there.  And, you know, prior
14            to that even she -- she said she had no
15            clothes to wear.  So I went to H and M
16            with her.  I let her pick out anything
17            she wanted, with the intention of, like,
18            you know, I'd return it later.  And so
19            she bought a sweater.  Ironically, it's
20            the sweater she's wearing right now. But
21            I bought that sweater for her at H and M
22            that day.  And I took her out with,
23            like, all my friends.  I tried to make
24            like, you know, something for her where
25            she had other people to celebrate with.
```

SA-534

TRANSCRIPTION – February 23, 2022

Page 174

```
1          I think two of the people described in

2     the report, ████████, ████████

3     ████ and ████████, they were all

4     there.  So we all went to Malai Marke

5     and tried to do something.

6          After that, we went back to her

7     apartment.  That is when ██████, who

8     also gave a witness testament, joined

9     us.  And, you know, we played games.  We

10    relaxed.  We played this one game where,

11    like -- you know, they ask questions

12    about people.  And, you know, there were

13    some comments made about me that were

14    saying, like, oh, what would the

15    complainant's worst nightmare be.  And

16    they said, oh, that, like, John is gay

17    or something.  Like something along

18    those lines.

19         And she went on to elaborate the

20    story.  She told -- like, she said, oh,

21    yeah, everyone I know thinks he's gay.

22    My roommate's mom even said that he has

23    a gay face.  And like, all these

24    comments that, you know, affected me

25    because that is something that I've,
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-535

TRANSCRIPTION – February 23, 2022

Page 175

```
 1          like, dealt with.  And, you know, people
 2          have assumed my sexual identity in ways
 3          that, you know, I don't appreciate.  And
 4          so that hurt me.  And then, you know,
 5          prior to that they had asked us
 6          questions about our relationship.  And
 7          you know, I had said clearly, I don't
 8          really want to answer them.  And she
 9          said, no, no, no, let's answer them,
10          like, ignoring what I felt.  And they
11          asked us, like, all these questions
12          about our relationship.  Then they asked
13          us, did you love each other ever.  And
14          she just goes, No, like, straight up
15          without anything.  No.  And, you know,
16          then they asked me.  And I think, well,
17          gosh, what am I going to say? Yeah, I
18          did love this girl, like, a lot.  And,
19          arguably, I still have feelings for her.
20          So it's very awkward for me to be in
21          that position.  And that prompted, you
22          know, a lot of, like, you know, just
23          hurt, frustration, anger within me.
24              So upon everyone leaving her room
25          -- they left at about 4:00 a.m.  They
```

TRANSCRIPTION - February 23, 2022

Page 176

```
1          were going to go get pizza.  They had no
2          plans to hang out together, but that was
3          just formulated while they were getting
4          the pizza. I went back to her room, and
5          I said, hey, can we just talk for a
6          second.  I was very calm at this stage.
7          Because, you know, I just said, I don't
8          appreciate some of the things that you
9          said about me.  And she said, no, I
10         can't handle, like, people-people
11         interactions.  Like, I don't want to be
12         around people.  I need to be alone for a
13         little bit.  And then I kind of got
14         angry, because I said, you know, you
15         said some very mean things about me.
16             She also even said -- like, you
17         know, she got a new house, and she told
18         my friends, like, oh, he was really
19         jealous about my new house.  Like, he
20         got really jealous about, like, how nice
21         it was and stuff.  And these are all
22         comments.
23             I said, like, you know, I don't
24         appreciate it.  I don't appreciate being
25         called gay. I don't appreciate being
```

SA-537

TRANSCRIPTION - February 23, 2022

Page 177

```
 1              called jealous in front of my friends.
 2              I don't appreciate the one person who I
 3              thought I was closer to than anyone else
 4              coming out and making all these jokes
 5              about me, saying all these things about
 6              me.  And so I got a little angry.  I
 7              never, like, banged on her door.  I did
 8              knock.  Maybe it was a little more
 9              aggressive, but my intention was not to
10              bang.  And, you know, I just wanted -- I
11              wanted to talk to her, basically.
12              Because I just felt really hurt by what
13              had happened.
14                  MR. JOLLEY:  Were you shaking --
15                  MR. Doe    (Inaudible) once the
16              friends --
17                  MR. JOLLEY:  I'm sorry.  I'm just
18              going to -- she had said you were
19              banging on her room door and shaking the
20              door handle and texting her to open the
21              door.
22                  MR. Doe    Yes, I was texting
23              her to open the door.  And I was
24              knocking (inaudible).
25                  I don't have (inaudible).
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-538

TRANSCRIPTION - February 23, 2022

Page 178

```
 1          MR. JOLLEY:  Were you shaking the

 2      door handle or --

 3          MR. Doe  (Inaudible) shaking

 4      the door handle.  But, I -- I really

 5      just don't know.  I was just -- I was

 6      very frustrated at her.  And, I mean, I

 7      --

 8          MR. JOLLEY:  Can I --

 9          MR. Doe  -- didn't have --

10          MR. JOLLEY:  I mean, I recognize

11      you're angry, but if she said to you, I

12      don't want to talk to you, and you know

13      that you've had this history together

14      and she's, you know, expressed that

15      she's upset with you being at NYU, I've

16      heard you say that her friends disliked

17      you, her roommate disliked you, parents

18      disliked you, she's blocked you on

19      WhatsApp, and then she says she doesn't

20      want to talk to you, and then you show

21      up at her door and, you know, angry

22      like -- I guess I'm trying to understand

23      is that -- did you think that that --

24      that she was going to talk to you if you

25      went to her room and approached it like
```

SA-539

TRANSCRIPTION - February 23, 2022

Page 179

```
 1        that?
 2             MR. ███Doe███   I approached it
 3        calmly, initially, which I did state.
 4        And so, yes, I did think so.  All the
 5        stuff that happened before, you know,
 6        the disagreements and everything, her
 7        not wanting me to come to NYU, those had
 8        faded away.  I mean, she's staying at my
 9        place five nights out of seven --
10             MR. JOLLEY:  Got it.
11             MR. ███Doe███   -- consistently.
12        She's doing things with me.  She went to
13        Hamilton with me.  She -- you know, she
14        had spoken to my mother.  She had spoken
15        to my brother.  There's a lot of
16        interactions and, you know, we had
17        reached a stage where we were close.  We
18        were, like, you know, arguably closer at
19        that stage than we had ever been in our,
20        you know, dating period.  So yeah, I had
21        reason to think that she would open up.
22             I -- I was closer to her.  She was
23        close to me.  That's the impression I
24        got from it.  You know, she'd always
25        talk to me.  We'd have a lot of
```

TRANSCRIPTION - February 23, 2022

Page 180

1          conversations.  She's the only person I

2          talked to.  We'd hang out together.

3          Nobody knew about it because we would be

4          alone.  But we were still a lot -- a lot

5          of time together.  I mean, even to the

6          point where, like, in the spring

7          semester she had a class in Brooklyn

8          that she was, like, auditing for, like,

9          the first two weeks.  She asked me to go

10         with her.  I sat in on a class with her.

11              There's a professor in Gallatin, a

12         practicum course, I went with her for

13         the first lecture, and I enjoyed it.

14         And I actually emailed the professor

15         asking if I could audit the course.

16         And, you know, she was perfectly okay

17         with that.  And she was, like, kind of

18         excited about it.

19              I sat in on courses with her.

20         Like, you know, that's the level of

21         closeness that we had. So I did have an

22         understanding that if I were to come

23         down and talk about it -- talk about it

24         with someone I'm close with, she would,

25         you know, acquiesce and, at least,

SA-541

TRANSCRIPTION – February 23, 2022

Page 181

```
1         discuss it with me.  You know, try and
2         fix it so that I wouldn't be getting
3         frustrated again.  Like, I wouldn't get
4         hurt again.
5              You know, those are, like, little
6         things that hurt me, and they were very
7         solvable.
8              MR. JOLLEY:  Okay.
9              MR. Doe    But what prompted
10        my, like, actual, like, anger was the
11        other friend came through, and he says,
12        hey, do you want to hang out, and she
13        just -- she was all ready.  She walked
14        out and she went with him.  So after
15        saying --
16             MR. JOLLEY:  Right.  And so --
17             MR. Doe    -- no person-to-
18        person interaction, I can't handle being
19        in a room --
20             MR. JOLLEY:  Right.
21             MR. Doe    -- setting, I can't
22        handle this, she was gone like that.
23             MR. JOLLEY:  And this was her
24        friend from Ruben?
25             MR. Doe    He lived in Lipton,
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-542

TRANSCRIPTION – February 23, 2022

Page 182

```
 1          but --
 2               MR. JOLLEY:  Oh, Lipton.
 3               MR. ██████  -- he was going to
 4          Ruben.
 5               MR. JOLLEY:  Okay.
 6               MR. ██████  This was -- I mean
 7          --
 8               MR. JOLLEY:  And --
 9               MR. ██████  -- these are all my
10          friends.  I introduced them to her.
11          They were our friends at that time.
12               MR. JOLLEY:  John  just to -- I
13          want to start with -- I'm not
14          necessarily interested in whose friends
15          was whose, but I'm curious as to --
16          you're -- you had said that you were
17          very angry.
18               MR. ██████  Yes.
19               MR. JOLLEY:  She wouldn't open the
20          door.
21               MR. ██████  Yes.
22               MR. JOLLEY:  She said that she
23          didn't want to interact with you.  A
24          friend from Ruben came over and she was
25          leaving with him.  And did you go with
```

TRANSCRIPTION – February 23, 2022

Page 183

```
 1        them?
 2            MR. ████  Yes.  Because he
 3        asked me to go with him as well.
 4            MR. JOLLEY:  And why did you go
 5        with them?  Why did you go with them?
 6            MR. ████  Because I just
 7        wanted to see how it played out, you
 8        know, what was happening.
 9            MR. JOLLEY:  Did either  --
10            MR. ████  What's the case that
11        you're willing to go with him but not
12        with me.
13            MR. JOLLEY:  █John█ did either of
14        them ask you to go with them?
15            MR. ████  Yes.  They had
16        texted me prior saying, do you want to
17        join us.  And then when I came
18        (inaudible.)
19            MR. JOLLEY:  What do you mean by
20        prior?  Who texted  --
21            MR. ████  Pardon?
22            MR. JOLLEY:  Who texted you prior?
23            MR. ████  It was either the
24        guy who came or it was the guy  -- the
25        ████ guy who texted me.  We had a
```

SA-544

TRANSCRIPTION - February 23, 2022

Page 184

```
1         group chat.
2              MR. JOLLEY:  Who's the RA guy?
3              MR. Doe        .
4              MR. JOLLEY:  A guy that was not
5         there asked you -- texted you and asked
6         you to go with them?
7              MR. Doe      Yeah, to join them.
8         They were all in Ruben and said, you
9         guys -- do you want to join?
10             MR. JOLLEY:  Okay.
11             MR. Doe      So it wasn't me
12        forcing myself.  I did have an invite,
13        you know, to go there.
14             MR. JOLLEY:  Okay.  A couple nights
15        later there was dinner at Max Brenner's.
16             MR. Doe      Yes.
17             MR. JOLLEY:  Tell me about that.
18             MR. Doe      So I was with my
19        friend,        . And, you know, we
20        were just relaxing.  Our friends had all
21        flown out, and we were just saying,
22        like, hey, do you want to go to Max
23        Brenner.  And while we were downstairs
24        we bumped into the complainant and her
25        friend. And I just said, like, hey, do
```

**SA-545**

TRANSCRIPTION – February 23, 2022

Page 185

```
1              you want to join us either for dinner or
2              go to Max Brenner with us.  And they
3              said, we'll skip on dinner but we'll
4              join at Max Brenner.
5                  So we all went there.  You know, I
6              had broached the idea, and we all went
7              there.  We waited for, like, 10 minutes
8              or something, and then we went in.  I
9              didn't have any intention, actually, of
10             it being a birthday celebration.  I --
11             I went in just expecting dessert.  And I
12             just saw someone who, you know, was had
13             a birthday celebration on the side.  So
14             I whispered to my friend, ███████,
15             and I said, hey, should we do something
16             for her birthday?  And he was like,
17             yeah, we should do it.
18                 So I went up and I just said, hey,
19             can we do -- can we get candles on,
20             like, one of the sundaes or something
21             for her.  And yeah, it was -- you know,
22             it was just like trying to do something
23             nice.
24                 I didn't take on the bill.  We
25             split it three ways between me, ██████
```

GregoryEdwards, LLC │ Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

TRANSCRIPTION – February 23, 2022

Page 186

```
 1          ███, and her friend.  We split her

 2          bill, and we all paid for ourselves.

 3          And, yeah.

 4              MR. JOLLEY:  You said -- you said

 5          she did not appreciate this gesture.

 6              MR. ██Doe███  Yeah.  She didn't

 7          appreciate it afterwards.  She never

 8          told me leading up to it --

 9              MR. JOLLEY:  How do you know --

10              MR. ██Doe███  -- but after the

11          fact she told me.

12              MR. JOLLEY:  Okay.

13              MR. ██Doe███  A little while after

14          the fact, actually.

15              MR. JOLLEY:  What is your

16          understanding of why she didn't

17          appreciate that?

18              MR. ██Doe███  So she told me that,

19          you know, she felt like it wasn't a --

20          like, she was still in a sensitive time

21          and she wasn't ready for that.

22              This was me just trying to, like,

23          get a little more -- you know, like,

24          trying to make amends and try and, like,

25          fix things, you know, show that, like --
```

SA-547

TRANSCRIPTION — February 23, 2022

Page 187

```
1              you know, it's -- we can get over this.
2              And, you know, even little things, like
3              little details.  When we went to Max
4              Brenner, I mean, she was wearing my
5              jacket there.  Like, she still had my
6              jacket and she was wearing it.
7                  To me, that's indicative of the
8              fact that, like, you know, you're not
9              that against me.  You're still, like,
10             you know, close and you're still using,
11             like, my things.  I'm like, it's not
12             like you really shut me out or, like,
13             don't want me completely there.
14                 So and --
15             MR. JOLLEY:  Because --
16             MR. Doe     -- I
17         assumed (inaudible) --
18             MR. JOLLEY:  Because she was
19         wearing your jacket?
20             MR. Doe     -- that we'd
21         (inaudible.)
22             MR. JOLLEY:  Because she was
23         wearing your jacket?
24             MR. Doe     No, that's wasn't
25             the only reason.  I just said that's an
```

TRANSCRIPTION - February 23, 2022

Page 188

```
1        example of --
2             MR. JOLLEY:  Okay.
3             MR. Doe        -- the whole thing.
4        You know, we were very close.  And you
5        know, one night where I got angry, I
6        assume, you know, you can fix that.  I
7        assume we can get over it and move
8        forward.  I didn't see it as something
9        that, like, you know -- because my whole
10       intention, even the reason I got angry
11       was -- I didn't get angry at her.  I got
12       angry because I wanted to fix it and I
13       wasn't able to fix it.
14            My intention was to fix it and to
15       sort things out so that, you know, we
16       could have a better friendship with
17       everyone else, so that me and her could
18       still be friends and that, you know,
19       neither of us were getting hurt, neither
20       of us were having complexities or issues
21       with everyone.
22            MR. JOLLEY:  Okay.  She's alleged
23       that then on that day, either later that
24       day or the same -- it's at 1:41 a.m., it
25       looks -- I'm looking at in the
```

SA-549

TRANSCRIPTION - February 23, 2022

Page 189

```
1        attachments, attachment B, it's page

2        120 -- that you then sent text messages

3        to her parents.  And I don't know if

4        this is her mom.  I'm looking at page

5        129 of attachment B.  It is marked 129.

6            MR. [Doe]   Yeah.  Sorry.   Just

7        a sec.

8            MR. JOLLEY:  Take a second.

9            MR. [Doe]   129 you said?

10           MR. JOLLEY:  Yep.  It's attachment

11       B.

12           MR. [Doe]   (Inaudible).   Yes.

13           MR. JOLLEY:  Okay.  Is that message

14       from you to one of her parents? To her

15       mom?

16           MR. [Doe]   Yes, to her mom.

17           MR. JOLLEY:  Okay.  Why did you

18       send a message to her mom on April 2nd?

19           MR. [Doe]   So I had contact

20       with her.  We had a lot of

21       disagreements.  She's shown suicidal

22       tendencies before, and she's had risks

23       of self-harm.  I was just really

24       concerned about her.  I couldn't reach

25       out to her.
```

SA-550

TRANSCRIPTION - February 23, 2022

Page 190

```
 1              I was even with a friend, and his
 2    name was ████████ who I reference in
 3    the report.  And I said, you know, I
 4    can't get ahold of her.  Can you try
 5    calling her?  And, you know, nothing was
 6    possible.  And I just really panicked
 7    for her.  I was really concerned.  I
 8    didn't want any -- like, anything
 9    untoward to happen to her.  And that was
10    my reason for texting the parents.
11              MR. JOLLEY:  Okay.
12              MR. Doe  You know, I didn't
13    want to send them any information or get
14    angry.
15              MR. JOLLEY:  Did you --
16              MR. Doe  I was just purely
17    concerned.  I think I expressed that in
18    the text, but --
19              MR. JOLLEY:  Okay.
20              MR. Doe  -- all it was was
21    concern.  I just wanted to make sure she
22    was okay.
23              MR. JOLLEY:  Okay.
24              MR. Doe  And I know the one
25    person who can track her and see
```

SA-551

TRANSCRIPTION - February 23, 2022

Page 191

```
1        everything she's doing is her mother.
2            MR. JOLLEY:  Okay.
3            MR. Doe         So that was my
4        rationale behind it.
5            MR. JOLLEY:  Did --
6            MR. Doe         I wouldn't have done
7        it if, you know, I knew everything was
8        okay.  But given our history, given, you
9        know, things that have happened,
10       significant things, you know, it was a
11       moment of concern.  And, you know, it's
12       also played in the fact by previous
13       incident, she had texted me, you know,
14       when, like, she was at risk of
15       something.  And I had my phone off and I
16       didn't respond.  And, you know, that
17       guilt has worn away at me by feeling
18       that, you know, there's something I
19       could have done, but I wasn't able to do
20       it.
21           MR. JOLLEY:  Okay.
22           MR. Doe         And I think if
23       anything, this shows, like, towards the
24       fact that, like, I'm just so worried and
25       concerned that I don't want to risk
```

Case 23-1246, Document 88, 04/30/2024, 3621707, Page94 of 234

TRANSCRIPTION - February 23, 2022

Page 192

```
 1        anything happening.  I'm scared of
 2        something similar happening that, you
 3        know, I wasn't there that time.  So I'm
 4        scared of something like -- anything
 5        untowards.
 6             MR. JOLLEY:  Okay.
 7             MR. ██Doe███  I wanted to make
 8        sure she was okay.
 9             MR. JOLLEY:  Okay.  In that same
10        block, if you move forward a couple
11        pages, you sent her a number of texts on
12        that day throughout the day.
13             MR. ██Doe███  Yeah.
14             MR. JOLLEY:  I want you to tell me
15        -- I've heard her perspective on this,
16        but I specifically want to talk about
17        the texts that are on 132.  So if you
18        would advance forward a couple of pages.
19             On 132, there's a -- there's four
20        blocks of texts.  And I want to talk
21        about the -- the second, third, and
22        fourth.
23             MR. ██Doe███  Yes.
24             MR. JOLLEY.  And about you going to
25        Ruben and her not being there.
```

