# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May two thousand twenty-four.

_____

John Doe,

    Plaintiff - Appellant,

v.

New York University,

    Defendant - Appellee.

_____

**ORDER**

Docket No. 23-1246

    Appellant moves for an extension to June 30, 2024 (a Sunday) to file the reply brief.

    IT IS HEREBY ORDERED that Appellant is granted an extension until July 1, 2024 to file the reply brief.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