SA-553

TRANSCRIPTION – February 23, 2022

Page 193

```
 1              MR. Doe     Yes.
 2              MR. JOLLEY:  Tell me your
 3      perspective on what happened here.
 4              MALE SPEAKER:  What page are you
 5      on?
 6              MR. JOLLEY:  I'm on 132.  It's
 7      attachment B and it's marked 132.
 8              It starts where you're saying, I
 9      think, "fucking bitch, I fucking hate
10      you.  I walked here and you walked
11      back."
12              Do you see that?
13              MR. Doe     Yes.  Yeah.
14              MR. JOLLEY:  Tell me about that.
15              MR. Doe     So she told me to
16      come meet her at Ruben, and then —-
17              MR. JOLLEY:  She told you to come
18      meet her at Ruben?
19              MR. Doe     Yes, come and meet
20      her at Ruben.  And then upon me going,
21      she'd left.  And this was me trying to
22      come and, like, sort things out.
23              She told me, I'm going to be in
24      Ruben.  You can come here and talk to
25      me. So I think it was at, like,
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

TRANSCRIPTION – February 23, 2022

Page 194

```
1        2:00 a.m. or something.
2              MR. JOLLEY:  M-hm.
3              MR. Doe        (Inaudible).  No.
4        No.  4:00 a.m.  4:00 a.m. I had gone up
5        and walked, then, in the hopes of, you
6        know, trying to come to some, like -- I
7        don't know -- conclusion, closure,
8        fixing things, whatever it was going to
9        be.  I had walked there in the hopes of
10       that.  And she had just left.
11             MR. JOLLEY:  M-hm.
12             MR. Doe        She had, I guess,
13       didn't want to talk to me at this stage.
14             MR. JOLLEY:  All right.
15             MR. Doe        And she just left.
16             The frustration stemmed from the
17       fact that in all our, you know, friend
18       group, she met with everyone to discuss
19       the thing about me.  She met with my --
20       like, all the friends, but she had
21       avoided me.  She -- she had never talked
22       about it with me, but she talked about
23       it with everyone.  I received texts from
24       people saying, you know, Hey, John  I
25       don't want to talk to you anymore.  I
```

SA-555

TRANSCRIPTION - February 23, 2022

Page 195

```
 1          have to maintain my self-respect.  And I
 2          think hanging out with you is going to
 3          damage that.  Or John we're not friends
 4          anymore.  I can't -- I just don't want
 5          to be in your business anymore.  Stay
 6          away from me.
 7               I think five people blocked me in
 8          the span of maybe a week and a half.
 9               MR. JOLLEY:  Okay.
10               MR. Doe       And that's a lot to
11          take.  You know, you have to question
12          what was said about me.  Who said what
13          about me.  And all these things.  And if
14          she's meeting with them, my logical
15          conclusion in my head is she said
16          something.
17               MR. JOLLEY:  Okay.
18               MR. Doe       And no matter what
19          it is, it's been -- it's flagrant enough
20          that they decided just completely not to
21          talk to me.
22               So at this stage, you know, there
23          was a lot of anger.  It's like you're,
24          again, avoiding to meet with me, the
25          person who you're directly involved in.
```

SA-556

TRANSCRIPTION - February 23, 2022

Page 196

```
 1          MR. JOLLEY:  Right.
 2          MR. ████  We had incidents --
 3     her friends have, like, tricked me and
 4     called me to meet with them.  They have
 5     interrogated me about everything.
 6          MR. JOLLEY:  Right.
 7          MR. ████  When I spoke with
 8     her the first time I did -- and this was
 9     still after the fact, but her friend
10     refused to leave the room.  They sat in
11     and had to listen to everything.  And
12     that, you know, I can't talk about
13     everything freely because they are
14     there.
15          MR. JOLLEY:  Why do you think that
16     they stayed in the room?
17          MR. ████  They just said, you
18     know, because they were like, oh, no,
19     it's okay.  We want to stay.
20          MR. JOLLEY:  Okay.
21          MR. ████  And they were like
22     -- I was like, I don't want you to stay.
23     Like, is that not a reason -- of course
24     you can wait outside.
25          There like, no, no, it's okay.  You
```

TRANSCRIPTION – February 23, 2022

Page 197

```
 1        guys can talk.  We'll just be on the
 2        side.
 3             MR. JOLLEY:  Okay.
 4             MR. [Doe]   And they wouldn't
 5        leave, and she was like --
 6             MR. JOLLEY:  Okay.
 7             MR. [Doe]   She was like -- she
 8        even told them, you can leave.  Like, I
 9        don't need you here.  It's fine.  You
10        can leave.  And they still refused to
11        leave.
12             So it was something where, you
13        know, two people were -- like, everyone
14        was in on it.  And, you know, even in
15        that text -- her friend had sent me
16        texts, this supposed person that on the
17        messages goes by Soupy Noodley --
18             MR. JOLLEY:  M-hm.  I saw that.
19        You included that in your attachments.
20        I saw that one.
21             MR. [Doe]    Yes, I did.
22             She had even said that even the
23        complainant wasn't happy with the amount
24        of drama that people were turning this
25        into.
```

SA-558

TRANSCRIPTION — February 23, 2022

Page 198

```
1           MR. JOLLEY:  Okay.
2           MR. Doe      And, you know, to me
3      that -- that sums it up.  They were in
4      it for the drama.  It was all, like, a
5      show for them.
6           MR. JOLLEY:  Okay.
7           MR. Doe      I received
8      proverbial texts from one of them
9      saying, like, oh, life isn't what --
10     like, what you think you deserve.  It's
11     what you actually deserve.  And, like,
12     they'd call -- like, you know, I have
13     all these calls or I would call her.
14     They would call me back and they would,
15     like, shout swear -- shout abuses at me.
16     you know, rowl things up.  And abuses in
17     Hindi, so they'd say like the equivalent
18     of like mother fucker or -- excuse me.
19     Pardon my language.
20          MR. JOLLEY:  I've heard it.
21          MR. Doe      Or like, you know,
22     bastard --
23          MR. JOLLEY:  Okay.
24          MR. Doe      -- in Hindi.  And
25     they'd just call and just keep saying
```

SA-559

TRANSCRIPTION – February 23, 2022

Page 199

```
1              it, saying it, and saying it.
2                   MR. JOLLEY:  Okay.
3                   MR. Doe          And all of these
4              things.  You know, that's a lot.  That's
5              a lot to take, you're just randomly
6              getting calls and people were just
7              swearing at you.  And so that whole
8              thing -- those are the people who are
9              sitting in with me as I try and talk to
10             her.
11                  MR. JOLLEY:  I understand your
12             anger on that.  I want to ask you --
13             this will be another point where I ask
14             you what were you thinking at the time,
15             right.
16                  So after the April 2nd incident in
17             which after a period of time it seemed
18             that she had not wanted to be in
19             communication with you, you wrote to her
20             parents.  You went to Ruben.  She left
21             Ruben.  And this text exchange -- did
22             you have cause to think that she did not
23             want to be in touch with you or have a
24             relationship with you at that point?
25                  MR. Doe          At this point I
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

TRANSCRIPTION — February 23, 2022

Page 200

```
1        didn't understand it.  Yes, I knew that
2        she didn't want to have a relationship.
3            MR. JOLLEY:  Yeah, maybe speak up a
4        little bit.  You're breaking up a
5        little.  Can you repeat that?
6            MR. Doe     Yeah.  I said I
7        understood at this stage that she
8        didn't, and I understood that, you know,
9        she didn't want a friendship anymore.
10            MR. JOLLEY:  Okay.  So by April 2nd
11        you had realized that she did not want
12        to be in communication with you or
13        continue the relationship?
14            MR. Doe     Yes.
15            MR. JOLLEY:  Okay.  So then talk to
16        me about then -- the next thing that I
17        looked at where these videos that looked
18        like they were taken in Lipton on April
19        8th.
20            MR. Doe     Yeah.
21            MR. JOLLEY:  And there's a series
22        of two videos.  And in that, you know,
23        from -- and I wasn't there, so I want to
24        hear your perspective on it.  But I hear
25        you say to her, are you going to talk to
```

SA-561

TRANSCRIPTION - February 23, 2022

Page 201

```
 1        me again? And it sounds like she's
 2        crying and she says no.  And you say,
 3        all right.  Then I'm not leaving you
 4        alone.
 5            MR. Doe      Yes.
 6            MR. JOLLEY:  I know -- I know that
 7        that's a video that's part of a larger
 8        conversation, but can you give me the
 9        context of what was happening on April
10        8th?
11            MR. Doe      Yes. So what had
12        happened was I had walked into Lipton
13        (inaudible).
14            MR. JOLLEY:  Okay.  Slow and
15        louder, please.
16            MR. Doe      I had walked into
17        Lipton with the intent of studying.
18            MR. JOLLEY:  M-hm.
19            MR. Doe      I had ran into one
20        of -- well, I guess formerly my friends.
21        I had walked -- ran into one, the one
22        that lived in Lipton.  And he just took
23        me into a study room and just started
24        studying and pretending as if nothing
25        was happening.  And, like, you know,
```

SA-562

TRANSCRIPTION — February 23, 2022

Page 202

```
1           like, let's just study together. And
2           like, he just pushed me and, like, you
3           know, just tried to sitting there and
4           pretended to do work. And so then
5           eventually he, like, kind of got tired
6           of it. He said, I'm going to go meet up
7           with some friends.
8               And I said, okay. Bye.
9               And I went down into the communal
10          lounge, to, you know, just continue
11          because it was like -- it's a nice
12          space. And I hear him speaking on the
13          phone in Hindi to someone. He says,
14          like -- the translation would be, oh,
15          shit, he's coming down. Look out.
16              And so then I went down and I see
17          her. And I see the -- the other guy who
18          is, again, one of the witnesses. I see
19          them sitting there. And I just got
20          annoyed by the sense that we had come to
21          an agreement that, you know, we weren't
22          going to be in contact with each other,
23          but part of the agreement was also that
24          we were going to cut down communication
25          with outside friends, just because, you
```

SA-563

TRANSCRIPTION - February 23, 2022

Page 203

```
 1          know, it was hurtful to see either of us

 2          hanging out with them, forcing them to,

 3          like, choose which one do they hang out

 4          with, which one do they, like, include.

 5          So the agreement was we decided, you

 6          know, was that we were going to try to

 7          (inaudible).  This was the agreement

 8          that we made in Lipton when the two

 9          friends sat in on our conversation.

10               MR. JOLLEY:  There was an agreement

11          that you -- the two of you would not

12          talk to outside friends?

13               MR. Doe      Or, like, cut down

14          the amount of contact we have.

15               MR. JOLLEY:  Okay.

16               MR. Doe      And so then I see

17          her there, studying with them.  And, you

18          know, I know she's been with them other

19          days of the week and quite frequently.

20          And I saw that, and I you know, I just

21          did confront her about it.  I was just

22          like, look, everyone has texted and said

23          they don't want to be my friend.

24          Everyone has blocked me.  Everyone has

25          said (inaudible), even          had
```

TRANSCRIPTION – February 23, 2022

1        said, when I walked in, our friendship

2        is over.  You lied to me.  You don't

3        trust me.  We can't be friends anymore.

4        I know what you did.  I don't want to be

5        your friend anymore.  And they all said

6        that.  And you know, that was a lot to

7        take.

8              And so I confronted her about it.

9        And she said, okay, let's talk then.

10             And, you know, up to this date I

11       still had not gotten to really express

12       how I felt, like, one on one.  I still

13       didn't get to express, you know, what

14       was going through my mind.  And I still

15       didn't get to express, you know, how

16       hurt I was.  And we talked and talked

17       that tonight in Lipton, and the only

18       conclusion that could -- we really could

19       come to is if I said something that

20       bothered me, she would start crying.

21       And when she stopped crying, she would

22       firm back up and say, no, it's your

23       fault.  And then if I said anything,

24       she'd start crying again, then firm back

25       up, say it's your fault.  It was just a

SA-565

TRANSCRIPTION – February 23, 2022

Page 205

```
 1        cycle.  It was a negative cycle, which I
 2        couldn't get anything through to her.
 3           The moments that led up to the
 4        video were me saying, you know, we
 5        haven't started out anything here.  We
 6        haven't come to any conclusions, and we
 7        haven't made any progress.  If anything,
 8        it's just a little worse, possibly.
 9           So I had said, you know -- when I
10        said, are you going to talk to me again
11        and she said, no, I said, we need to
12        talk again.  We need to sort this out.
13        And we're not calm enough to do that
14        anymore.  I mean, we had lost it.
15           I had wanted to keep talking, but
16        her friend -- her other friend, he had
17        brought down everyone I knew.  Like, he
18        had gotten them all to come to Lipton,
19        and they were just standing outside the
20        communal lounge watching us.  Watching
21        --
22           MR. JOLLEY:  Why do you think that
23        they did that?
24           MR. Doe    To -- I don't know.
25        I have no clue, you know.  I have no
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-566

TRANSCRIPTION — February 23, 2022

Page 206

```
1              idea why he did it.  But to me that was,
2              you know, was very embarrassing.  Here I
3              am crying.  Here she is crying.  And it
4              was just like a big show to everyone,
5              you know?  So I didn't understand that.
6                   And, like, no one understood -- I
7              think partially it's because no one
8              understood how far back our history
9              went.  She had made it out as if we
10             didn't have a relationship, as if she
11             wasn't, you know, close to me during the
12             fall semester.  I think to that
13             understanding, they just thought, well,
14             what is this creep doing? Why does he
15             keep coming back?  They didn't have
16             anything.  But they don't know the truth
17             is that, you know, we did have something
18             and it extended for a long time.
19                   MR. JOLLEY:  Okay.
20                   MR. Doe       But, you know, after
21             that, yeah, she went back and, you know,
22             we didn't have communication for a
23             little while after that.  And, you know,
24             I just have to draw to the point, you
25             know, she took a video of me getting
```

SA-567

TRANSCRIPTION - February 23, 2022

Page 207

```
1        emotional without me even knowing.
2             MR. JOLLEY:  Okay.
3             MR. Doe     And that's something
4        she claimed, you know, that video I took
5        on the night of April 21st --
6             MR. JOLLEY:  Right.
7             MR. Doe     -- she said, like,
8        oh, he took a video of me getting
9        emotional.  At least I told her.  I even
10       sent her the video and told her, look, I
11       took this.
12            I had no intention of sending it to
13       anyone.  It was just sort of being in
14       that moment, that heat, just being like,
15       you know -- and I was very open about
16       it, the fact that I took it.
17            This is a video, when I opened it
18       up, it was the first time I was seeing
19       it.  I had no idea that I was being
20       recorded.  And, you know, the next day
21       -- I forget the exact timeline, but I
22       hosted a cricket screening, because I'm
23       part of the Indian club on campus, and
24       her friend had shown up with my Beats --
25       my Beats headphones.
```

SA-568

TRANSCRIPTION - February 23, 2022

Page 208

```
 1              And I had inquired, you know,
 2         where'd you get these.  And he's like,
 3         oh, these are a friend of ours.  I was
 4         like, no, that's mine.  Like, I could
 5         see the dates on it that would indicate
 6         that it's mine.  And, you know, after
 7         saying that she wasn't going to -- she
 8         was going to cut down her time with
 9         other friends, that she was going to
10         make it, like, you know, more fair,
11         like, not, like, frustrate me by, like,
12         being with them 24/7, then I find out
13         that literally that morning they had
14         been with each other to the point where
15         she's handed off my headphones and he
16         brought them to the event to give back
17         to me.  And then he's trying to lie
18         about it.
19              MR. JOLLEY:  Okay.
20              MR. Doe      And then afterwards,
21         you know, were standing outside.  We had
22         left the event because it was over and
23         we were going outside.  And I was just,
24         like, cleaning up, and she just walks
25         right by, like, as if it's, like,
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-569

TRANSCRIPTION – February 23, 2022

Page 209

```
 1          spontaneous.   And, you know, we're
 2          talking.   And I just go over and I
 3          whisper to her, I was like, you know, if
 4          we both agreed to not, you know, talk to
 5          our group, like, I think we should just
 6          both leave, and I'm content to doing
 7          that.
 8              And she looked at me and she's
 9          like, you know, don't talk to me.   Like,
10          I've gotten people arrested.   I know how
11          to get people arrested.   I have the
12          evidence against you to get you
13          arrested.   And like -- it was, like, all
14          these threats and everything.
15              MR. JOLLEY:  Right.
16              MR. Doe   And, like, it's all
17          been, like, a very, like, slow and
18          (inaudible ) process --
19              MR. JOLLEY:  Right.
20              MR. Doe   -- that just all
21          built on each other.   And this all leads
22          up to basically April 21st.
23              MR. JOLLEY:  So let's talk about
24          April 21st.   Tell me what happened from
25          your perspe -- I read both of your
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

TRANSCRIPTION - February 23, 2022

Page 210

```
 1        accounts --
 2            MR. [Doe]    Yeah.
 3            MR. JOLLEY:  -- and you've heard me
 4        talk with [Jane] about it.
 5            Tell me from your perspective what
 6        happened at U Hall.
 7            MR. [Doe]    Okay.  Can I just
 8        get a drink water quickly?
 9            MR. JOLLEY:  Sure.  Take a minute
10        if you -- too, before we get into that.
11            Are you okay?
12            Okay.
13            MR. [Doe]    Okay.  So April 21st
14        is my birthday.
15            So how it started was, she had had
16        her open mic event for South Asia
17        Society.  And I had decided to stay away
18        from that.  I could have gone, but I
19        thought, you know what, let her have her
20        peace.  Let her have her event.  I'm
21        going to stay away from it. I'm going to
22        let her do her thing in this case.  And
23        I just stayed away because, you know, I
24        didn't want there to be -- you know, I
25        didn't want to be (inaudible), I didn't
```

SA-571

TRANSCRIPTION - February 23, 2022

Page 211

```
1        want it to be awkward.  I just wanted to
2        move away.  I stayed with other friends.
3        I went to get ice cream, you know, just
4        relaxed.  And I went back to my dorm at
5        about, you know, midnight.  And I got
6        some Snap Chats from some people of,
7        like, everyone I knew with her at her
8        event just, like, having a jolly ol'
9        time.  Way past the event.  The event
10       ended at, maybe, like 9:00 p.m.,
11       10:00 p.m.  This was midnight.  They
12       were still there.  They were just having
13       a jolly ol' time, hanging out.
14       (Inaudible) It's midnight.  It's your
15       birthday -- your 20th birthday.  And
16       you're just thinking, well, gosh, you
17       know, for your birthday I did all of
18       this.  I planned all of this.  I tried
19       to make it special.  I tried to do
20       everything so that you would be happy.
21       Bought you four gifts.  I took you out.
22       I arranged for friends to be with you.
23       You know, I tried to do everything in my
24       power to make it a fun and happy
25       birthday. I got her gifts that were
```

SA-572

TRANSCRIPTION – February 23, 2022

Page 212

```
 1          pertinent to her, like, aims, like
 2          ecological or environmentally friendly
 3          gifts and everything. I even had got 15
 4          trees that I planted in her name or
 5          something.
 6               MR. JOLLEY: I understand.
 7               MR. ▮Doe▮   Like, I just
 8          (inaudible), you know.
 9               MR. JOLLEY: You did a lot for her
10          birthday.
11               MR. ▮Doe▮   -- particularly --
12          pardon?
13               MR. JOLLEY: I'm sorry. I
14          understand you did a lot for her
15          birthday.
16               MR. ▮Doe▮   Yeah. And this has
17          been a trend, you know, for every
18          birthday. She's sort of never done
19          anything for mine.
20               MR. JOLLEY: All right.
21               MR. ▮Doe▮   And, you know, she'd
22          always hyped it up. But this year she
23          was like, this year I'm going to do
24          something. This year I'm going to make
25          it good. This year I'm going to, like,
```

SA-573

TRANSCRIPTION - February 23, 2022

Page 213

```
 1          you know, make your birthday, like,
 2          really special.
 3               Well, low and behold, it's my
 4          birthday and all my friends and someone
 5          who, for three years of my life I
 6          considered to be the closest person in
 7          my life, are just, you know, relaxing
 8          and not one of them is, like, ignoration
 9          -- (inaudible) ignoration. And I was
10          hurt by it.  And, you know, I just -- I
11          sort of lost it.  I'm not going to lie.
12          I just sort of lost it.  I was just
13          really affected by it.  I was really
14          hurt by it.  Everything that had led up
15          to that moment just all sort of came
16          down on me and, you know, I couldn't
17          control it.
18               I texted her.  I was very angry,
19          and I said, like, the least you could
20          have done was at least said happy
21          birthday.  I didn't -- I don't care for
22          anything, but at least at midnight you
23          could have at least said happy birthday.
24          You could have at least done, you know,
25          something.  And this was like --
```

SA-574

TRANSCRIPTION – February 23, 2022

Page 214

```
 1              MR. JOLLEY:  And you said that to
 2      her -- did you say that to her by text?
 3            MR. Doe        Yeah, by -- I think
 4      WhatsApp or messenger.
 5            MR. JOLLEY:  Okay.
 6            MR. Doe        Also, a lot of these
 7      texts don't exist because she logged
 8      into my account and deleted all my
 9      messages.
10         She had access to all my passwords,
11      all my emails, and everything, so I am
12      missing a lot of details that, like, I
13      just don't have anymore as a result of
14      that.  I trusted her with --
15            MR. JOLLEY:  Okay.
16            MR. Doe        -- you know, all
17      those passwords.  And she even had access
18      to my old email feed because I forwarded
19      it to one of her emails --
20            MR. JOLLEY:  M-hm.
21            MR. Doe        -- for, like --  so
22      she could get, like a -- she wanted to
23      subscribe, like, the environment
24      (inaudible) health email.  And I
25      couldn't find a way to do it, so I just
```

SA-575

TRANSCRIPTION — February 23, 2022

Page 215

```
 1        said, here, I'll forward all my emails.
 2        I trust you with that.  So she had
 3        access to all that.
 4            But anyway, going back to the, you
 5        know, matter at hand --
 6            MR. JOLLEY:  How did you get --
 7            MR. ▉Doe▉ -- I texted her and
 8        I just said, like, the least you could
 9        have done, you know, was said happy
10        birthday or something like.  It just
11        sucks to sit here and know that everyone
12        I know is over there and nobody even,
13        like, cares.  Like, you know -- you know
14        how much I cared about your birthday?
15        Like, I did care and I put a lot of
16        effort into it.  And it just hurts that
17        for the third year in a row mine just --
18        not even is --  nothing.  It's -- it's
19        worse than nothing.
20            MR. JOLLEY:  M-hm.
21            MR. ▉Doe▉  And I got very
22        frustrated.  And then she actually was
23        the one who texted me and offered to
24        come over.  She said, well, I want to
25        come over.  I want to finish this once
```

SA-576

TRANSCRIPTION — February 23, 2022

Page 216

```
 1          and for all.  I want to sort this out.
 2              So she offered to come to U Hall.
 3          The reason I did text saying, You better
 4          be here in nine minutes, they were empty
 5          threats.  I was never going to do
 6          anything, but I was saying that just
 7          because on the previous instance when I
 8          went to Ruben, she just ran off.
 9              MR. JOLLEY:  Right.
10              MR. Doe  She just didn't show
11          up for the talk.
12              She tried to avoid me for, like,
13          some of these talks that she planned.
14              MR. JOLLEY:  Right.
15              MR. Doe  And, you know,
16          that's why I just, like, I want this to
17          happen.  This needs to happen now.  You
18          better show up.  You better, like, not
19          run away.  You better not, you know, just
20          disappear or say something happened,
21          like some excuse that your mom or, like,
22          your dad texted or, like, you know, your
23          friends had something come up or any —
24          just anything.
25              MR. JOLLEY:  Can I ask you a —
```

SA-577

TRANSCRIPTION - February 23, 2022

Page 217

```
 1          can I ask you a question about something

 2          that you texted her there?

 3               MR. Doe      Yes.

 4               MR. JOLLEY:  And I'm looking at her

 5          attachment B.  It's marked 189, where

 6          you said -- and I believe that this is

 7          in the context of you texting with her

 8          before she came to U Hall.

 9               "I think if you thought what I did

10          earlier on would cause problems, you're

11          in for a hell of a ride.  I'll give you

12          until one.  After that it will go bad.

13          I want a response on WhatsApp in nine

14          minutes."

15               MR. Doe      Yes.

16               MR. JOLLEY:  Do you see that?

17               What was going to happen in nine

18          minutes if she didn't talk to you or

19          contact you?

20               MR. Doe      (Inaudible.)

21               MR. JOLLEY:  I'm sorry.  You got to

22          speak up.  I can't hear.

23               MR. Doe      I said, I had

24          nothing.  I was just saying that.  It was

25          an empty threat.
```

SA-578

TRANSCRIPTION - February 23, 2022

Page 218

```
 1          MR. JOLLEY:  Okay.  And then why
 2     did you send her all of these series of
 3     pictures of you and her together saying,
 4     Who took this picture, who else was
 5     there, what else was there, or hello,
 6     hello?
 7          Why were you sending her pictures,
 8     then?
 9          MR. Doe      I was just
10     frustrated and, you know, like, it was,
11     like, the whole expletive of the truth
12     coming out.  The truth that no one knew.
13     The truth that none of her friends knew.
14     The truth that her parents didn't know.
15     It was me just trying to tell her or put
16     into to words, like, you look at this
17     picture.  You hated me.  I'm the one
18     taking the picture, but I'm there.  You
19     look at this picture, I'm there.  You
20     look at all of these, I'm present.  I'm
21     the one there.  I'm the one, like, with
22     you.  It's always been me.  And yet you
23     managed to mask that fact that -- you
24     know, and made it out that it hasn't
25     been me.
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-579

TRANSCRIPTION - February 23, 2022

Page 219

```
 1              MR. JOLLEY:  She has a --
 2              MR. ███Doe███  So --
 3              MR. JOLLEY:  She has alleged that
 4         you were sending these pictures as a --
 5         as -- to suggest that you would send
 6         them to her parents or to others.
 7              MR. ███Doe███  Yeah.  If anything
 8         --
 9              MR. JOLLEY:  How do you respond to
10         that?
11              MR. ███Doe███  -- I would send them
12         to -- the fact that I might send them to
13         her friends.  I honestly did not have
14         any intention of that.  I wouldn't have
15         actually gone through with it. But I
16         guess that -- that is the lines of what
17         I was trying to suggest to her, just
18         because I wanted her to come over.   But
19         I had no intention of actually going
20         through with anything, so --
21              MR. JOLLEY:  When did she -- when
22         did she come over?
23              MR. ███Doe███  I don't remember the
24         exact time, but it would have been
25         presumably past 1:00 a.m., maybe
```

TRANSCRIPTION - February 23, 2022

```
1          2:00 a.m.
2               MR. JOLLEY:  Okay.  Did she -- and
3          where did she come first?  I saw your
4          question asking if she came to your room
5          first and then you went upstairs.
6               So tell me what your recollection
7          of it was.
8               MR. Doe    She came to my
9          bedroom first.  She sat down and she
10         just started crying.  We tried talking.
11         I was a bit -- I was visibly upset.
12         Very angry.  And you know, I was like, I
13         don't think this is normal.  I don't
14         think this is okay.  This is just so
15         mean, uncalled for.  All these things
16         that have been happening, like, why are
17         you doing this (inaudible) along those
18         lines.  And we were talking.  And then
19         my roommate walked in, and he was, like,
20         you know, about to pass out. So I said,
21         tell you what, let's go upstairs.
22              That's when we actually went out --
23              MR. JOLLEY:  Okay.
24              MR. Doe    -- to the area with
25         the glass windows.
```

SA-581

TRANSCRIPTION – February 23, 2022

Page 221

```
 1          MR. JOLLEY:  Okay.
 2          MR. Doe     I believe it was
 3      floor 13.
 4          MR. JOLLEY:  Okay.  What happened
 5      up there on the floor.
 6          MR. Doe     So -- well, I -- it
 7      was intermittent.  Sometimes we were
 8      standing, we were sitting down.  And we
 9      just argued it out, basically.  There
10      was a lot of tears, a lot of emotions, a
11      lot of, like, things thrown out that,
12      you know, were hurtful on both sides.
13          You know, she got mad at me, I got
14      mad at her.  Nothing was going through
15      -- but we were both insanely thick
16      headed, you know.  We didn't want to let
17      up what our errors were.  We didn't want
18      to let up, you know, the other person
19      might be right.  It was just like,
20      fight, fight, fight.  Verbally,
21      obviously.  And then, you know, the
22      major incidents were, you know, I leaned
23      in (inaudible) like, you know.  I feel
24      like -- it was in reference to, I think,
25      some of the things that she said about
```

SA-582

TRANSCRIPTION — February 23, 2022

Page 222

```
 1              me.  And I was just like, you know,
 2              these things affect me, and I just sort
 3              of leaned in like this.  She punched me
 4              once, and I backed away.  And then she
 5              stood up and she said, Don't ever come
 6              close to me.  And she punched me twice
 7              more.  You know, just like one, two.
 8                  And then --
 9                  MR. JOLLEY:  Where did she punch
10              you?
11                  MR. Doe     In my chest.  Like
12              right here.  Sternum area, chest area.
13                  MR. JOLLEY:  Okay.
14                  MR. Doe     And they were hard
15              punches.  I wasn't being over dramatic.
16              They did hurt.  It might have also been
17              the emotional toll of getting punched by
18              someone like that, you had that close to
19              you.  It may have hurt a little more.
20                  And then there was -- on the second
21              occasion when she threw a punch, we were
22              in the staircase.  I'll describe what
23              happened in the staircase in a second.
24              But we were in the staircase and she --
25              I said, why did you punch me.
```

SA-583

TRANSCRIPTION – February 23, 2022

Page 223

1          And she said, I didn't know what
2    you were going to do.  You were
3    threatening me.
4          And I was like, That's illogical.
5    I wouldn't do that.
6          Like -- this is coming from my
7    perspective.  This is someone I've
8    never, like, laid a hand on or hit or
9    anything.
10         I said, That's illogical.  I'd
11   never do that.  I'd never do anything
12   like that.
13         And she said -- that's when I said,
14   okay, look, and I just said there, arms
15   behind my back, and I stood in front of
16   her and I said -- like, this is where I
17   was.  I just said, I'm threatening you
18   right now.  Punch me.
19         And she made a fist and just hit me
20   as hard as she could in the chest.  You
21   know, it was -- it was just violent.
22   And leading up to that, you know, I was
23   trying to get away from it.  Once you
24   punched me I realized, you know, this
25   has gone too far.  I don't want anything

SA-584

TRANSCRIPTION - February 23, 2022

Page 224

```
 1              to happen and, like, you know, this is
 2              just -- this is not who we are.  And I
 3              knew that in my head.  I was angry.  I
 4              was -- you know, just I had lost it. But
 5              I still had that sense of rationale that
 6              this isn't who we are.
 7                  So I tried going in the elevator to
 8              go down.  She followed me in.  I got out
 9              of the elevator.  She followed me out.
10              I went down the stairs.  She followed me
11              down the stairs.  And, you know, I ran.
12              She had her back, so I think around,
13              like, maybe two flights she like -- she
14              like, tripped and said ow.  So then I
15              went back up and I said, are you okay.
16              And you know, I tried, like, saying, is
17              your ankle sprained or anything.
18                  She was obviously very resistant to
19              me helping out.  Like, you know, I just
20              wanted to make sure she was okay.  But I
21              do remember very vividly turning around
22              and going back up.  And to my best
23              recollection of what I believe to be
24              factually true, is that she was the one
25              chasing me around the building and not
```

TRANSCRIPTION - February 23, 2022

Page 225

```
1          vice versa.  I did want to get out of
2          that situation and, you know, if
3          possible maybe discuss it another day.
4          But I just realized, this is a very
5          (inaudible) situation for me.  And it's
6          not something -- you know, the last
7          thing you want is the person you held
8          the highest regard and closest to you
9          punching you on your birthday.  That's
10         the last thing you want.  And that's
11         something that, you know, at that state
12         it was just a lost cause.  You know,
13         we're too angry, too emotional, and it's
14         just -- it's gotten to a stage where,
15         like, I don't even know what this is.
16         This isn't who we are.
17              MR. JOLLEY:  Tell me about the
18         video.  I've looked at this video and I
19         can see what's on the video.  But I want
20         to know -- this is one of those
21         questions is, what were you thinking and
22         what was your intent in making that
23         video.
24              MR. Doe   Yes.  So --
25              MR. JOLLEY:  I think we might have
```

SA-586

TRANSCRIPTION - February 23, 2022

Page 226

1          lost Allen.

2               Oh, he's back.

3               MR. McFARLANE:  I'm here.

4               MR. JOLLEY:  Oh, you're just kind

5          of jumping around a little.  That's

6          okay.

7               Go ahead, John  Tell me about the

8          video.

9               MR. Doe      Sure.  The video was

10         taken.  It was just me getting, you

11         know, very frustrated.  She was

12         maintaining her stance on the argument,

13         saying that I was the only one wrong.

14         Nothing was wrong on her side.  It was

15         just me who was wrong. Nothing she had

16         done was wrong.

17              So me taking that video was just

18         exaggeration -- and you can sort of  --

19         I feel like you can see it in my

20         expressions is, it's just me saying,

21         look, world, you said that, you know,

22         she never hangs out with him.  Here she

23         is.  You said all these things, but here

24         she is.  You say, like -- she says to

25         one person, oh, like, something that

SA-587

TRANSCRIPTION - February 23, 2022

Page 227

```
1           would prompt them not to talk to me, but

2           now she's with me.  Do you know who's

3           been with me? Do you know who's been

4           with me in this situation? Do you know

5           who's been with me in this situation? Do

6           you know how many times she stayed over?

7           Do you know all this? And it was more

8           just me, like, you know, also taking a

9           video because in previous times, like,

10          you know when we met in Lipton Hall in

11          the communal lounge, as well as when we

12          met at -- in Lipton in the music room,

13          as well as when we met outside, she had

14          always told me, like, that, you know, I

15          have been reporting you. Or, like, she

16          hadn't been reporting me. But I now know

17          that not to be true. But she had always

18          said, like, I'm recording you.  I've

19          taken videos of you. I have audio.

20          Like, I have this and this.  And that's

21          all without me knowing.  That's all

22          without, you know, my, you know, saying

23          that's okay.

24              So when I took the video, it was

25          just sort of me getting on terms with
```

SA-588

TRANSCRIPTION - February 23, 2022

Page 228

```
 1        that and, like, you know, providing her
 2        retaliation method, you know.  Like,
 3        she's taken all these audios of me
 4        saying something (inaudible) on the
 5        videos.  Well, here's a video of me and
 6        her.  Here's a video of me and her
 7        arguing.  Here's a video of I'm telling
 8        you she punched me, she hit me, and she
 9        did this.  And it's just trying, like,
10        you know, my coming to terms with it.
11             MR. JOLLEY:  Okay.  Give me just
12        one second.
13             So I'm -- I'm -- in your
14        explanation, you said to her in the
15        video, and now she's crying, where's the
16        laughter.  It's a high stress situation.
17        She's not laughing.  Why isn't she
18        laughing.  She should be laughing,
19        right?  Laugh, right.  Laugh.  No, she
20        won't laugh now.  She'll just cry.  She
21        pities her, always pities her.
22             Tell me what the context of, like
23        -- how does that relate to what you were
24        saying before?
25             MR. Doe   Yeah.  So --
```

SA-589

Case 1:20-cv-01343-GHW   Document 94-4   Filed 07/07/22   Page 230 of 333

TRANSCRIPTION – February 23, 2022

Page 229

```
 1            MR. JOLLEY:  I lost your audio.
 2            MR. Doe      Hello?
 3            MR. JOLLEY:  There you go.
 4            MR. Doe      It's (inaudible).  I
 5       don't know if that's going to fix it.
 6       All (inaudible) on speaker.
 7            MR. JOLLEY:  I can hear you.
 8            MR. Doe      (Inaudible.)
 9            MR. JOLLEY:  Oh, wait.  Now you're
10       flashing a little.
11            Let me try to kill my video and see
12       if that helps.  Okay?
13            MR. Doe      Hello?
14            MR. JOLLEY:  Now I can hear you.
15            MR. Doe      Okay.  So in that
16       video -- so when I had gone to Lipton in
17       the communal hall, I had gone up to
18       them, like, you know, visibly upset.
19       And I said, like, you know, this really
20       hurts and everything.  Like her friend
21       was there.  And you know, I was tearing
22       up.  I was -- I was obviously always
23       very emotional.  And she just laughed at
24       me.  And she just laughed at me, like
25       straight up laughter.  Saying, what do
```

SA-590

TRANSCRIPTION – February 23, 2022

Page 230

```
 1          you want, like it was just laughter.
 2          And that's like -- she claimed that she
 3          -- she laughed in, like, tense
 4          situations or when she's under high
 5          stress.  But if you don't know that, or
 6          even if that's not true -- I don't know,
 7          but, you know, it still hurts a lot.
 8              So my point was to emphasize, like,
 9          you know, now when, like -- you know,
10          now when you actually see her, now she's
11          not laughing.  Now it's not fake.  Now
12          it's real.  She's not laughing in this
13          case.
14              MR. JOLLEY:  Okay.  After that she
15          went back to your room?
16              MR. Doe     Yes.
17              MR. JOLLEY:  How did that come
18          about?
19              MR. Doe     So I just told her
20          and I said, look, your ankle is not
21          okay.  I'm a little concerned about you.
22          Do you want to just stay over?  I won't
23          even sleep in the bed.  Just, do you want
24          to just stay there.
25              I was concerned about -- concerned
```

SA-591

TRANSCRIPTION - February 23, 2022

Page 231

```
 1        about her suicidal tendencies and self-
 2        harm tendencies and, like, the fact that
 3        she -- I don't know if she ever has, but
 4        she has told me, like, oh, like, I have
 5        hurt myself or, like, she's like alluded
 6        to having bruises from self-harm and
 7        everything.  And I was -- you know, that
 8        was a very significant moment.  A lot
 9        had gone down.  And I just was worried
10        about her being alone.  And I just said,
11        do you want to just, you know, stay in
12        my bed?  I won't even -- I won't even
13        sleep in the bed.  I'll just sit on the
14        chair.  And I just -- I did.  I just sat
15        on the, like, side of the bed.  I
16        didn't, like, you know, get close to
17        her.  I didn't try and, like, you know,
18        have that same, like, you know,
19        closeness.  I just, like -- it was just
20        purely out of a concern.
21             MR. JOLLEY:  Okay.
22             MR. Doe  And she acquiesced
23        to it and, you know, she came down to my
24        room.
25             MR. JOLLEY:  Okay.  Jane  I'm
```

SA-592

TRANSCRIPTION – February 23, 2022

Page 232

```
1      going to give you a -- like I did with
2      John  sort of a -- John  like, a
3      ten-minute warning or something.
4           I'm starting to wrap up with him,
5      so if you have your questions --
6           MS. Roe    Okay.
7           MR. JOLLEY:  -- maybe start to get
8      those together for me.  Okay?
9           MS. Roe    Okay.
10          MR. JOLLEY:  John  I want to -- I
11     had a couple of more points with you,
12     and then I'm going to take a look at
13     Jane's  questions.  Okay.
14          On -- the next day -- it looks like
15     the next day, but there may have been a
16     day in between, but she went and made a
17     report with Public Safety.  And then on
18     April 22nd at 10:32 p.m. -- I'm sorry.
19     That was her.  She was notified at
20     10:32.  I believe you were 10:36.
21          MR. Doe    Yes.
22          MR. JOLLEY:  Or 10:26 p.m. you
23     received the email from ████████,
24     the residence hall director.  Did you
25     get that email?
```

SA-593

TRANSCRIPTION — February 23, 2022

Page 233

```
 1              Okay.  That's a yes?
 2         MR. [Doe]    Yes.
 3         MR. JOLLEY:  Okay.  I didn't catch
 4    it.
 5              And it says that there's a
 6    no-contact directive, that you're not to
 7    have any form of communication with her,
 8    text messages, email, Facebook, Twitter
 9    or any social media websites, right?
10         MR. [Doe]    Yes.
11         MR. JOLLEY:  Okay.  I also noted
12    that at 10:55 you sent her a Facebook
13    message that said, Well, there goes the
14    RA position.
15              So I guess it's two questions that
16    -- to me that's 23 minutes later you
17    sent her a Facebook message.
18         MR. [Doe]    Yeah.
19         MR. JOLLEY:  Tell me that -- tell
20    me about that.
21         MR. [Doe]    Yeah.  Like I said,
22    that whole weekend I was just really
23    lost.  You know, I had descended into a
24    lot of depression.  I had reached self-
25    harmful tendencies.  I was just -- I was
```

SA-594

TRANSCRIPTION – February 23, 2022

Page 234

```
 1          a wreck. It had hurt me a lot.  I didn't
 2          know what to do.  I was just lost.  I
 3          wanted to fix it and yet I couldn't.  I
 4          was in a really bad place.  And I didn't
 5          know how to react to it.  When I got the
 6          message that there was a no-contact
 7          directive, for one, I just -- I couldn't
 8          take it seriously.  It just didn't
 9          register with me.
10               And second of all, I just didn't
11          know what to do.  It just -- it's so
12          unheard of that, like, here you are
13          contacting this person who (inaudible)
14          the big fight, and then it's just
15          supposed to go to zero. Like, I just
16          couldn't cope with that.  And --
17               MR. JOLLEY:  Why --
18               MR. Doe        -- there was just
19          sort of this nature to me as well, where
20          I was just like no-contact directive,
21          whatever.  Just send the text. Like, it
22          just like (inaudible.)
23               MR. JOLLEY:  I want to be clear
24          that you -- did you understand the
25          directive?  Did you understand what the
```

SA-595

TRANSCRIPTION – February 23, 2022

Page 235

```
 1        words on the page meant?
 2            MR. Doe        Yes, I did.
 3            MR. JOLLEY:  Okay.
 4            MR. Doe        Yes, I did.
 5            MR. JOLLEY:  All right. I -- I -- I
 6        don't want you to think I didn't hear
 7        your response of that you were having
 8        trouble coping.  I just didn't ask you
 9        if you'd understood it.
10            MR. Doe        Yeah.
11            MR. JOLLEY:  So I saw that there's
12        the Facebook message, there's additional
13        texts, and there are a number of
14        voicemails --
15            MR. Doe        Yes.
16            MR. JOLLEY:  -- that you left for
17        her?
18            MR. Doe        Yes.
19            MR. JOLLEY:  I've lis -- I've
20        listened to five voicemail messages that
21        you left for her on April 22nd after the
22        no-contact order was issued.  Okay.
23            I want you to look at page -- give
24        me a second, okay, and I'll give you a
25        chance to catch her breath.
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

SA-596

TRANSCRIPTION - February 23, 2022

Page 236

```
 1              In attachment B, it's got -- it's
 2         got -- it s marked page 31.
 3              MR. Doe       31?
 4              MR. JOLLEY:  31.  Three, one.
 5              I understand that this was after
 6         the no-contact directive that there's a
 7         -- it looks like a text.  It says, This
 8         could be catastrophic for you because of
 9         a mistake I made.  I don't care what's
10         in place.  You need to be aware.
11              MR. Doe       Yeah.
12              MR. JOLLEY:  Can you tell me what
13         you meant by that?
14              MR. Doe       Yeah.  I think what
15         had happened was I -- because when I
16         received the call, I received the call
17         from mental -- like, a wellness --
18              MR. JOLLEY:  Okay.
19              MR. Doe       -- before I had from
20         the no-contact directive.  And I was
21         very confused.  I thought it was someone
22         who just reported me for, like, you
23         know, being, like, suicidal, on one
24         hand, and then on the next hand, going
25         straight towards reporting me.  So I was
```

SA-597

TRANSCRIPTION – February 23, 2022

Page 237

```
 1        very confused by, you know, what had
 2        just occurred?
 3            I'm sorry.  Where am I looking?  I
 4        can't seem to find it.
 5            MR. JOLLEY:  It was at --
 6            MS. MAEDER:  Page 31, you said.
 7            MR. [Doe]  Page (inaudible.)
 8            MR. JOLLEY:  It is attachment B.
 9        It's a couple pages -- page 31.  It's
10        the very top.  It says, This could be
11        catastrophic for you --
12            MR. [Doe]  Yeah.
13            MR. JOLLEY:  -- because of a
14        mistake I made.
15            MR. [Doe]  All right.
16        (Inaudible).  Hold on.  Let me see if I
17        can (inaudible).
18            All right.  Here we are.
19            MR. JOLLEY:  I just want to know
20        what you meant by that.
21            MR. [Doe]  Yeah.  Yeah.
22            I think it was just like -- either
23        I had called wellness later and said
24        that, like, I'm just concerned about
25        her, or I had -- I don't know what I
```

SA-598

TRANSCRIPTION - February 23, 2022

Page 238

```
 1          was referring to exactly.  That --
 2          because I know she had the fear of,
 3          like, going into wellness for
 4          counseling.  And I think I had called
 5          them, saying, like -- because my
 6          impression was that she was calling to
 7          say I was suicidal.  And I was like, oh,
 8          well, she's also suicidal.  I should
 9          also tell them about it.  And I had done
10          that in the -- her first -- or the fall
11          of 2016.  And she had gotten really mad
12          at me because she just -- she said she
13          hated it.  She hated going there.  She
14          hated interacting with them.
15               MR. JOLLEY:  I understand.
16               MR. Doe        She didn't like how
17          they, like, dealt with things.  And so I
18          was -- I think my concern about that,
19          you know, was that I made the call and
20          said that -- and I didn't want her --
21          like, I was confused by the whole thing.
22          I didn't want her to, like, you know, go
23          through that.
24               I think -- there might have been
25          one other situation where I texted her
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-599

TRANSCRIPTION – February 23, 2022

Page 239

```
 1        parents out of concern for her --
 2             MR. JOLLEY:  M-hm.  Yeah, we talked
 3        about that.
 4             MR. Doe     -- prior to the
 5        no-contact directive.  I think it was
 6        prior to the no-contact directive.  But
 7        I had just gotten confused by a lot of
 8        things that I received from other
 9        people.  Because a lot of people were
10        texting me about, you know, what she was
11        doing, what I was doing.  And it just
12        lead to a lot of confusion.  And I think
13        I had sent her a message, just worried
14        about the fact that I might have been
15        messed up and done something that I
16        (inaudible.)
17             MR. JOLLEY:  Okay.  Yeah.  There
18        was -- there was a reference to a
19        message that you sent to her parents
20        after the no-contact directive was
21        issued, where you said, Jane    is under
22        the influence of alcohol and drugs.  All
23        of her friends drink and smoke, too --
24             MR. Doe      Yeah.
25             MR. JOLLEY:  -- that you were in
```

SA-600

TRANSCRIPTION – February 23, 2022

Page 240

```
 1          contact with her parents --
 2               MR. Doe      Yep.
 3               MR. JOLLEY:  -- after the
 4          no-contact order had been issued.
 5               MR. Doe      Okay.   Then that
 6          would have been it.  Yes.
 7               MR. JOLLEY:  Okay.
 8               Just wanted to clear --
 9               MR. Doe       That would have been
10          (inaudible), yes.
11               MR. JOLLEY:  And I want to ask you
12          about, also, then after the no-contact
13          was issued and you received it on April
14          22nd, you encountered her in the U Hall
15          lounge on April 29th?
16               MR. Doe      Yeah.
17               MR. JOLLEY:  Do you want to tell me
18          about that?
19               MR. Doe      Yeah.
20               MR. JOLLEY:  What happened there?
21               MR. Doe       You know, I'm not
22          going to even try and deny it.  I
23          violated the no-contact directive there
24          directly.  I saw her in the room while I
25          was trying to print something, and I
```

SA-601

TRANSCRIPTION - February 23, 2022

Page 241

```
1          just lost it.  I absolutely lost it.
2              Here was someone who I was supposed
3          to and now I'm being reported by, and I
4          have a no-contact directive to.  Two
5          people in the room, one formerly a
6          friend of mine, ignoring to me.  Like, I
7          said something to him and he said, oh,
8          oh, like, ██████, I can't give you
9          something.  It sounds like something in
10         the corner.  Like, mocking me.  And I
11         just -- I lost it.  There was a lot that
12         happened, and I couldn't take it.  I
13         just -- I interacted with her.  I said,
14         like, you owe me money.
15             When she refers to all these times
16         of money, she saying as if like I'm
17         referring to meals.  I'm not.  You know,
18         there's been events where she's, like,
19         made -- like, almost coerced me into
20         paying for the catering because she
21         couldn't do it herself.
22             There's one event where I was --
23         you know, she had agreed to pay the
24         bill, then she, like, all of the sudden
25         got like -- something happened to her
```

TRANSCRIPTION - February 23, 2022

Page 242

```
1          and she, like, wasn't feeling well.  And
2          her -- like, she took her phone and
3          texted me.  She's like, I need you to
4          pay for it.  The restaurant guy was
5          calling me and saying, like, where's the
6          -- who's going to pay for it?  When are
7          you going to pay for it?
8               And, you know, I had even told her
9          -- I said, my grandfather -- I had just
10         found out that he was going through
11         stage IV cancer.  And I said, like, you
12         know, my grandfather's ill.  And she
13         said, I don't care about your
14         grandfather right now.  We need to get
15         this done.  And I paid for it.  And I
16         even -- I didn't even tell her the truth
17         because I just -- I was -- because she
18         wasn't feeling well.  And it came out to
19         a $300 bill. She only paid back for $100
20         of it.  She never paid back for the
21         whole thing.  And, you know, the other
22         finances I talked about, you know, I
23         took her to see Hamilton.  My mother
24         agreed to that.  And, you know, I didn't
25         want to make her pay back for it, but if
```

SA-603

TRANSCRIPTION - February 23, 2022

Page 243

```
 1          this is how it's going to go down only
 2          four -- three months after taking her
 3          to, like, you know, the show that
 4          everyone in New York literally desires
 5          to go to, that I paid a lot of money for
 6          and, you know, taken her to and, you
 7          know, treated her to the experience,
 8          then yeah, I got angry.  I want that
 9          back, because I just feel like it's
10          wasted on someone.  That's a significant
11          amount of money.
12              For instance, even the shirt she's
13          wearing now, the agreement was that we'd
14          return it and, you know, I'd get
15          refunded.  I didn't want to spend $40 on
16          a sweater --
17              MR. JOLLEY: Was it --
18              MR. Doe   -- but, you know, by
19          virtue of everything happening --
20              MR. JOLLEY: John --
21              MR. Doe   -- she kept it.
22              MR. JOLLEY: John  if I can just
23          ask -- so I recognize that you were
24          upset over items that you had given her,
25          places that you had taken her, money
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-604

TRANSCRIPTION - February 23, 2022

Page 244

```
 1          that you had spent on her.
 2               Can I just understand why did you
 3          feel like April 29th was a time that you
 4          wanted to talk to her about that after
 5          you had been told/directed by the
 6          University to not have any contact with
 7          her? I think that's my focus, is --
 8               MR. Doe        Yes.
 9               MR. JOLLEY:  -- I'm trying to
10          understand, you know, the continued
11          repeating -- repeated violation of the
12          no-contact order.
13               MR. Doe        Yeah.  I think it
14          was partially because I hadn't met with
15          Mary Signor and everything.  And, like,
16          I just felt like, you know, like, in the
17          back of my mind that it existed, but it
18          was more so just the frustration, you
19          know.  It was an immense emotional toll
20          for me.  And then to see that person
21          just sitting right there living in the
22          same residential hall, having
23          interaction -- just -- just, it threw me
24          over.  And the emotion I was feeling, I
25          ignored everything that, you know, would
```

SA-605

TRANSCRIPTION - February 23, 2022

Page 245

```
1          be sound logic.  I'm only human.  There

2          is mistakes I make as a result of

3          emotion.  And while that was a big one,

4          it was still a mistake made under the --

5          like, under emotion -- emotional stress,

6          you know.  I just -- I literally could

7          not take it.

8               Everything was going wrong for me

9          at that stage.  You know, classes were

10         falling apart from being, like -- I had

11         midterms grades of all A's.  They

12         dropped to, like, C's and B's.

13              You know, my parents, I had to

14         share with them all of this.  They know

15         -- like, they know -- they've read this

16         whole -- like, they know every single

17         detail about my relationship now.  They

18         know every single thing about me

19         because, like, you know, we were private

20         prior.  And, like, every single thing is

21         out there.  And luckily they've been

22         supportive.  But still, it's a lot for

23         me to take.

24              And you know, all my friends had

25         said they don't want to talk to me.  I
```

SA-606

TRANSCRIPTION – February 23, 2022

Page 246

```
 1          was scared.  I didn't want to interact

 2          with them because I didn't know who knew

 3          what, what had spread.  People were

 4          gossiping about it.  It was very much

 5          out there.

 6               MR. JOLLEY:  Okay.  I understand.

 7               MR. [Doe]    I -- I just felt

 8          isolated in this university.  So

 9          isolated in academics, my social life,

10          with everything.  And that one person

11          who I would normally talk to about all

12          of these things I could not talk to.

13               And you know, it sounds -- it's so

14          hard to understand.  Even I can't

15          understand why I did what I did now,

16          because it looks so un rational.  But in

17          that moment, emotions overtook me.  I

18          didn't know how to deal with it.  And I

19          reverted back to something, like, three

20          years with someone, that's --

21               MR. JOLLEY:  Okay.

22               MR. [Doe]    -- that was what

23          came to my mind.  And you know, I just

24          -- I just completely lost it.  I -- I

25          couldn't take it.
```

SA-607

TRANSCRIPTION - February 23, 2022

Page 247

```
1              MR. JOLLEY:  Okay.
2              MR. ▮Doe▮   And I didn't know
3       how to deal with it. I honestly still
4       don't know how to deal with it.
5              MR. JOLLEY:  Okay.
6              MR. ▮Doe▮   It's a lot for me to
7       take in.  And every time I see that --
8       even when I think about it, I think,
9       gosh, that was so illogical.  But yet,
10      it was just the raw emotions that I just
11      could not contain.  It just came out.
12      And I'm regretful of it.
13             MR. JOLLEY:  Yeah.
14             MR. ▮Doe▮   (Inaudible.)
15             MR. JOLLEY:  ▮John▮  I want to ask
16      you -- I want to ask you about May 2nd.
17             MR. ▮Doe▮   Sure.
18             MR. JOLLEY:  Okay.  ▮Jane▮  has
19      alleged that you were following her
20      around on May 2nd.
21             MR. ▮Doe▮   Yes.
22             MR. JOLLEY:  Tell me about that.
23             MR. ▮Doe▮   So this one is a
24      very weird one for me, because I was
25      under the impression that she was
```

SA-608

TRANSCRIPTION – February 23, 2022

Page 248

```
 1        following me around.  I was studying in
 2        Washington Square Park, and I was
 3        sitting -- so you know the arches, like
 4        -- say the arch was here.  I was on the
 5        side area next to it.  So if you were
 6        facing the arch from the fountain, I was
 7        on the left studying there.  And it was
 8        starting to get dark, so I was getting
 9        up to leave, and I walk over -- you know
10        how there's chains and everything for,
11        like, separating the grass area --
12            MR. JOLLEY:  Yes.
13            MR. Doe         -- so I crossed over
14        the chain, and someone bumps into me.  I
15        look up and it's her right there.  And
16        at this stage, I'm starting to think,
17        like --
18            MR. JOLLEY:  She bumped -- she
19        bumped -- she bumped into you, like
20        physically?
21            MR. Doe     No, like -- not
22        physically.  She was, like, right there
23        face to face while I was walking out.
24        And I just thought to myself, there's no
25        way, like -- there's, like, a minimal to
```

GregoryEdwards, LLC │ Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

SA-609

TRANSCRIPTION - February 23, 2022

Page 249

```
1          zero percent chance that she's, like,
2          right there, you know, when I leave the
3          park.
4               So I -- I, like, walked around a
5          bit.  You know, I just sat there.  Then
6          I went -- I think I went to MacDougal,
7          and then I saw her again.  I went into a
8          restaurant.  And then I think I went
9          into -- I went into Turkish.  And then I
10         walked out.  I went back out.  I went up
11         to Paliola(ph.), bought a (inaudible)
12         roll, which -- and then I left.  And I
13         went to Lipton after that because I just
14         -- I (inaudible) --
15              MR. JOLLEY:  M-hm.
16              MR. Doe        -- and I just
17         thought, you know, I'll just eat
18         something.  Now, like, I just feel kind
19         of hungry.  Walked in.  She's there
20         again.  So, you know, I go over.  I had
21         some other friends on the side.  I went
22         over to them, talked to them for a bit.
23         Grabbed a quick meal, and just walked
24         out. And when I walk out, again, she's
25         standing right there.  And I left and I
```

SA-610

TRANSCRIPTION - February 23, 2022

Page 250

```
1           just went straight to Public Safety, and
2           I said, look, I don't know what's going
3           on, but I think she's, like -- she's in
4           my presence, like, 24/7.  I even went to
5           Public Safety and I said, I'm concerned
6           about this.  I don't know what's going
7           on.  And, you know, I detailed
8           everything to them, as I've done to you,
9           and they just said, that's okay.  It's a
10          like, it's a concentrated campus.  Those
11          interactions can happen.  But we
12          wouldn't classify it as stalking.
13              MR. JOLLEY:  Did they make a
14          report?
15            MR. Doe   They didn't.  They
16          said it just wouldn't classify as
17          stalking.
18              MR. JOLLEY:  Did you explain to
19          them the context of what had been
20          happening?
21            MR. Doe   Yeah.  I said there
22          was a no-contact directive, and I said
23          -- I (inaudible) I didn't know there was
24          going to be, like, a case and everything
25          (inaudible).
```

SA-611

TRANSCRIPTION - February 23, 2022

Page 251

```
 1            MR. JOLLEY:  Do you remember the
 2       person that you spoke to?
 3          MR. Doe      It was a taller
 4       African-American person that I had
 5       spoken to.  If I did see, I could
 6       recognize him.
 7            MR. JOLLEY:  Okay.
 8          MR. Doe        It was at -- it was
 9       on that day.  And it would have been,
10       you know, what?  Whenever Lipton closes.
11       Lipton closes at 8:00, 9:00 p.m.  I
12       would have gone directly down there.
13            MR. JOLLEY:  So I just want to be
14       clear, if I understand your response to
15       this allegation, is that she -- she's
16       alleged that you're following her around
17       on this day.  She's taken 11 pictures of
18       you in three different locations, and
19       your understanding is that you think
20       that she was following you?
21          MR. Doe      Yes.
22            MR. JOLLEY:  Okay.  Got it.
23          MR. Doe      And I'd just like to
24       bring up the fact that, you know, along
25       these lines, I thought that a lot of
```

SA-612

TRANSCRIPTION - February 23, 2022

Page 252

```
1          times when I walked into, you know, U
2          Hall or walked out, she's just sitting
3          on the bench, like, with her friends,
4          like sitting there.  And I'll walk out,
5          go about for a little while, and I'll
6          walk out and she's sitting right there.
7          And I never knew, like, you know, what
8          is going on.
9               MR. JOLLEY:  Okay.
10              MR. Doe      Was she, like,
11          waiting for me?  Is she just like
12          staking out there.  There were concerns
13          on my end that, like she would try --
14          because she -- I -- you know, I acted on
15          emotion the one time I really violated
16          the no-contact directive. My biggest
17          concern was that she was trying to goat
18          me into violating it again, because it
19          was something that, you know, I could
20          definitely fall for if, you know, the
21          opportunity arises by acting on emotion.
22              MR. JOLLEY:  Can I ask you just --
23          I have one last question.  Something
24          that you just said. And then I want to
25          take a look at her questions.  Jane
```

SA-613

TRANSCRIPTION – February 23, 2022

Page 253

```
 1        if you have those ready or -- we'll give

 2        you --

 3             MS. Roe      Okay.

 4             MR. JOLLEY:  -- a few minutes.

 5             MS. Roe      Okay.

 6             MR. JOLLEY:  You said that you were

 7        irrational -- you were acting irrational

 8        the one time you violated the no-contact

 9        directive.

10             MR. Doe      Yes.

11             MR. JOLLEY:  Which instance are you

12        talking about?

13             MR. Doe      I'm not talking the

14        one time I violated it.  I said the one

15        time I violated, like, really -- you

16        know, really violated (inaudible.)

17             MR. JOLLEY:  And which one was

18        that?

19             MR. Doe      The one where I saw

20        her in person in U Hall.

21             MR. JOLLEY:  Okay.

22             MR. Doe      (Inaudible.) Yeah.

23             MR. JOLLEY:  Got it.

24        Okay, John   We're not done.  I just

25        want to give you a break.  You've been
```

TRANSCRIPTION – February 23, 2022

Page 254

```
1          talking a lot.  That's all of my
2          questions.  I'm going to give you a five-
3          to ten-minute breather.  And I'll give
4          you all five to ten minutes. And if you
5          need more time.
6             (Inaudible.)
7             MR. JOLLEY:  Is that --
8             FEMALE SPEAKER:  She said ten
9          minutes.  She's been working on
10         (inaudible.)
11            MR. JOLLEY:  Yeah.
12            MS.  Roe    Okay.
13            MR. JOLLEY:  So we'll take, like, a
14         five- to ten-minute break.  When we come
15         back, I'll take a look at Jane's
16         questions and I'll pose those to you.
17         I'll give you the opportunity to share
18         anything else that we haven't talked
19         about that's in the report.  I'll bounce
20         to Sam, and then we'll do a time check
21         and see where we are and get through the
22         witnesses.  Okay?
23            MR.  Doe    Fair.
24            MR. JOLLEY.  So for the record,
25         it's 9:07 p.m., and we're going to break
```

SA-615

TRANSCRIPTION - February 23, 2022

Page 255

```
 1          right now.
 2                  - - - - -
 3          (End of Part 4 recording.)
 4                  - - - - -
 5          (Thereupon, a recess was taken.)
 6                  - - - - -
 7                  (VOLUME V)
 8                  - - - - -
 9          MS. MAEDER:  We're good.
10          MR. JOLLEY:  John  you doing all
11   right?
12          MR. Doe    Yes.
13          MR. JOLLEY:  Okay.
14          We're going to go ahead and get
15   back started.
16          For the record, we're recording,
17   and it's 9:34.
18          We're resuming with Jane's
19   questions for John
20          Just so everyone knows so we can
21   plan out the rest of the -- our time
22   together, I'm going to try to do some
23   time management here of what I expect to
24   happen in the next couple of sequences.
25          In this block before we take another
```

SA-616

TRANSCRIPTION – February 23, 2022

Page 256

```
 1          break, what I'd like to be able to do is
 2          I'd like to get through Jane 's
 3          questions.  John give you a chance if
 4          there's anything else that we didn't
 5          cover that's in the report.  I'm going
 6          to bounce to Sam.  And then I would
 7          actually like to do both witnesses.
 8          Okay.  The witnesses have been patiently
 9          waiting, you know, near the phone.  And
10          so I want to spend -- I -- I'll be
11          truthful, I don't have a lot of
12          questions for the witnesses.  I've read
13          their statements.  I maybe have one or
14          two questions.  And I don't know if
15          either of you will have questions for
16          them, but if you think that you do, I'm
17          going to ask that you have those ready
18          to go because were going to make --
19          we're going to take our time with the
20          witnesses and kind of get through them
21          in this block.
22                MS. Roe  Sure.
23                MR. JOLLEY:  Okay?
24                John does that sound good?
25                MR. Doe  Yes.
```

SA-617

TRANSCRIPTION - February 23, 2022

Page 257

```
 1              MR. JOLLEY:  Okay.  And then we'll
 2       take another break before closing
 3       statements.
 4              MS. Roe     Yeah.
 5              MR. JOLLEY:  Okay.  Allen, I still
 6       have you with us there?
 7              MR. McFARLANE:  Yep.
 8              MR. JOLLEY:  Okay.
 9              MR. McFARLANE:  Right here.
10              MR. JOLLEY:  Okay.  I might bounce
11       around in the order of these to try to
12       make them as -- like, as sequential in
13       the timeline as possible.
14          John before you transferred to NYU
15       and Jane was angry at you for
16       transferring to NYU, did you ever ask to
17       speak with her one last time?
18              I need you to speak up.  You're
19       broke up.
20              MR. Doe     What is the context
21       of that?
22              MR. JOLLEY:  The question is, do
23       you recall asking to speak with Jane
24       one last time after you transferred to
25       NYU and when she was angry when she
```

SA-618

TRANSCRIPTION - February 23, 2022

Page 258

1    found out that you were here? In other
2    words, she found out that you were here
3    at NYU.  Do you recall asking to speak
4    to her one last time after you were
5    already here?
6         MR. Doe   I mean, nothing
7    comes to mind.  I may have requested to
8    say one last parting word to her or
9    something so that (inaudible.)  But
10   nothing -- nothing like (inaudible).
11        MR. JOLLEY:  Okay.
12        MR. Doe   (Inaudible.)
13        MR. JOLLEY:  Okay.  I'm going to
14   ask you a couple of different questions
15   about messages that you sent to her mom
16   or to her parents.  Okay?
17        MR. Doe   Okay.
18        MR. JOLLEY:  In one of the messages
19   you mentioned that her friends
20   tendencies to smoke -- and that's -- if
21   you need a reference, it's 210 of her
22   --
23        MR. Doe   Yes.
24        MR. JOLLEY:  That's where we were.
25   But what was the relevancy?  Why did you

SA-619

TRANSCRIPTION - February 23, 2022

Page 259

```
 1          say to her mother that her friends have
 2          tendencies to smoke?
 3            MR. Doe     Yeah.  Like I said,
 4          in that -  in the -- like, that whole
 5          spam, as well as a portion (inaudible)
 6          out of it.  This has been a concern for
 7          me.  She has turned to substance abuse
 8          in the past when situations have gotten
 9          stressful for her.  And I was concerned
10          that that might occur again.
11              Again, it's a matter of, you know,
12          she's out of my life, yes, and there was
13          a no-contact directive.  But the
14          (inaudible) of attachment, the raw
15          emotion, that still filled me, and I was
16          concerned just because I heard things,
17          you know, like, from different friends
18          saying, like, oh, these guys are
19          smoking.  Oh, like, she's with them,
20          she's not with them.  I didn't know what
21          was true, what wasn't true.  And I just
22          feel like a cacophony of, like, all of
23          these things that people were saying,
24          and I did know that, you know, some of
25          these people are very heavy smokers and
```

SA-620

TRANSCRIPTION — February 23, 2022

Page 260

```
 1          they do drink a lot.  So I -- I did have
 2          that concern and, you know --
 3               MR. JOLLEY:  So can I ask you --
 4               MR. Doe         -- These friends
 5          (inaudible).
 6               MR. JOLLEY:  Go oh and finish, and
 7          I'll --  I'm going to ask you a follow-
 8          up question to that.
 9               MR. Doe      I said -- I'd say in
10          retrospect, what I did texting her
11          mother, I didn't think about
12          repercussions and I didn't think about,
13          you know, oh, that this might get her in
14          trouble.  That her parents might assume
15          that she's turned to substances.  I
16          didn't think about any of that.  And in
17          many ways, I wish I had been, like, you
18          know, more -- I guess in control of my
19          emotions and not so worried, and, like,
20          you know, taken the time to, you know,
21          make sure she's okay by my own means,
22          which I think I was capable of.  But I
23          just -- I -- again, it was emotional
24          override, and I did something, and in
25          retrospect I would say that, you know, I
```

SA-621

TRANSCRIPTION – February 23, 2022

Page 261

```
1            do regret it in the sense that it might
2            brought about more emotional turmoil
3            than I had (inaudible).
4                 MR. JOLLEY:  You mentioned that you
5            heard from friends and you were hearing
6            from people that she was smoking and
7            doing -- under the influence of drugs.
8            Who were you --
9                 MR. Doe       Not smoking
10           (inaudible) influence.  I heard that she
11           was with them.
12                MR. JOLLEY:  Who did you hear this
13           from?
14                MR. Doe       I heard -- like,
15           then I heard from other people that, oh,
16           they're smoking right now.
17                MR. JOLLEY:  Okay.
18                MR. Doe       So I didn't know who
19           she was with, which the specific person
20           she was with, who was smoking, who they
21           were smoking with.  That's why the
22           concern.
23                MR. JOLLEY:  Who told you that she
24           was around smoking or around the people
25           or herself under the influence of drugs?
```

SA-622

TRANSCRIPTION - February 23, 2022

Page 262

```
 1          MR. Doe    Yes --
 2          MR. JOLLEY:  You've said a couple
 3     times, like, oh, people told me.
 4     Friends told me.  Who?
 5          MR. Doe    Well, there were
 6     three students who I was in contact
 7     with.  One of whom I met on the bus.
 8     And he was just telling me that, like,
 9     oh, they're all together right now.
10          MR. JOLLEY:  Who?
11          MR. Doe    Do you want specific
12     --
13          MR. JOLLEY:  Yes.
14          MR. Doe    Okay.  And I just
15     want to make sure, like, you know, this
16     is a confidential matter to me.  And I
17     don't -- I don't want everyone knowing
18     about it.  Like, I just want to make
19     sure it's (inaudible.)
20          MR. JOLLEY:  I can give you -- it's
21     not confidential, but I can give you
22     assurances that my reason for asking the
23     question is not because I'm going to go
24     pursue disciplinary action against
25     another student.  I just want to
```

SA-623

TRANSCRIPTION - February 23, 2022

Page 263

```
 1          understand -- you said that people were
 2          telling you that she was around people
 3          smoking and drugs, and I want to know
 4          who told you that.
 5              MR. Doe      Okay.  So his name
 6          is            .  He was the one who
 7          told me that she was with them.  Then
 8          there was one,            who told me
 9          that they were smoking at the time.
10              And I think there was one more
11          person who I was in contact with.  But I
12          can't remember who that was.
13              MR. JOLLEY:  Okay.  When we were
14          talking -- and I'm not sure if this is
15          somewhere in the report that you're
16          referencing, but I know that when you
17          and I were talking, after the no contact
18          order was issued, you sent that message
19          to her mother and you -- you said to me
20          that you were -- it was out of concern
21          for her and her well-being, right?
22              MR. Doe      Yes.
23              MR. JOLLEY:  So if you -- and you
24          said to me, also, that you knew that her
25          parents -- you know, that her parents
```

SA-624

TRANSCRIPTION – February 23, 2022

Page 264

```
 1          knowing about her activities here
 2          negatively affects her.
 3              MR. Doe        Yes.
 4              MR. JOLLEY:  If that were the case,
 5          why did you reach out to her mother as
 6          opposed to her friends who were mutual
 7          friends that both of you knew?
 8              MR. Doe        So one of the big
 9          reasons, first of all, was they were no
10          longer mutual friends.
11              MR. JOLLEY:  I understand.
12              MR. Doe        But I did stay --
13          they had all texted me to stay away.
14          Ignored me.  You know, really secluded
15          me.  And even to the whole community I
16          was, like, on the fringe because of what
17          had gone down and they told a lot of
18          people.  So I didn't text other people.
19          Now, they're blocked.  I had no means of
20          reaching them.  And nor did I want to
21          because, you know, these are people who
22          are ignoring me, who are, like, going
23          behind my back and gossiping.
24              MR. JOLLEY:  M-hm.
25              MR. Doe        And I didn't want to
```

TRANSCRIPTION – February 23, 2022

Page 265

1          lead to that.
2              The reason, again, as I told you, I
3          chose her parents -- I didn't know, and
4          I just -- I was concerned.  I knew that,
5          like, the only people who can really
6          have a handle on doing something about
7          it would be them.
8              MR. JOLLEY:  Did you -- did you
9          have a relationship with the parents?  I
10         -- because my understanding was that the
11         relationship with the parents, you being
12         in touch with them in the past, it was
13         tumultuous.
14             MR. Doe   Yeah.
15             MR. JOLLEY:  And this is not
16         Jane's  question.  This is my question.
17         Were you -- did you -- were you in
18         ongoing communication with the parents
19         and had they ever responded to you and
20         did you feel like that they would be
21         receptive to your messages?
22             MR. Doe   No.  There was
23         actually a reason.  I highlighted a
24         text, I texted them anonymously from my
25         freshman year when the complainant was

SA-626

TRANSCRIPTION - February 23, 2022

Page 266

```
1          under the influence of alcohol, saying
2          that I was concerned about her and I
3          wanted to make sure that she was okay.
4          I submitted a picture of that text
5          conversation.
6               MR. JOLLEY:  Right.
7               MR. Doe      And in it, you know,
8          I praised and extolled the complainant,
9          saying, you know, she's a wonderful
10         person. I'm just concerned about her.
11         And I guess the biggest thing is there
12         was a lot of doubt in my mind.  And, you
13         know, after all of this as well, there
14         was a lot of lying that I found out
15         about that I hadn't realized.  And one
16         of the things that I didn't pickup on
17         was in my honest conversation with her
18         mother, her mother was very friendly.
19         She was very receptive.  She was kind.
20         She praised her daughter.  She wanted to
21         help her.  And she didn't have any,
22         like, you know, hint of this
23         aggressiveness, this anger or anything.
24         And that led me to think, like, you
25         know, what is -- what is, like, you
```

SA-627

TRANSCRIPTION - February 23, 2022

Page 267

```
 1        know, all this -- these things about her
 2        parents stemmed from her.  What if they
 3        just stemmed from her, like, telling
 4        them, like, this guys bad.  Or her
 5        saying, like, you know, something that
 6        was against the truth that she was
 7        telling me.
 8            I'd actually like to highlight
 9        something in my response that I think is
10        a little pertinent.  I was looking at,
11        you know, some files to my computer, and
12        I came across this list.  And the
13        complainant had sent me this list that
14        she said her mom typed up.  And it's
15        called  "Shitty Things about Jane
16        It had all these, like, lists.  Like,
17        oh, she, like, sucks the life out of,
18        like, her parents.  She spend a lot of
19        money.  She let's a bastard control her,
20        the bastard being, like, me.  And it
21        just -- it seemed so different from the
22        person that I had communicated with
23        anonymously, that, in some ways, I
24        didn't know what was true anymore.  I
25        mean, there's a lot of things I didn't
```

SA-628

TRANSCRIPTION - February 23, 2022

Page 268

```
 1          know about, if this is true or this is

 2          not true.  And looking back at that

 3          list, I find it hard to believe that a

 4          grown professional with an education

 5          and, you know, pretty well to do would

 6          write a list like that to her daughter,

 7          highlighting 16 shitty things in like

 8          a -- like a little -- like -- that's

 9          something you would have expected of,

10          like, a toddler.

11               MR. JOLLEY:  Okay.

12               MR. Doe      Maybe not a toddler.

13          Like a kindergartner.  You know, like,

14          the way the list was made --

15               MR. JOLLEY:  All right.

16               MR. Doe      -- and everything.

17          So that's why I was very confused in the

18          sense that, like -- yeah, I didn't know

19          at that stage.  I just didn't know.

20               MR. JOLLEY:  All right.

21               MR. Doe      You know, emotions

22          took over.  I just went with it and --

23               MR. JOLLEY:  Okay.

24               MR. Doe      Yeah, again, as I

25          said -- as I said before, do I regret
```

SA-629

TRANSCRIPTION — February 23, 2022

Page 269

```
1          it? Potentially, yes. But actually, I
2          did make the wrong decision and I did
3          the wrong thing.
4              MR. JOLLEY:  Okay.
5              MR. [Doe]   But were my
6          intentions wrong at that moment? No.
7              MR. JOLLEY:  Okay.  I have three
8          more questions for you.
9              MR. [Doe]   Okay.
10             MR. JOLLEY:  During the incident
11         where you went to Ruben Hall and she
12         wasn't there --
13             MR. [Doe]   Yes.
14             MR. JOLLEY:  -- right, and there
15         was that series of texts -- if you need
16         refreshing, it's attachment B, page 132.
17         Okay.
18             MR. [Doe]   Yeah.
19             MR. JOLLEY:  In that -- in those --
20         the course of those texts -- I'll read
21         you the lead out, but then I want --
22         what I want to ask you is, it says,
23         "fucking bitch.  I fucking hate you.  I
24         walked here and you walked back.
25         Nogi(ph.) the fuck up or I will text you
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-630

TRANSCRIPTION - February 23, 2022

Page 270

```
 1          the normal way."
 2              What did you mean by "or I will
 3          text you the normal way"?
 4              MR. Doe      That was a reference
 5          to me just texting her by iMessage.
 6              MR. JOLLEY:  And this was on --  do
 7          you remember, was this on Facebook or
 8          what?
 9              MR. Doe      Facebook messenger
10          through a fake account.
11              MR. JOLLEY:  Got it.
12              Was that referencing to texting her
13          the normal way meaning on her phone
14          where her parents would see it?
15              That was a yes? I can't  --
16              MR. Doe      Yes.
17              MR. JOLLEY:  Okay.  Got it.
18              Just for clarification, you had
19          said that there was an agreement that
20          you mentioned that was made in front of
21          all your friends.
22              MR. Doe      Yes.
23              MR. JOLLEY:  Tell me again, what
24          was that agreement.   And did you send
25          her messages about that at some point on
```

SA-631

TRANSCRIPTION - February 23, 2022

Page 271

1          -- she's got April 7th here.
2              MR. Doe   (Inaudible.)
3              MR. JOLLEY:  I might need you to
4      reference that if you're talking about
5      something specific.  Okay.  Go on.
6              MR. Doe   Sorry.  Let's
7      restart.
8              The agreement, yes.  It's somewhere
9      in there, I believe.  The email
10     correspondence that I had, but there's
11     just -- there's so much of it.  I don't
12     know exactly what page it's on.  But I
13     will explain.
14             The agreement that we made was, you
15     know, we'd hang out with this friend
16     group less.  And (inaudible) respect, we
17     wouldn't hang out at the same setting.
18     But we would also limit how much we, you
19     know, interacted with them.  And the
20     friends made this decision that, like,
21     we shouldn't talk to each other.  And,
22     like, she agreed that that's okay.  And
23     I never really got a chance to agree,
24     but was just sort of forced to do it by
25     virtue of, like, everyone was sort of,

SA-632

TRANSCRIPTION – February 23, 2022

Page 272

1          like, saying we agree with this.  You
2          need to agree with it.  And there's some
3          things I wanted you talk about, because
4          I hadn't really covered anything that
5          was bothering me or anything.  But it
6          was an agreement that I was forced to
7          do.
8               And the next day -- I told you,
9          this is when I saw that my Beats
10         headphones were with one of the friends.
11         I thought to myself, how is it possible
12         that he has my headphones? I gave them
13         to her.  That means sometime in this
14         frame they contacted each other after
15         the night where we decided that, you
16         know, we weren't going to be talking to
17         each other.  And my suspicion only grew
18         because, you know, when I left Lipton,
19         one of the people lives in Lipton.  Yet
20         the two of them, they both walked to
21         Ruben -- over to Ruben and they brought
22         a guitar.  And I'm thinking, that's just
23         weird.  Like, why would they walk out
24         together.  And I didn't pursue it, but
25         that indicated to me that there was

SA-633

TRANSCRIPTION - February 23, 2022

Page 273

1        something.  And there was some plan.

2        And you know, they were making an

3        agreement as if I was an equal party,

4        but in reality, I was not an equal

5        party.  She was closer to them at this

6        stage.  They had sided with her.  The

7        agreement was, if anything, going to

8        backfire against me.  And so as soon as

9        I sent her a text saying, like, you know

10       you broke this agreement, they all

11       confided together and said, he broke

12       this agreement, therefore, we're going

13       to cut off with him.

14           So it's like -- what was the

15       original question?

16           MR. JOLLEY:  Well, I -- the

17       question was, what was the agreement

18       that you made in front of friends? And

19       I'm going to help you out with it.  I

20       guess I'm trying to figure out the text

21       that you sent -- and it was attachment

22       B, it's 136 -- you say, "So I am asking

23       you not to hang out with anyone,

24       period."  And then there's another

25       reference on 137 that says, "Withdrawal

SA-634

TRANSCRIPTION — February 23, 2022

Page 274

```
 1          like you did with all your friends from
 2          last year, please."
 3              MR. [Doe]    Yeah.  So that's
 4          another thing that I'd like to bring up
 5          is, you know, she's criticizing me for
 6          not being, like, receptive to, like, you
 7          know (inaudible) in the same circle or
 8          being friends with the same people to me
 9          coming (inaudible.)
10              MR. JOLLEY:  Hold on.  I'm losing
11          you.  I'm going to turn off my video to
12          see if it will help you.  Okay.
13              MR. [Doe]    Sure.
14              MR. JOLLEY:  All right.  Go ahead.
15              MR. [Doe]    Prior to me coming
16          to NYU, she cut off with all of her
17          friends.  And I couldn't understand why.
18          I had know inkling as to why.  And she
19          said there was multiple reasons, like,
20          oh, I'm not good enough for them.  I'm a
21          bad person.  There's more reasons than
22          just you. That's a part of it.  But in
23          essence, in eight visits that I made to
24          NYU, after coming to NYU, she kept all
25          these friends she had freshman year
```

SA-635

TRANSCRIPTION – February 23, 2022

Page 275

```
 1          secret from me.  And that all collected
 2          frustration because, you know, here I am
 3          introducing everyone I know to her, and
 4          her whole world is secret to me.  You
 5          know, I didn't know any of her friends.
 6          I wasn't friends with any of her
 7          friends.  And if anything, her friends
 8          disliked me.  And I mean, they -- they
 9          thought I was some weirdo.  And I never
10          understood why, because, you know, I've
11          interacted with tons of people and no
12          one has judged me as quickly as this
13          whole community has, this whole Indian
14          community at NYU.  I've never been
15          judged so harshly in my life.  And I
16          really do not think that it lies on a
17          personal factor or my interactions with
18          people.  I think it lies on what's been
19          said about me.  And you know, that's why
20          I had the frustration.  This whole
21          agreement thing is, like, you know, I
22          have to back down.  She said -- I think
23          she said in one of the statements, like,
24          oh, I was scared of this with, like, my
25          old friends.  This why I was scared of
```

SA-636

TRANSCRIPTION – February 23, 2022

Page 276

```
1          getting in, like, a similar friend group

2          with him this time around.  But it was

3          all okay.  Like, you know, she's

4          complicit with it.  Before she never

5          wanted to be in the same friend group

6          with me.  She couldn't introduce me to

7          her friends.  Now all of the sudden when

8          I have friends, she can come.  That's

9          okay.  That's fine.

10              So it only contributed to, like,

11         you know, my frustration, lack of

12         understanding of what was really at

13         play.

14             MR. JOLLEY:  Okay. Got it.

15             One last question.  And this

16         relates to the incident on the upper

17         floors of U Hall.  I think it was April

18         21st or 22nd.

19             Did you carry her suitcase into the

20         elevator when you were leaving, after

21         you took the video?

22             MR. Doe       So the video

23         occurred long before we left, for sure.

24             MR. JOLLEY:  Right.  But aft -- so

25         after all of that was done -- and I
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

SA-637

TRANSCRIPTION — February 23, 2022

Page 277

```
 1          think that you said that you were going

 2          to go back to your room, correct?

 3              MR. Doe    Yeah.  Yes.

 4              MR. JOLLEY:  Did you carry her

 5          suitcase into the elevator?

 6              MR. Doe    I can't remember,

 7          honestly.

 8              MR. JOLLEY:  Okay.

 9              MR. Doe    I mean, I would have

10          offered to help, I know that, if her

11          ankle was hurting.  But I don't know —

12              MR. JOLLEY:  Okay.

13              MR. Doe    — if she let me

14          carry it or she wanted to carry it.

15              MR. JOLLEY:  Okay.

16              MR. Doe    I'm sorry.  I don't

17          know.

18              MR. JOLLEY:  Okay.  Good enough.

19              Okay.  John   I want to — we've

20          covered a lot, and those are all my

21          questions that I have the right now.

22          And I've covered all of Jane's

23          questions.  We spent a lot of time, you

24          and I, together.  I feel like I have a

25          pretty good perspective of your response
```

TRANSCRIPTION – February 23, 2022

Page 278

```
 1            to the allegations.  But I know that I
 2            -- like I said with Jane  I know I
 3            guided it.  And so I'm going to ask you
 4            if there's anything else in the report
 5            or relating to the allegations that I'm
 6            reviewing that we didn't talk about that
 7            you feel like it's important for me to
 8            know.
 9                 And I just want to give some
10            structure to it that -- regarding these
11            allegations that I'm looking at.  I
12            don't want, you know, you to feel like
13            you have to talk about other things that
14            are outside of the report.  Okay.
15                 Is there anything else that I
16            haven't asked you about in relation to
17            the allegations?
18                 MR. Doe     Just give me one
19            second.
20                 MR. JOLLEY:  Sure.  Take a second.
21                 MR. Doe     No, I don't think
22            there's much.  I think it's been well
23            covered.  The biggest part of this has
24            been my emotional toll and, you know,
25            the little things that added up to a
```

SA-639

TRANSCRIPTION – February 23, 2022

Page 279

```
 1          very large toll.  And I feel like your
 2          questions have (inaudible) to this case
 3          and asked the right questions and guided
 4          me into giving, you know, what I believe
 5          to be the best story -- the best
 6          perspective from myself as to why these
 7          events occurred and why this was
 8          happening.
 9              MR. JOLLEY:  Great.
10              MR. ███Doe███  So I don't think I
11          have anything to add.
12              MR. JOLLEY:  Thank you.
13              MR. ███Doe███  I do appreciate the
14          questions.
15              MR. JOLLEY:  I try to be
16          thorough
17              MR. ███Doe███  Okay.
18              MR. JOLLEY:  -- for both of you,
19          so --
20              MS. ███Roe███  Thank you.
21              MR. JOLLEY:  Okay.  So with that, I
22          want to just -- I'm going to bounce
23          right real quickly to Sam.  Just as I
24          did with you, ███Jane███ I'm going to
25          bounce back to Sam who conducted the
```

SA-640

TRANSCRIPTION - February 23, 2022

Page 280

```
1          investigation and ask, Sam, is what you
2          heard from John consistent with your
3          understanding of his response? Was there
4          anything that new or different or
5          contradictory than what your
6          understanding was?
7               MR. HODGE:  Yes.  There were a few
8          new things or statements that were
9          inconsistent.  And I'll highlight just a
10         few.
11              First, today John was talking about
12         how Ms. Roe 's friends were calling
13         him and they called him a mother fucker
14         and other language.  That's new.  He
15         didn't disclose that to me during our
16         interview.
17              Next, he did not disclose in our
18         interview that there was a mutual
19         decision about Ms. Roe and him both
20         avoiding each other's friends.  So
21         that's a new piece of information that
22         wasn't offered in the interview.
23              Next, there are pictures which are
24         located on page 189 of the report.
25         These are the pictures, just to remind
```

SA-641

TRANSCRIPTION – February 23, 2022

Page 281

```
1        your rec -- refresh your recollection,
2        it's like, is this the picture you
3        received? We took this picture.
4            MR. JOLLEY:  Yeah.
5            MR. HODGE:  Who took this picture?
6        Who else was there, followed by a
7        picture.
8            In our interview he said that he
9        did send those pictures as a threat that
10       he would disclose those pictures to her
11       parents.
12           Next, on April 21st, the incident
13       that they had, he said -- he described
14       himself as being in a fit of rage and
15       was quite hurt by everything that had
16       happened and that he did threaten her.
17           And then next, the information he
18       gave about Ms. Roe        bumping into him
19       when he was leaving the park on the
20       issue of a no-contact order, that's new
21       information.  He did not bring that up
22       despite a lot of questions about those
23       events.
24           And then lastly, the list he just
25       referenced of things that the mother
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-642

TRANSCRIPTION - February 23, 2022

Page 282

```
 1        wrote about the daughter, I've had never
 2        heard of that either.  It didn't come up
 3        in our interview.
 4             MR. JOLLEY:  Okay.  All right.
 5        Thank you, Sam.
 6             MR. HODGE:  Yes.
 7             MR. JOLLEY:  And I think, for the
 8        purposes of the hearing, your
 9        contributions are done, so --
10             MR. HODGE:  Yes.
11             MR. JOLLEY:  -- are you -- want to
12        stick around or are you off home?
13             MR. HODGE:  I think I'm going to
14        the park.
15             MR. JOLLEY:  Okay.  So for the
16        record, Sam is leaving the room.
17             Thank you, Sam, for your
18        contributions tonight.
19             It is 9:56 p.m.  As I mentioned, I
20        would like to roll right into witnesses.
21        John are you still good? Still
22        with me?
23             MR. Doe   Can I -- can I have,
24        like, a two , three-minute break?
25             MR. JOLLEY:  Just a couple of
```

SA-643

TRANSCRIPTION - February 23, 2022

Page 283

```
1        minutes because I want -- as I said, I
2        want to keep rolling.
3             MR. Doe     Sure.  Yeah.
4        (Inaudible.)
5             MR. JOLLEY:  And we'll take just a
6        couple of minutes, then.  Okay.  And
7        then I'm going to ask both of you -- I
8        literally only have maybe two questions
9        for each witness.  So if you have
10       questions, please have them ready.
11            John  actually, if you have
12       questions for the witnesses, send those
13       to Colleen right now.  Okay?
14            Okay.  Let's just take two minutes
15       while we get the phone set up.  And
16       actually, I'm just going to put you on
17       mute.  I'm not even -- we're not even
18       going to disconnect.  Okay.
19            MR. Doe     I would appreciate
20       if I was disconnected just for --
21            MR. JOLLEY:  Oh, are you -- okay.
22            MS. MAEDER:  Okay.  So we'll
23       disconnect, and we'll touch base in
24       about three minutes.
25            MR. JOLLEY:  Two minutes.
```

SA-644

TRANSCRIPTION - February 23, 2022

Page 284

```
 1              MS. MAEDER:  Two minutes.
 2              MR. JOLLEY:  It's 9:57 on the
 3       record.
 4              I'm going to hit pause, Colleen.
 5              MS. MAEDER:  Yeah.
 6              MR. JOLLEY:  9:57.
 7                    -  -  -  -  -
 8       (Thereupon, a brief recess was taken.)
 9                    -  -  -  -  -
10              MR. JOLLEY:  Bring you back on.
11              MS. MAEDER:  Okay.
12              MR. JOLLEY:  Start our recording.
13              MS. MAEDER:  Good.
14              MR. JOLLEY:  Good.
15              Good here?  Two of you good?
16              MS. [Roe]  Yeah.
17              MR. JOLLEY:  So we're good online?
18              MR. [Doe]  Yes.
19              MR. JOLLEY:  It's Dec -- I know
20       it's December 10th.
21              It's 10:05 p.m.  We're moving to
22       speaking with the witnesses.  We're
23       going to talk to ▇ and ▇.  I
24       don't have a lot of questions for them.
25              MS. MAEDER:  Call ▇ first.
```

SA-645

TRANSCRIPTION — February 23, 2022

Page 285

```
1            MR. JOLLEY:  What's that?
2            MS. MAEDER:  Call ██████ --
3            MR. JOLLEY:  ██████ first.  Okay.
4            And then I'm asking that both of
5       you provide your questions to the
6       witness -- for the witnesses to Colleen
7       now, if you have any.  Okay.
8            We're starting with ██████.
9             -  -  -  -  -
10            (Beeping noise.)
11            -  -  -  -  -
12            (Phone ringing.)
13            -  -  -  -  -
14       ██████:  Hello?
15            MR. JOLLEY:  Hello.  Is this
16       ██████?
17       ██████  Yes.
18            MR. JOLLEY: Hi, ██████.  It's Craig
19       Jolley.  I'm the director of student
20       conduct at NYU.  And I think that you're
21       expecting my call, right?
22       ██████:  Yes.
23            MR. JOLLEY:  You've been patiently
24       expecting my call all afternoon and
25       evening, so thank you for hanging in
```

SA-646

TRANSCRIPTION - February 23, 2022

Page 286

```
 1        there.
 2            ████:  Yep.
 3            MR. JOLLEY:  And you did all of
 4        that waiting, and I only have a few
 5        minutes of questions for you.
 6            ████:  M-hm.
 7            MR. JOLLEY:  Just -- just so I can
 8        lay out the room, it's just me and you
 9        having a conversation, but Jane is
10        here.  John is here participating by
11        Skype.  And there are a number of other
12        advisors, including Colleen, who you've
13        been correspondence with.
14            MS. MAEDER:  How are you?
15            ████:  I'm okay.  Thank you.
16            MS. MAEDER:  Thank you for waiting.
17            ████:  M-hm.
18            MR. JOLLEY:  So I just want to -- I
19        want to say thanks for staying up and
20        taking time to speak with me.  I have
21        only really about three or four
22        questions that I want to ask you.
23            I know you participated in the
24        investigation and you've already spoken
25        to the Title IX investigators.  I've
```

SA-647

TRANSCRIPTION - February 23, 2022

Page 287

```
1        read a summary of your statement to
2        them, so I don't want you to think I'm
3        coming in cold.  I've already read what
4        you said to them.
5              ████: Yeah.
6            MR. JOLLEY:  One of the things that
7        I did want to ask you about -- I want to
8        start with, is that you were in
9        communication -- or you talked with
10       Jane about when she learned that John
11       was transferring to NYU, correct?
12             ████: Yeah.
13           MR. JOLLEY:  Okay.  Can you tell me
14       from -- what was your understanding of
15       how Jane felt about John transferring
16       to NYU?
17             ████: As far as I know, like,
18       from my perception, she did not -- she
19       was not cliche***, to say the least.
20           She did tell me that -- I mean, she
21       told me multiple times that she really
22       wished that he wasn't coming and that
23       she felt like her -- she would be
24       restricted to actually enjoying her
25       college experience properly, especially
```

SA-648

TRANSCRIPTION — February 23, 2022

Page 288

```
 1          since she believed that he would be

 2          still joining the same major, joining

 3          the same clubs as her.

 4               MR. JOLLEY: Okay.  There was an

 5          incident that happened -- you spoke to

 6          the investigators about an incident that

 7          happened in Carlisle shortly after

 8          spring break.  Do you remember this?

 9               ████  Yes.

10               MR. JOLLEY:  Can you tell me a

11          little bit about that incident?

12               ████:  Okay.  Where would you

13          like me to start?

14               MR. JOLLEY:  I guess I'm -- what

15          I'm most specifically asking about is

16          that you told them that Jane had tried

17          to sneak away while John was distracted

18          and he chased after her.  Those were

19          your words.

20               Can you just tell me what -- what

21          was going on there and what did you

22          observe?

23               ████:  Okay. So -- so as you just

24          probably already read, like, we were all

25          at a table together.  And Jane did not
```

SA-649

TRANSCRIPTION - February 23, 2022

Page 289

```
 1          want to be in his presence, so she tried
 2          to walk away while he was having a
 3          conversation with her -- with another
 4          person. And as she was walking away, he
 5          realized that he -- that she was walking
 6          away, and he basically came out and
 7          acted as though he was going to leave
 8          instead.  But when he -- like, as he was
 9          walking out, he, like, turned around,
10          came back and essentially said, "I'm
11          having too much fun.  I'm not going to
12          leave" or something like that.
13              So essentially, he first -- first
14          he made the -- he made the move to say,
15          like, I'm going to leave.  And when he
16          had walked a few steps, he had turned
17          around and come back.  And then there
18          was a conversation.
19              MR. JOLLEY:  Okay.  There are two
20          more questions that I want to ask you.
21          Can you -- you were present during
22          another incident in the spring of 2018.
23          And if it -- if it helps, it was around
24          late April.  There was an incident in
25          the U Hall lounge.  And what you talked
```

SA-650

TRANSCRIPTION – February 23, 2022

Page 290

```
1      about, where John had –– in your quote
2      –– basically started poking Jane     Do
3      you remember this?
4              ███:   Yes.
5          MR. JOLLEY:  Tell me about that.
6      What did you observe between them then?
7              ███:   So yeah, basically he came
8      down to print something.   We were in
9      the –– in the room with the printer.
10     And he saw as there, and he tried to
11     talk to Jane     And she didn't want to.
12     I don't remember if she did this, but I
13     think she tried to put her headphones on
14     to kind of block him out.   And he
15     repeatedly started poking her.   At which
16     point, we decided to leave and go to the
17     security desk in the lobby.
18         Between them –– I mean, she did not
19     want to talk to him.   She was trying to
20     avoid him.   That's why we went to the
21     security desk, especially since a
22     no-contact order had already been
23     placed.   And he was also extremely angry
24     ––
25         MR. JOLLEY:  Okay.
```

SA-651

TRANSCRIPTION — February 23, 2022

Page 291

1 ████ —— that night.

2         MR. JOLLEY:  And then the last

3 question that I have with you is that

4 when you talked to the investigators,

5 you said to them —— there were

6 quotations around this, so I just want

7 to ask you what you meant by this.  You

8 said that you thought that John was

9 manipulative and attempted to blackmail

10 Jane  Can you just help me understand

11 what you meant by that?

12         ████:  Yes.  So there were

13 multiple instances.  So I'm sure you've

14 already gone over this, but Jane's

15 parents did not like the fact that she

16 was ever friends with him.  And when she

17 was trying to cut off contact with him,

18 he would blackmail her by saying, I'm

19 going to call your parents.  I'm going

20 to text your parents, which would

21 essentially get her into a lot of

22 trouble.  So she was pretty much, like,

23 blackmailed into having to keep contact

24 with him.  So that's what I meant by

25 blackmail.

SA-652

TRANSCRIPTION — February 23, 2022

Page 292

```
 1              What I meant by emotionally
 2         manipulative is that a lot of the times
 3         she had told me that he had sent
 4         pictures of himself, like, either, like,
 5         bloodied or bruised up where he's, like,
 6         been hurting himself or has called and
 7         said, like -- where he's basically been
 8         contemplating suicide, and so she felt
 9         really guilty and, like, again, felt
10         like she had to stay in contact with him
11         because of that.
12              MR. JOLLEY:  Okay.
13              █████:  Yep.
14              MR. JOLLEY:  █████, I'm just going
15         to take a couple of seconds.  You're
16         going to be in silence just for a couple
17         of seconds while I try to see if -- I'm
18         going to try to see if John or Jane
19         have any questions for you.  Okay?
20              MS. MAEDER:  John I got your one
21         question.  Was that it?
22              MR. Doe█████  Yes.
23              MS. MAEDER:  Okay.
24              MR. JOLLEY:  He says yes.
25              MS. MAEDER:  Okay.
```

SA-653

TRANSCRIPTION - February 23, 2022

Page 293

```
 1              Any questions?

 2         MS. [Roe]   No.

 3         MS. MAEDER:  Okay.

 4         MR. JOLLEY:  Okay.  I'll ask the

 5    first part of the question.  The

 6    commentary I don't need to ask her.

 7    Okay.

 8         MR. [Doe]   Yep.  I added that

 9    for a reference for you.

10         MR. JOLLEY:  [____], we -- this

11    incident that happened in Carlisle --

12         [____]:  Yes.

13         MR. JOLLEY:  -- did you and [Jane]

14    go back to your room after that?

15         [____]:  We -- so, I believe we

16    went back to the study lounge in tower

17    one.  And he and -- there was another

18    person, [____], went to tower two study

19    lounge.

20         MR. JOLLEY:  Okay.  Do you -- so do

21    you -- you don't know if -- do you

22    recall if you and her ever discussed

23    [John] after that incident, like, that

24    night, like, right after the incident?

25         [____]:  Yes.  She was very
```

GregoryEdwards, LLC │ Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

SA-654

TRANSCRIPTION – February 23, 2022

Page 294

```
1        distressed.  So I tried to comfort her.
2        And we basically wanted to talk to the
3        other person that was there to kind of
4        explain what had happened, because he
5        didn't have any context.  So that was
6        primarily why we were waiting in the
7        study lounge.  And I was mainly trying
8        to comfort her.
9            MR. JOLLEY:  Okay.  So you were
10       trying to comfort her.  Did she say any
11       nice things about John or praise him in
12       any way after that incident in Carlisle?
13            ███████:  Not after that particular
14       incident.  But I would say that
15       initially, even when she had described
16       some of the things that he had done, he
17       would -- she would still be quite
18       defensive of him.
19            MR. JOLLEY:  Okay.
20            ███████:  Yeah.  Yeah.  So --
21            MR. JOLLEY:  Okay.
22            ███████:  Yeah.
23            MR. JOLLEY:  Okay.  ███████, that's
24       really all the questions that I have for
25       you.  And I've gone through both of
```

SA-655

TRANSCRIPTION - February 23, 2022

Page 295

```
 1          their questions, so I want to, again,

 2          say thanks for staying up late and kind

 3          of just waiting around for the call.

 4          It's really been helpful, and your

 5          contributions to the report were really

 6          helpful, too.  I appreciate it.

 7               ████: Thank you.

 8               MR. JOLLEY: All right.  Have a

 9          good evening.

10               ████: Yes.

11               MR. JOLLEY: Okay.  It's 10:16.

12          We're done with ████, and now we're

13          going to do ████

14               MS. MAEDER: Yep.

15               MR. JOLLEY: Okay.  And I'll ask

16          both of you, if you have questions for

17          ████ please forward those along to

18          Colleen.  Okay.

19               - - - - -

20               (Beeping sound.)

21               - - - - -

22               MR. JOLLEY: Well, wait.  I think I

23          messed that up.  Start over.

24               - - - - -

25               (Beeping sound.)
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

SA-656

TRANSCRIPTION – February 23, 2022

Page 296

```
 1                 -  -  -  -  -
 2          MR. JOLLEY:  I was having trouble
 3     with that.
 4                 -  -  -  -  -
 5          (Phone ringing.)
 6                 -  -  -  -  -
 7     ██████  Hello?
 8          MR. JOLLEY:  Hi.  Is this ████?
 9     ██████  Yeah.
10          MR. JOLLEY:  Hi, █████  It's Craig
11     Jolley from NYU.  I think that you're
12     expecting my call.
13          ██████  Oh, yeah, absolutely.
14          MR. JOLLEY:  Okay.  Thank you for
15     speaking with me today.
16          I want to set the room up for you
17     is that it's just you and me having this
18     brief conversation, but Jane  is here
19     in the room with me.  John  is here via
20     Skype.  And there are a number of other
21     advisors in the room.
22          ██████  Okay..
23          MR. JOLLEY:  I appreciate you
24     taking time to participate in this
25     hearing this afternoon.  I know you've
```

SA-657

TRANSCRIPTION – February 23, 2022

Page 297

```
 1          been patiently waiting around all

 2          afternoon and evening, so I just want to

 3          say thank you for hanging in there.  And

 4          what I just really have a handful of

 5          questions for you.  I won't take too

 6          much of your time tonight.  Okay?

 7                    Yeah, sure.

 8              MR. JOLLEY:  Okay.        I know

 9          you spoke with the Title IX

10          investigators.  They wrote a summary of

11          their conversation with you, and I've

12          read that, so I'm not jumping into this

13          without knowledge, like, I've read your

14          full contribution.  There were just a

15          couple of other questions that I had for

16          you.

17                    Yeah.  Sure.

18              MR. JOLLEY:  I want to ask you

19          about during the time that –– I guess

20          throughout last year, through the

21          2017/18 academic year.  You were around

22          John and Jane  and you said to the

23          investigators that you never observed

24          them to be affectionate, and that John

25          was –– you described him as very
```

SA-658

TRANSCRIPTION — February 23, 2022

Page 298

```
 1        possessive.  And I just want to
 2        understand, what were your observations
 3        about their relationship, and what did
 4        you mean by those statements?
 5            ▆▆▆  So, in particular, what I
 6        said was that, you know, I mean, John
 7        used to say that they were, like,
 8        probably a couple.  And, like, they
 9        didn't really behave so.  I think they
10        weren't, you know, like — there was no,
11        you know, flirting affection.  So they
12        didn't really behave like a couple in
13        the first place.
14            And secondly, you know, at times it
15        felt as if — as if John you know,
16        manipulated her into doing certain
17        things.  Because me and my group of
18        friends, we are technically — you know,
19        we enjoy listening and, you know,
20        playing to good old Hindi music.  So
21        there were times when we all were
22        sitting down together and we were all,
23        you know, jamming to music.  And John
24        and Jane used to be part of that.
25        And, you know, they were generally
```

SA-659

TRANSCRIPTION – February 23, 2022

Page 299

```
 1        distracted with having a conversation
 2        over text among themselves.  So it was
 3        like (inaudible) this thing that we felt
 4        that, you know, probably it wasn't -- I
 5        mean, they weren't really enjoying what
 6        was going on because they were really
 7        involved among themselves.  And Jane
 8        always was -- you know, she always
 9        seemed to be very tense when it came to
10        this.
11             MR. JOLLEY:  Okay.
12             ████  Yeah.
13             MR. JOLLEY:  Okay.  You talked
14        with the investigators about an incident
15        that you thought was about two weeks
16        before finals.  And this would have been
17        at the end of April.  And it was an
18        incident where you and some others were
19        studying in Lipton Hall.
20             ████  Yeah.
21             MR. JOLLEY:  And you said that John
22        approached her -- approached Jane  and
23        that she -- and that you suggested that
24        she went somewhere else, and that he
25        forced her to have a conversation with
```

SA-660

TRANSCRIPTION – February 23, 2022

Page 300

```
 1      him.
 2              Do you know what I'm talking about?
 3      ████  Yes.
 4              MR. JOLLEY:  Tell me what —
 5      ████  Yeah.
 6              MR. JOLLEY:  Tell me what you
 7      observed in that incident.
 8      ████  Sure.  So like, in order
 9      to, you know, speak about that incident,
10      I will draw your attention to, like, a
11      couple of previous behaviors by John
12              So what used to happen was that,
13      you know, after — because Jane was,
14      like, really, you know, giving out
15      anything when a couple of friends,
16      including me, (inaudible) so as to, you
17      know, just mend the social ways of the
18      group.  Because we found that
19      (inaudible).  So we just approached her
20      and John separately to know if
21      everything was going well and if we
22      should, you know, figure out and
23      probably, you know, sort out matters by
24      ourselves.
25              So during that time Jane was
```

SA-661

TRANSCRIPTION – February 23, 2022

Page 301

```
 1              absolutely, you know, not giving out
 2              anything.  And it was also felt that as
 3              per our observation, something was wrong
 4              between them and not some other factor
 5              that was troubling them both.  So we
 6              (inaudible) and then when, you know, we
 7              -- we had some first-hand experiences of
 8              how John manipulated Jane   Then we
 9              got to know how, you know, we should
10              probably allow them to have a certain
11              distance between them. Because that is
12              probably for the best of the group and
13              for themselves.
14                 MR. JOLLEY:  Okay.
15                         So talking about that, when
16              they started, you know, having the
17              certain distance among them, John used
18              to be, you know -- as I described, he
19              used to be very possessive.  So during
20              that time, what happened was that he
21              possibly -- you know, I mean, was going
22              to stalker kind.  He was doing, like,
23              follow her unconventionally to places
24              that he shouldn't be doing this so
25              (inaudible.)  And there was one time
```

SA-662

TRANSCRIPTION – February 23, 2022

Page 302

```
 1          when we were studying in Lipton so as
 2          to, you know -- because I think the
 3          finals were near around that time. So,
 4          yeah, we were studying in Lipton.  And
 5          god know from where he got to know that
 6          we were in Lipton or how he got to know,
 7          because, very frankly, nobody knew that
 8          we were in Lipton and we were studying
 9          and -- I don't know. Like I -- I just
10          assumed that it was probably him
11          following her.  Because he -- like, they
12          had multiple instances where he has been
13          following people and, like, even a
14          friend of mine was really scared because
15          of, you know, John following him.
16              MR. JOLLEY:  Okay.  Okay.  I'm only
17          --
18              ███████  So --
19              MR. JOLLEY:  I really only
20          interested in interactions between John
21          and Jane  so --
22              ███████   Right.  So we were really
23          surprised that night when he arrived at
24          Lipton.  And what happened was that he
25          just seemed to be in our -- you know,
```

SA-663

TRANSCRIPTION – February 23, 2022

Page 303

| | |
|---|---|
| 1 | studying, and he just came up to Jane |
| 2 | and said that we should have a |
| 3 | conversation. And, you know, like, my |
| 4 | first response was that, okay, I think |
| 5 | you guys –– you know, decided among |
| 6 | yourselves that you should not talk |
| 7 | anymore. So Jane do you want to, |
| 8 | like, go to some other location or some |
| 9 | other place on campus that we could, you |
| 10 | know, resume our studying. But John |
| 11 | won't let that happen because he was |
| 12 | pretty adamant, and he want –– he |
| 13 | desperately wanted to have a |
| 14 | conversation. |
| 15 | MR. JOLLEY: Okay. |
| 16 | So, I mean, he started all, |
| 17 | you know, crying and all and being |
| 18 | forceful. So –– and Jane also, you |
| 19 | know –– after, like, seeing what he was |
| 20 | –– like the emotions that he was |
| 21 | displaying, in that Jane also was |
| 22 | engaged into the conversation. And I |
| 23 | saw that maybe to give them some |
| 24 | privacy. So I just went to the other |
| 25 | side of the (inaudible) and I just, |

**SA-664**

TRANSCRIPTION – February 23, 2022

Page 304

```
 1          like, resumed my study and waited for
 2          quite a bit, actually.  I think it was
 3          probably, like -- must have been, like,
 4          an hour or so, or probably, like, 45
 5          minutes or an hour.  So I waited for
 6          that long, and then I, like, saw them go
 7          -- like, displaying extreme emotions at
 8          one point.  One was crying and -- both
 9          were crying.  And at one point they had,
10          you know, those angry faces, like
11          talking to each other.
12              MR. JOLLEY:  Okay.
13          ██████  So I don't really know what
14          was in the conversation, but it was like
15          -- it was definitely like a lot more
16          feelings than expected.
17              MR. JOLLEY:  Okay.
18          ██████  So, like, then I thought
19          that maybe -- I mean, it's not my place
20          to be -- and if they're having a
21          personal conversation, maybe I shouldn't
22          even be a part of it.  So I just
23          approached them once more so as to see
24          if I should stay or if I should go -- if
25          I should leave.  So I just approached
```

SA-665

TRANSCRIPTION – February 23, 2022

Page 305

```
 1          them, and, like, John wont let me in.

 2          He was, like, we're having a

 3          conversation, and, like, it would be

 4          very appreciated if you would not

 5          interfere with this.

 6              So I was like, okay, I mean, if I'm

 7          not required here, then maybe I should,

 8          like, wait outside or probably leave.

 9              MR. JOLLEY:  Okay.  Okay.

10              ███  I'm sorry.  Does that

11          answer your question?

12              MR. JOLLEY:  It does.  Thank you.

13              ███  I'm going to have you just

14          hang on just for one second while I look

15          at a couple of other questions that John

16          or Jane may have for you.  Okay.

17              ███  Sure.

18              MR. JOLLEY:  Email or anything?

19              MS. MAEDER:  John  I haven't

20          received anything from you.  Are you

21          going to be sending me a question?

22              MR. Doe ███  (Inaudible.)

23              MR. JOLLEY:  He just sent you one,

24          he said.

25              MS. MAEDER:  Okay.
```

SA-666

TRANSCRIPTION – February 23, 2022

Page 306

```
 1            MR. JOLLEY:  ███  let me ask a
 2    question about -- do you remember in
 3    early April -- actually, the date is
 4    April 6th, but do you remember within
 5    the -- in the presence of you and
 6    another friend that John and Jane made
 7    some sort of agreement with the two of
 8    you?  And was it -- and if it -- an
 9    agreement about cutting down
10    interactions with friends.  Do you
11    remember anything like that?
12            ███  I think I do remember the
13    incident, but, like, it wasn't about
14    cutting interaction with friends.  Like
15    --
16            MR. JOLLEY:  What was it about?
17            ███  -- I think that was,
18    like -- so, like, what happened was that
19    John Jane me, and a friend of ours,
20    we sat down in a room in Lipton and,
21    like, we talked this through.  So
22    actually, like, you know, cleared the
23    confusion once and for all for what the
24    future plan of action was supposed to be
25    and how, you know, this thing was
```

SA-667

TRANSCRIPTION - February 23, 2022

Page 307

```
1              supposed to be sorted.
2                   So we went -- like, they both went
3              through all the details of how they
4              should not be interacting anymore and
5              how, you know, they don't like each
6              other's company anymore -- or how John
7              wanted Jane's company but Jane
8              didn't want John's company.
9                   So in the end, it was something of
10             the sort that it's in the best interest
11             of everyone if they both, you know,
12             like, just, like, don't communicate or
13             don't, you know, do anything anymore.
14                  And like as for friends, there was
15             nothing.  All we discussed was how it
16             would be unfair to one if the group hung
17             out with, you know, one person and not
18             the other.  So, like, I kind of
19             understand how it would be awkward
20             social setting, because if two people
21             weren't supposed to be there in each
22             other's presence and they weren't
23             supposed to have a conversation but, you
24             know, they have a group of friends who
25             are mutual.  And if those group of
```

SA-668

TRANSCRIPTION – February 23, 2022

Page 308

| | |
|---|---|
| 1 | friends, if they plan to meet, then who |
| 2 | do they invite, person A or person B. |
| 3 | So, like, that was the point of |
| 4 | contention then.  But — |
| 5 | MR. JOLLEY:  All right. |
| 6 | ███ — like, what we resulted |
| 7 | was that we should come to an |
| 8 | arrangement where this problem could |
| 9 | available after (inaudible). |
| 10 | In the meanwhile, I mean, there |
| 11 | might be times when we are hanging out |
| 12 | with person A rather than person B, so |
| 13 | person B should expect that as well. |
| 14 | And there might be times where you would |
| 15 | be hanging out with person B rather than |
| 16 | person A, so, like, it's — you know, on |
| 17 | the contrary, person A needed to respect |
| 18 | that. |
| 19 | MR. JOLLEY:  Okay. |
| 20 | ███ There was, like, no — |
| 21 | like, no solid, you know, thing that |
| 22 | there should be no communication with |
| 23 | friends because — I mean, we can't |
| 24 | really live without a social circle, so |
| 25 | — |

SA-669

TRANSCRIPTION — February 23, 2022

Page 309

| | |
|---|---|
| 1 | MR. JOLLEY:  Okay. |
| 2 | ██████ — (inaudible.) |
| 3 | MR. JOLLEY:  Okay.  Great. |
| 4 | I want to ask you just a couple of |
| 5 | real brief questions that John has. |
| 6 | Okay? |
| 7 | ██████ Sure. |
| 8 | MR. JOLLEY:  And a couple of these, |
| 9 | I really don't need to know the full |
| 10 | story behind it.  Some of them are just |
| 11 | very simple yes-and-no questions.  Okay. |
| 12 | I just — |
| 13 | ██████ Yeah. |
| 14 | MR. JOLLEY:  Prior — so during the |
| 15 | fall of 2017, what was your relationship |
| 16 | with John |
| 17 | ██████ We were friends. |
| 18 | MR. JOLLEY:  Okay.  Did — did you |
| 19 | ever cook with him in his kitchen? |
| 20 | ██████ Nope.  I cooked with him in |
| 21 | the spring semester. |
| 22 | MR. JOLLEY:  Oh, okay.  In the |
| 23 | spring.  Okay. |
| 24 | Did you ever invite him to events? |
| 25 | ██████ I didn't organize any |

TRANSCRIPTION - February 23, 2022

Page 310

```
 1          events to actually invite him, but he
 2          did invite me to a couple because he was
 3          a part of the Indian Culture Club.
 4              MR. JOLLEY:  Okay.  Did he
 5          introduce you to ▮Jane▮
 6              ▮▮▮▮  Yes, he did.
 7              MR. JOLLEY:  Okay.  So those are
 8          the questions that I had about your
 9          relationship with ▮John▮
10              ▮▮▮▮  Sure.
11              MR. JOLLEY:  You said that, you
12          know, didn't observe any signs of
13          closeness between them during the fall
14          but that you also felt that he was
15          possessive or manipulative.  Can you
16          just reconcile that of -- you know, did
17          -- if you didn't see them being close at
18          all --
19              ▮▮▮▮  Yeah.  Absolutely.
20          Absolutely.
21              MR. JOLLEY:  -- what do you mean by
22          possessive or manipulative?  Yeah.
23              ▮▮▮▮  Yeah.  I stand with my
24          word.  Yep.
25              MR. JOLLEY:  So -- so what did you
```

SA-671

TRANSCRIPTION – February 23, 2022

Page 311

```
1        mean by possessive or manipulative?

2              █████  So I mean, at points I saw

3        that he wouldn't let her, you know, hang

4        out with people alone, as in it was fine

5        with him as long as she, you know, was

6        meeting people in his presence.  But if

7        it was without his presence, then he

8        would either constantly text her or

9        something.  And that, you know, once,

10       like, by chance I saw one of the texts

11       on Jane 's phone.  I don't exactly

12       remember what that was, but all I

13       remember was that it was a pretty angry

14       text of how -- you know, like -- like

15       she don't -- she didn't have time to,

16       you know, meet him but she had time to,

17       you know, meet other people.  Something

18       of that sort.

19            MR. JOLLEY:  Got it.

20            Okay.  And John I'm going to ask

21       your last question here, but I'm going

22       to ask the first part of it.  I'm not

23       going to ask the second part because

24       it's argumentative.  Okay.

25              █████  I want to just ask you,
```

SA-672

TRANSCRIPTION - February 23, 2022

Page 312

```
1          like -- you said that you felt that it
2          was -- that John and Jane should stop
3          talking.  Why did you feel that they
4          should stop talking?
5                  I would say that there was
6          actually no positivity in them being
7          together that I saw as a third person.
8          So, like, I mean, if there was no
9          positivity and if there was only
10         negativity in, you know, the friendship
11         or the relationship or whatever they
12         had, I thought it was probably, like,
13         best to separate.
14             MR. JOLLEY:  Okay.  Okay.
15                  I think that is all the
16         questions that I have for you this --
17         this evening.  I really appreciate you
18         participating in the process, talking to
19         the investigators and then staying up
20         late to talk with me tonight.  It's been
21         very helpful.  And I just want to thank
22         you again for your patience as you
23         waited for us to get on the call
24         together.
25                  Sure.  No worries.
```

SA-673

TRANSCRIPTION – February 23, 2022

Page 313

```
 1          MR. JOLLEY:  All right.
 2          Take care.  Thanks very much.  I'm
 3     going to hang up with you now.
 4          ████  Sure.
 5          MR. JOLLEY:  Thank you.
 6          ████  Good night.
 7          MR. JOLLEY:  Good night.
 8          Okay, everyone.  Let's talk about
 9     what happens next.  At this point --
10          MS. MAEDER:  Coffee.
11          MR. JOLLEY:  Yeah.
12          They're saying coffee here in New
13     York.  I don't know about you all.
14     Allen, too, whose here in New York.
15          We're almost to the finish line,
16     okay.  The end is in sight for all of
17     us.  We will get through this together.
18     At this point, I've heard from both of
19     you very thoroughly, I think.  I've
20     heard from the two witnesses.  Really,
21     the last thing for us to do is, I want
22     the two of you to take just a little bit
23     of time to collect your thoughts and
24     prepare any closing remarks that you
25     want to share with me.
```

SA-674

TRANSCRIPTION - February 23, 2022

Page 314

```
1              And I want to give you some just

2        guidance on the closing remarks. Because

3        I mentioned at the start about seven

4        hours ago, these don't need to be long

5        closing statements.  It's not like a

6        courtroom where you have to summarize

7        your case and review all the evidence.

8        I have all of that.  Okay.

9              What I really want to hear from the

10       two of you is any final thoughts,

11       anything that you want me to be thinking

12       about as I make this decision.  To the

13       extent that there has been any impact,

14       you can certainly share that with me at

15       this point.  But what I would recommend

16       is that -- what I have found in doing

17       this -- I know that the two of you don't

18       do this all the time, but I do this

19       somewhat regularly.  I do find that

20       there is the ability to kind of get lost

21       in your thoughts sometimes in closing

22       remarks if you don't have something

23       prepared.  So I would encourage you to

24       write down -- take some time now to

25       write down what you want to say and so
```

SA-675

TRANSCRIPTION - February 23, 2022

Page 315

```
1           that you can make your points.  It

2           really shouldn't be more than a few

3           minutes.  Okay?

4               So I'm going to give both of you 10

5           minutes right now to do that.

6               Okay.  Because I want you to get

7           your thoughts -- and it's 10:34 right

8           now.  We're going to resume at 10:45.

9           And were going to try to keep that as a

10          hard end, 10:45.  We'll do the two

11          closing statements, and then I'll give

12          you both some closing remarks.  Okay?

13              MS. MAEDER:  Okay.

14              MR. JOLLEY:  All right.  So for the

15          record, it's 10:35.  And we are

16          breaking.

17              MS. MAEDER:  All right.  I'm going

18          to disconnect from both of you right

19          now.

20                  -  -  -  -  -

21     (Thereupon, a brief recess was taken.)

22                  -  -  -  -  -

23              MS. MAEDER:  We're back on.

24              MR. JOLLEY:  Okay.  I'm going to

25          try to do some rearranging here.
```

TRANSCRIPTION – February 23, 2022

Page 316

1          Everyone forgive me.
2               Okay.  We're back on, Colleen.
3          MS. MAEDER:  Yep.
4          MR. JOLLEY:  It's 10:52 p.m., and
5     we reach the point -- this is our last
6     block where we're going to just that --
7     I'm going to ask each of you to give me
8     some closing remarks or final thoughts
9     that you want to have me keeping in mind
10    as I deliberate over this over the next
11    few days.
12         So the order that we'll go in will
13    be, Jane  you'll go first.  John
14    you'll have last word on this.  And then
15    I'll give closing remarks -- or I'll
16    give some closing housekeeping points
17    for everyone.  Okay?
18         So with that, I'm going to turn,
19    just so that you can hear better.  I'm
20    going to move you really close.
21         MS. MAEDER:  Do you want to do it
22    so they can see a little bit?
23         MR. JOLLEY:  Yeah.
24         And if you could just speak up a
25    little bit, Jane  to the best that you

SA-677

TRANSCRIPTION – February 23, 2022

Page 317

```
1      can.
2          MS. Roe      Sure.   Yeah.
3          MR. JOLLEY:  I just don't want to
4      (inaudible.)
5          Jane      so, I guess at this point
6      I'd like to hear any final thoughts that
7      you have on this or anything else that
8      you want me to keep in mind over the
9      next few days.
10         MS. Roe      Okay.  So, I mean,
11     there were a lot of kind of irreparable
12     changes in things that happened through
13     the course of this whole situation, but
14     the ones, I guess, I'm going to
15     highlight are that I -- I feel like John
16     exploited, like, the trust I gave him to
17     emotionally and physically manipulate
18     me, and while having the knowledge of my
19     Indian background and family.  And I
20     remain in the relationship often for his
21     mental health.
22         And contrary to what he said, I've
23     also utilize supports of counseling and
24     wellness through this whole process.
25         And my academics were severely
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

TRANSCRIPTION — February 23, 2022

1       impacted, like, as a student who's
2       always cared a lot about my grades. and
3       like how — not just my grades, but how
4       I'm learning in the classroom.  That was
5       severely impacted these past few
6       semesters.
7            I, like, often don't feel safe even
8       — like, going to campus or even in my
9       own home, even though now I know he's
10      not here.  And also, in regards to
11      academics, I was planning to study
12      abroad, but I didn't end up doing it in
13      fear that he would be at the same site I
14      would go on.  Like, that whole situation
15      was changed.
16           My — yeah, like I said, I don't
17      feel super comfortable even in my own
18      home.  I'm always on edge.  And I have
19      trouble sleeping and I'm always tired
20      and, like — but I think the worst thing
21      was, like, my family dynamic was
22      impacted so tremendously.  And, like, my
23      relationship with my parents and sibling
24      was just damaged to the point where it's
25      — like, it can't really be repaired.

SA-679

TRANSCRIPTION — February 23, 2022

Page 319

```
 1          So, like, that, I think, was, like, the
 2     biggest one for me.  Yeah.
 3          That is all.
 4          MR. JOLLEY:  Okay.  Thank you.
 5          MS. Roe        Yes.
 6          MR. JOLLEY:  Okay.  I'm going to
 7     turn you back this way, John
 8          Okay.  So at this point, John  I'd
 9     just like to hear any closing remarks
10     that you have or any other things that
11     you'd like me to keep in mind over the
12     next few days as I review all of this.
13          MR. Doe        Yes.  (Inaudible).
14          MR. JOLLEY:  I'm going to ask you
15     to speak up.  And so I'll turn off my
16     video again to give you more bandwidth.
17          MR. Doe        (Inaudible).
18          MR. JOLLEY:  Okay.
19          I can hear you.
20          MR. Doe        Hello?
21          MR. JOLLEY:  I can hear you.
22          MR. Doe        Okay.  I would like
23     to begin by just clarifying some details
24     that Sam found that didn't match up with
25     the written investigation that he
```

GregoryEdwards, LLC │ Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

Case 23-1246, Document 88, 04/30/2024, 3621707, Page222 of 234

SA-680

TRANSCRIPTION – February 23, 2022

Page 320

```
 1          conducted.
 2               I know Sam mentioned some
 3          differences.  I think that a large part
 4          of one of them was when he said that he
 5          had no understanding that I bumped paths
 6          with the complainant in the park.  I
 7          think that was -- stems from terminology
 8          used.  I said that we cross paths.  I
 9          didn't say -- like, you know, describe
10          this as an encounter, like, how, like,
11          we just literally were, like, right next
12          to each other in, like, a matter of
13          seconds without any notion that that
14          would happen.  Or at least from my part,
15          I had no notion that that would occur.
16               In terms of text threats, I know he
17          said that I had the intention of texting
18          your parents.  I think that also stemmed
19          from miscommunication.  I've never had
20          the intention of sending those messages
21          or submitting those pictures.  Those
22          simply stem -- I wanted her to think
23          that.  And it was empty threat, but I
24          wanted her to feel a threat because I
25          wanted her to come, and I was very angry
```

SA-681

TRANSCRIPTION - February 23, 2022

Page 321

```
 1        and emotional.  But it was not something
 2        that I was going to follow through on
 3        and something that I never had that
 4        intention to do.
 5            In terms of what this case has done
 6        to me, it has affected my social circle.
 7        I'm very scared among the Indian
 8        community.  I used to be part -- a large
 9        part of the Indian Cultural Club.
10        That's definitely fallen apart a little
11        bit for me, is I just don't care for it
12        anymore. I'm scared of hosting events.
13        I'm scared of coming back to it.  I'm
14        even scared of coming back to New York,
15        honestly.  I don't want to.  I love
16        Sydney and, you know, I found a chance
17        to really be myself here, something that
18        I could never do there, through a
19        variety of factors, and some of them
20        largely resting with the complainant and
21        her interactions with me.  But I am
22        scared of New York.
23            My academics have suffered
24        immensely as a pre-med student.  And,
25        you know, coming from a South Asian
```

TRANSCRIPTION - February 23, 2022

Page 322

1          background, my parents expecting lot.
2          My dad saw my transcript.  He knows that
3          it is awful.  I know that I'm in serious
4          trouble for getting into med school.
5          And that all stemmed from, you know, one
6          semester where my grades took a huge
7          dip.  And so it has had a large impact
8          on me, as well as family life.
9              I did share this entire case with
10         my parents.  And I know that as soon as
11         this ends, they are going to go into
12         detail over, you know, what have I been
13         doing.  They know about attempted sexual
14         intercourse.  They know about all of the
15         intimacy that I've had with her.  They
16         know all the details, how much I've put
17         into her, how much money I put into it
18         that they were unaware of. There are all
19         the things that are going to impact me
20         and have impacted me. So it is a
21         two-sided road.  And you know, if -- the
22         impact is there.  And it's just had a
23         large emotional toll on me.  And I think
24         I've stressed that throughout this case,
25         how my emotions have played a large role

SA-683

TRANSCRIPTION - February 23, 2022

Page 323

```
1          in my actions.
2             You know, I always thought we had
3          this closeness to each other.  And I
4          think I had reason to believe that, you
5          know, she would come to my room at all
6          times, weather it be at 1:00 a.m.,
7          2:00 a.m., 3:00 a.m., 4:00 a.m.,
8          5:00 a.m., even up to 6:00 a.m.  She
9          would just knock on my door, and I would
10         say, okay, come in.  In fact, even one
11         instance I left my door unlocked, and
12         she opened it, came in, slept, and I
13         woke up to her there.  I had no, you
14         know, idea that she was going to be
15         there.  So based on her reactions to my
16         kindness, accepting gifts, being
17         overjoyed by certain things, I assumed
18         she was comfortable with me, and I had
19         reason to -- I thought she had reason to
20         enjoy my presence.  And I -- you know, I
21         tried my best.  I respected her
22         boundaries.  I respected her limitations
23         about her parents.  I kept our
24         relationship secret.  And I provided
25         care whenever I could in whatever form I
```

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Case 23-1246, Document 88, 04/30/2024, 3621707, Page226 of 234

SA-684

TRANSCRIPTION – February 23, 2022

Page 324

```
1          could.  I would drop everything for her
2          if need be.  All my academics, they were
3          second -- second her.  And I think this
4          plays into the large part that I loved
5          the complainant in the past, and I would
6          have done anything for her.  I trusted
7          her implicitly.  She had all my
8          passwords.  She had access to my email.
9          She -- she could do anything she wanted.
10         If she wanted to buy something, I'd say
11         get it.  If she needed something, I'd
12         say, here, use my card.
13              And I'm not, like, rich, by any
14         means.  I'm upper-middle-class, but, you
15         know, all the money I use is my own
16         money that I've made. And it's not me
17         just throwing it on my own credit card.
18         It's me having this implicit care for
19         someone and finding a love beyond money
20         or anything that was, like, you know,
21         like that, which is partially why I have
22         this, you know, like, tinge of guilt,
23         like, when I think about all the money
24         that I spent on her, is because it just
25         feel so hollow now because, you know,
```

TRANSCRIPTION - February 23, 2022

Page 325

1          the reasons that I did it, I can no
2          longer find solace in within myself.
3               And, you know, I made mistakes, and
4          I reacted based on my emotions.  But at
5          the end of the day, I'm only human.  I
6          made mistakes.  I regret them.  There's
7          not a day where I don't regret them.  I
8          never think that everything I did was
9          right.  Obviously it isn't.  But what I
10         ignored for a long time was the wrong
11         things that the complaint did.  And I
12         never thought about them.  I was so
13         blindly in love that, you know, none of
14         them mattered.  If she did something
15         wrong, it's okay because I loved her and
16         I could move on.  I could get over it.
17              I had a rule with her that she
18         could never apologize to me.  I would
19         never accepted a sorry, ever.  And, you
20         know, all these things -- all these
21         things, once I realized them, once we'd
22         had time apart, I began to realize that,
23         you know, it had impacted me and that's
24         what caused me to have these emotional
25         responses.

SA-686

TRANSCRIPTION – February 23, 2022

Page 326

```
 1          Coming here, being away from the
 2     complainant for eight months, I began to
 3     realize how harmful it was to me, how
 4     much it changed me.  It made me, you
 5     know, want to, like, pursue a different
 6     career path.  The complainant often
 7     convinced me that, you know, pre-med
 8     wasn't for me.  There are a lot of these
 9     things.
10          And, you know, even my dad, when I
11     was talking to him about finishing this
12     relationship, he said, you know, I think
13     it's a good thing.  You changed too much
14     and I didn't like how you changed.  And
15     I think I did change a lot.  Some things
16     are good.  I'm not going to deny that.
17          The complainant and I, from my
18     perspective, there were good elements of
19     our relationship, and a lot of them.
20     But there were changes that were
21     negative.  And I think putting off those
22     negatives -- those negative elements of
23     our relationship is what caused me to
24     implode internally.  And it would cause
25     me to, you know, have these emotional
```

SA-687

TRANSCRIPTION - February 23, 2022

Page 327

```
 1          responses with everything that happened
 2          in this case.  And that's the biggest
 3          thing that I want to sum up.
 4               I'd just like to finish by thanking
 5          everyone in the room for accommodating
 6          to my time difference in NYU Sydney and
 7          staying until almost 11:00 p.m.  I
 8          really appreciate it and making this a
 9          fair hearing, you know, for me as well.
10               Also, you, Craig Jolley, Colleen
11          Maeder, and everyone who responded and
12          made sure that I, you know, had a fair
13          opportunity at telling my story.
14               So I do appreciate that.  Thank
15          you.
16               MR. JOLLEY:  Thank you.  Thank you,
17          John
18               Okay.  I'm going to move this a
19          little bit.
20               Let me just make a few closing
21          remarks, and then we'll wrap up.  So
22          it's been a really long day for all of
23          us deep into the night.
24               MR. Doe   I can't hear.
25               MR. JOLLEY:  Okay.  Hold on.
```

SA-688

TRANSCRIPTION - February 23, 2022

Page 328

```
 1           MR. ████ Doe ████  I'll turn off my
 2      camera.
 3           MR. JOLLEY:  Yeah.
 4           How is that?
 5           MR. ████ Doe ████  Yes, that's better.
 6           MR. JOLLEY:  Okay.  So it's been a
 7      long day for everybody.  I just want to
 8      say that -- I mean, what I would like to
 9      do is, I want to thank you both.  I know
10      that you don't do this every day, so
11      those of us in the room that do this, we
12      -- this is our job to do this.  But I
13      know that you don't do this all the
14      time, and these kind of things are
15      very -- the whole process has been very
16      long, and it's been very emotional, and
17      I know, like, getting through today was
18      difficult.
19           And I just appreciate the both of
20      you hanging in there and how you've kept
21      your composure and presented yourself
22      today.  I feel like I had the
23      opportunity to really get a thorough
24      understanding from both of you on your
25      perspective on this issue.
```

GregoryEdwards, LLC │ Worldwide Court Reporting
GregoryEdwards.com │ 866-4Team GE

SA-689

TRANSCRIPTION – February 23, 2022

Page 329

```
 1              My job now is to review all of the
 2          evidence that's in the report, review,
 3          again, all of the attachments and
 4          consider everything that I've heard
 5          today.   And what I ultimately have to do
 6          is determine whether a preponderance of
 7          the evidence using a more likely than
 8          not standard supports a violation of any
 9          university policy.   And if so, then I
10          would have to consider appropriate
11          sanctions.
12              I'm going to take some time to
13          deliberate on this.   I take this
14          responsibility tremendously seriously.
15          If you can't tell, after being here for
16          seven hours with me, there's nothing
17          phoned in here.   I realize that the
18          emotional stakes are very high for both
19          of you.   I realize that the academic and
20          professional stakes are very, very high.
21          So it's a decision that by no means do I
22          take lightly. But I will not -- so I'm
23          going to take a few days to do that.  I
24          will not keep the two of you in
25          anticipation for too long.   And, in
```

SA-690

TRANSCRIPTION - February 23, 2022

Page 330

```
 1          fact, I have to let you know no later
 2          than Monday --
 3              MS. MAEDER:  Tuesday.
 4              MR. JOLLEY:  -- Tuesday --
 5              MS. MAEDER:  December 18th.
 6              MR. JOLLEY:  -- December 18th.
 7              Is today Tuesday?
 8              MS. MAEDER:  No, but it's almost
 9          Tuesday.  It's an hour shy of Tuesday.
10              MR. JOLLEY:  Oh, okay.  I'm going
11          to try for Monday, December 17th still.
12          But we'll see.
13              But you both will get my decision.
14          You'll get it from an E -- in an email
15          from Colleen.  And Colleen will give
16          you, you know, some quick information.
17          But I write a fuller decision, so I
18          encourage you both to read my full
19          decision, because that will provide more
20          -- more explanation of my decision-
21          making process in that -- in that longer
22          document.
23              Okay.  Quick thank you to the
24          advisors who hung in there for the long
25          haul.  Allen, in New York here, and
```

GregoryEdwards, LLC  |  Worldwide Court Reporting
GregoryEdwards.com  |  866-4Team GE

Case 23-1246, Document 88, 04/30/2024, 3621707, Page233 of 234

SA-691

TRANSCRIPTION - February 23, 2022

Page 331

```
 1        Skype --
 2             MR. McFARLANE:  (Inaudible.)
 3             MS. MAEDER:  Lauren.
 4             MR. JOLLEY:  What's that?
 5             MS. MAEDER:  Lauren.
 6             MR. JOLLEY:  Lauren.  Are you still
 7        there, Lauren?
 8             MS. STAHL:  Yes.
 9             MR. JOLLEY:  Okay.  Thank you for
10        hanging in there.
11             And Christine, of course.  I
12        appreciate it.  And so with that, we're
13        going to call this hearing closed at
14        11:06 p.m. New York time.  Okay?
15             All right.  Thank you all.  I'm
16        disconnecting with you all online.
17             MS. MAEDER:  Thank you.
18             MR. McFARLANE:  All right.  Have a
19        good night.
20             MR. JOLLEY:  Night.
21             MS. MAEDER:  You too.
22             -  -  -  -  -
23        (End of Part 5 recording.)
24             -  -  -  -  -
25
```

SA-692

TRANSCRIPTION – February 23, 2022

Page 332

```
 1                    CERTIFICATE

 2

 3           I, Katrina L. Dearborn, Court

 4    Reporter, do hereby certify that the foregoing is

 5    a true and correct transcript of the taped

 6    proceedings above-referenced to the best of my

 7    ability and understanding.

 8              I do further certify that I am not a

 9    relative, employee of, or attorney for any of the

10    parties in the above-captioned action; I am not a

11    relative or employee of an attorney for any of

12    the parties in the above-captioned action; I am

13    not financially interested in the action; nor am

14    I otherwise interested in the event of this

15    action.

16      IN WITNESS WHEREOF I have hereunto set my

17    hand and affixed my seal of office at Cleveland,

18    Ohio on this 9th day of March, 2022.

19

20

21

22

23
        _____
24      Katrina L. Dearborn, Notary Public
        In and for the State of Ohio.
25           my commission expires 11—02—25.
```